# EXHIBIT A

MICHAEL K. JEANES, CLERK
BY _____ DEP
I. Garcia
I. GARCIA FILED

2017 JAN -4 AM 11: 28
Civil New Complaint $314 ᵉ
R# 25664977

PAID

1   Paul L. Stoller (Bar No. 016773)
    paul.stoller@gknet.com
2   Katherine E. Hollist (Bar No. 033085)
    kate.hollist@gknet.com
3   GALLAGHER & KENNEDY, P.A.
    2575 East Camelback Road
4   Phoenix, Arizona 85016-9225
    Telephone:   (602) 530-8000
5   Facsimile:   (602) 530-8500
    Attorneys for Plaintiff M.F.
6

7            SUPERIOR COURT OF THE STATE OF ARIZONA

8                        COUNTY OF MARICOPA

9   M.F., an individual,                  No.   CV 2017-000347

10              Plaintiff,                 COMPLAINT

11  v.                                     (JURY TRIAL DEMANDED)

12  UNITED HEALTHCARE SERVICES,
    INC.; UNITED HEALTH GROUP;
13  UNITED BEHAVIORAL HEALTH d/b/a
    OPTUM;
14
                Defendants.
15

16

17      For this Complaint, Plaintiff M.F. ("M.F." or "Plaintiff") alleges as follows:

18                   PARTIES, JURISDICTION AND VENUE

19      1.      Plaintiff is, and was at all material times, a resident of Maricopa County,

20  Arizona.

21      2.      Defendant United Healthcare Services, Inc. ("UHC"), is, and was at all

22  material times, an insurance company duly authorized to conduct business within Arizona

23  as a health insurance company and/or health maintenance organization that was, and is

24  conducting business in Maricopa County, Arizona.

25      3.      Defendant UnitedHealth Group ("UnitedHealth") is a corporation duly

26  organized and existing under the laws of the State of Minnesota and authorized to

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

1  transact, and is in fact transacting, the business of health insurance in the State of Arizona.
2  Plaintiff is informed and reasonably believes and on that basis alleges that UnitedHealth is
3  the corporate parent of UHC.

4      4.    Defendant United Behavioral Health d/b/a Optum ("UBH"), is, and was at
5  all material times, an insurance company duly authorized to conduct business within the
6  State of Arizona as a health insurance company and/or health maintenance organization
7  and conducting business in Maricopa County, Arizona. Plaintiff is informed and
8  reasonably believes, and on that basis alleges, that UnitedHealth is the corporate parent of
9  UBH.

10     5.    Plaintiff is informed and reasonably believes and on that basis alleges that
11 UnitedHealth operates, manages, maintains, controls, and ratifies the activities of UHC
12 and UBH. Therefore, the activities, acts, and omissions of UHC and UBH are in fact the
13 activities, acts, and omissions of UnitedHealth. Given their unity of interest,
14 UnitedHealth, UHC, and UBH are hereinafter referred to collectively as "United."

15     6.    Defendants have caused events to occur in Maricopa County, Arizona, out
16 of which Plaintiff's claims arise. This Court has personal jurisdiction over the defendants.

17     7.    This Court has subject matter jurisdiction pursuant to A.R.S. § 12-123. The
18 amount in controversy exceeds the minimum jurisdictional limits of this Court.

19     8.    Venue is proper in Maricopa County because the acts and omissions that
20 give rise to Plaintiff's claims occurred in Maricopa County, Plaintiff resides in Maricopa
21 County, and Defendants conduct business in Maricopa County.

22                    **FACTUAL ALLEGATIONS**

23     9.    During the period January 1, 2014 to December 31, 2014, Plaintiff was
24 insured under a Group "UnitedHealthcare Choice Plus" Plan, issued by United (the
25 "Plan"). A true and correct copy of the Summary Plan Description of the Plan is attached
26 as Exhibit A to this Complaint and incorporated by reference.

2

1        10.    Among other things, the Plan provided Plaintiff with insurance coverage for

2    Mental Health Services: "Covered Health Services for the diagnosis and treatment of

3    Mental Illnesses," where mental illnesses include "those mental health or psychiatric

4    diagnostic categories that are listed in the current Diagnostic and Statistical Manual of the

5    American Psychiatric Association, unless those services are specifically excluded under

6    the Policy."

7        11.    Mental Health Services covered by the Plan include those "received on an

8    inpatient or Intermediate Care basis in a Hospital or an Alternate Facility;" mental health

9    evaluations and assessment; diagnosis; treatment planning; referral services; medication

10   management; inpatient; partial hospitalization/day treatment; intensive outpatient

11   treatment; services at a residential treatment facility; individual, family, and group

12   therapeutic services; and crisis intervention.

13       12.    The Plan lists 11 types of Mental Health Services that are excluded from

14   coverage under:

15         1.  Services connected with conditions that are "not classified in the current

16             edition of the *Diagnostic and Statistical Manual of the American*

17             *Psychiatric Association*" (the "DSM");

18         2.  Services "as treatments for V-code conditions" in the DSM;

19         3.  Services "that extend beyond the period necessary for evaluation, diagnosis,

20             the application of evidence-based treatments or crisis intervention to be

21             effective;"

22         4.  Treatments for "insomnia and other sleep disorders, sexual dysfunction

23             disorders, feeding disorders, neurological disorders and other disorders with

24             a known physical basis;"

25

26

3

5. Treatments for "learning disabilities, conduct and impulse control disorders, personality disorders, paraphilias, and other Mental Illnesses that will not substantially improve beyond the current level of functioning;"

6. "Educational/behavioral services that are focused on primarily building skills and capabilities in communication, social interaction and learning;"

7. Tuition for "school-based services" for children;

8. "Learning, motor skills and primary communication disorders;"

9. "Mental retardation and autism spectrum disorder;"

10. Treatment "to comply with involuntary commitments, police detentions, and other similar arrangements;"

11. Services "for the diagnosis or treatment of Mental Illness" which are any of the following:

"Not consistent with generally accepted standards of medical practice for the treatment of such conditions.

Not consistent with services backed by credible research soundly demonstrating that the services or supplies will have a measurable and beneficial health outcome, and therefore considered experimental.

Typically do not result in outcomes demonstrably better than other available treatment alternatives that are less intensive or more cost effective.

Not consistent with the Mental Health/Substance Use Disorder Designee's level of care guidelines or best practices as modified from time to time.

Not clinically appropriate in terms of type, frequency, extent, site and duration of treatment, and considered ineffective for the

4

1                          patient's Mental Illness, substance use disorder or condition

2                          based on generally accepted standards of medical practice and

3                          benchmarks."

4      13.    The Plan covers "30 days per year for Inpatient/Intermediate Mental Health

5  Services and Substance Use Disorder Services" at 100% from In-Network providers.

6      14.    For Non-Network providers, the Plan covers 50% of Inpatient/Intermediate

7  treatment costs.

8      15.    The Plan provides that, if United denies a request for coverage, the insured

9  can request a formal appeal by submitting a written request "within two years of the initial

10  denial of services."

11      16.    If the insured is "not satisfied with the outcome of a determination after a

12  formal appeal," he or she can "also request an external independent review," which

13  request must be submitted "within 60 calendar days of receipt of the formal appeal

14  determination" (a "Level 3 Appeal").

15      17.    Upon a Level 3 Appeal, United must "acknowledge the request within five

16  business days of receipt of the request for an external, independent review."

17      18.    "[W]ithin that same business day," United must "send the Arizona

18  Department of Insurance copies of all relevant medical records, [the insured's] Certificate,

19  and any supporting documentation used to make [United's] decision."

20      19.    Section 6 of the Plan provides:

21      An external, independent review Physician will determine medical review
    issues, and the Arizona Department of Insurance will determine coverage
22      issues. For medical review cases, the Arizona Department of Insurance will
    forward a copy of this material to the external, independent reviewer within
23      five business days. The reviewer must notify the Department of Insurance of
    its decision within 21 calendar days. The Department of Insurance will
24      notify the Covered person of the outcome of the external, independent
    review within five business days. For coverage issues, the Arizona
25      Department of Insurance has 15 days to review the information provided
    and to make its decision.
26

5

20.    Under the Plan, an insured has "a right to receive, upon request and free of charge, an explanation of the scientific basis and clinical judgment that [United] relied upon in making the non-coverage decision for [his or her] claim."

21.    On April 11, 2014, M.F. suffered from major depressive disorder with suicidal ideation and, as a result thereof, ingested a potentially fatal quantity of Hydrocodone and Trazadone in an attempt to end M.F.'s life.

22.    M.F. was taken by ambulance to St. Joseph's Hospital in Phoenix, Arizona; M.F. was admitted there on an emergent basis.

23.    Because St. Joseph's Hospital did not have the staff to provide M.F. appropriate Mental Health Services, M.F. was discharged from the hospital the following day and transferred to Valley Hospital in Phoenix for in-patient care.

24.    Valley Hospital is a secured facility where patients do not have access to individualized psychological assessment or therapy. Patients share access to their treating physician during one half-hour block each day, and otherwise rely on other staff to conduct group sessions. Occasionally, scheduled group therapy sessions are not staffed.

25.    M.F. was admitted for in-patient care at Valley Hospital on April 12, 2014, based on M.F.'s suicidal ideations as evidenced by M.F.'s attempt to commit suicide. This is a symptom of major depressive disorder.

26.    On April 17, 2014, United authorized M.F.'s in-patient care at Valley Hospital.

27.    Unfortunately, although M.F. was there for a week, M.F. received little if any actual care or treatment for M.F.'s mental health conditions. By and large, the care M.F. received at Valley Hospital was to receive daily medication. M.F. received little, if any, psychological or psychiatric counseling. M.F. received little, if any, direct care or treatment from licensed physicians. And, M.F. had very little, if any, group or individual therapy.

6

28.    As a result, M.F. and M.F.'s family sought to obtain appropriate Mental Health Services for M.F. at another facility and selected The Meadows in Wickenburg, Arizona. The Meadows is a full-service mental health facility that provides expert mental health services to deal with complex mental health issues, including depression, anxiety, and related conditions.

29.    On April 19, 2014, M.F. secured transfer from Valley Hospital to The Meadows to continue in-patient care and to receive treatment for M.F.'s condition.

30.    At the time of M.F.'s transfer, M.F. still suffered from major depressive disorder and cannabis dependence (a subset of substance use disorder), and showed signs of post-traumatic stress disorder, a possible mood disorder, and possible bi-polar disorder.

31.    These conditions are listed in the DSM and, thus, "Mental Illnesses" under the Plan.

32.    M.F. received treatment at The Meadows from April 19, 2014 to May 23, 2014.

33.    While at The Meadows, M.F. received direct care and treatment for major depressive disorder, post-traumatic stress disorder, and substance use disorder.

34.    On May 23, 2014, M.F. was discharged from in-patient care at The Meadows. At the same time, the entire treatment team recommended that M.F. undergo intensive outpatient program participation for major depressive disorder, post-traumatic stress disorder, and substance-use disorder.

35.    Thereafter, beginning on June 8, 2014, M.F. began attending an intensive outpatient program at Psychological Counseling Services.

36.    M.F. obtained treatment at Psychological Counseling Services from June 8, 2014 through June 13, 2014.

7

37.     On M.F.'s behalf, Valley Hospital, The Meadows, and Psychological Counseling Services submitted claims to United for the Mental Health Services they provided to M.F.

38.     United paid directly for the services M.F. received at Valley Hospital and Psychological Counseling Services.

39.     On July 8, 2014, United sent a letter to M.F. showing a total amount owed to The Meadows of $74,716.00.

40.     On July 17, 2014, United denied M.F.'s claim for benefits under the Plan for amounts due to The Meadows in an Explanation of Benefits ("EOB") form, stating "your plan provides benefits for services that are determined to be covered health services. The information received does not support measureable progress toward defined treatment goals for these services. Therefore, additional benefits are not available." United did not state any other basis in the EOB for the denial of M.F.'s Mental Health Services benefits.

41.     On information and belief, United did not possess any medical records from M.F.'s care or treatment at The Meadows when it denied coverage for payment of its services. Indeed, United did not even request any such records from M.F. until January 12, 2015.

42.     On January 2, 2015, in accordance with the Plan's Standard Appeals Process. M.F. (through M.F.'s insurance agent) faxed a member service request form requesting a formal review of United's denial of coverage for M.F.'s treatment at The Meadows, attaching a Medical Necessity Letter from The Meadows.

43.     That Medical Necessity Letter indicated that it was medically necessary for M.F. to be admitted to The Meadows Treatment Program for M.F.'s "co-occuring disorders of cannabis addiction, suicidal depression and Post Traumatic Stress Disorder." The letter also stated that M.F. "may very well have made a second suicide attempt" had M.F. not participated in such a program.

8

1    44.    On January 8, 2015 M.F. received a letter from United Healthcare Central

2    Escalation Unit acknowledging receipt of M.F.'s January 2, 2015 request for a formal

3    review.

4    45.    On January 12, 2015, United Behavioral Health Clinical Appeals Reviewer

5    Lee Gash sent M.F. a letter acknowledging receipt of the appeal review.

6    46.    Also on January 12, 2015, United Behavioral Health Associate Medical

7    Director sent M.F. a letter requesting M.F. submit M.F.'s medical records related to

8    treatment received at The Meadows.

9    47.    On February 3, 2015, United Behavioral Health Associate Medical Director

10    Saul Helfing sent M.F. a letter stating that benefit coverage was not available because:

11        1.  M.F. "had recently been in another hospital;"

12        2.  "Further inpatient care was not necessary;"

13        3.  M.F. "did not want to harm [M.F.] or others;"

14        4.  M.F. was "working in treatment;"

15        5.  M.F. has "a supportive home;"

16        6.  "Care could have been continued in an outpatient setting;" and

17        7.  "Outpatient care is covered by" M.F.'s health plan.

18    48.    None of these given reasons is one of the 11 coverage exclusions for Mental

19    Health Services listed in the Plan.

20    49.    Substance use disorder, post-traumatic stress disorder, and major depressive

21    disorder are all conditions recognized in the DSM.

22    50.    None of these conditions is a V-code condition.

23    51.    Five weeks is less than the generally acceptable period of time necessary to

24    treat these conditions using the evidence-based methods of medication, counseling

25    services, and a 12-step program.

26

9

52. None of these conditions is a condition with a known physical basis under the Plan.

53. These conditions are all capable of improving beyond the initial level of functioning when treated.

54. M.F.'s treatment did not involve any educational or behavioral services focused on primarily building skills and capabilities in communication, social interaction, and learning.

55. M.F.'s treatment did not involve services for a school-aged child.

56. M.F.'s treatment was not related to learning disorders.

57. M.F.'s treatment was not related to autism spectrum disorders.

58. M.F.'s treatment was not involuntary or the result of police detention.

59. Inpatient treatment is a generally accepted standard of medical practice for treatment of substance use disorder and for suicidal ideation.

60. Inpatient treatment for suicidal ideation and substance use disorder is not considered experimental.

61. Inpatient treatment for suicidal ideation and substance use disorder often results in demonstrably better outcomes than other available treatment alternatives that are less intensive or more cost effective.

62. Best practices for treatment of patients with substance use disorder and for patients with suicidal ideation include inpatient treatment.

63. On May 25, 2015, M.F. sent a letter to United Behavioral Health requesting a paper copy of the information used in the non-coverage determination and requested the diagnosis codes.

64. United Behavioral Health never responded to M.F.'s May 25, 2015 letter.

10

65.    On June 3, 2015, M.F. initiated a Level 3 Appeal by completing a Health Care Appeal Request Form and provided supporting documentation to United Healthcare via certified mail.

66.    On June 5, 2015, United Healthcare received and signed for the documents and request for a Level 3 Appeal, activating the timeline of action for United Healthcare to respond to the Level 3 Appeal request.

67.    United never responded to M.F.'s request for a Level 3 Appeal.

68.    On August 3, 2015 M.F. initiated a Second Request for a Level 3 Appeal and sent the request and supporting documentation to United Healthcare via Certified Mail.

69.    United Healthcare received and signed for the request and documentation again activating the timeline of action for United Healthcare to respond to the second Level 3 Appeal request.

70.    M.F. never received a response to M.F.'s second request for a Level 3 Appeal.

71.    M.F. initiated two Level 3 Appeals, and although Defendants United Healthcare was required to respond per the Policy, M.F. never received a response.

72.    The actions and conduct by Defendants in failing to provide coverage for covered health services and failing to respond to M.F.'s repeated requests for an appeal was a breach of the covenant of good faith and fair dealing, and a breach of contract, resulting in damages to Plaintiff.

## COUNT I

### Breach of Contract

73.    Plaintiff incorporates by reference all previous allegations herein.

74.    Effective January 1, 2013, Defendants issued the health insurance policy identified above that promised to pay medical, surgical and hospital benefits to Plaintiff.

11

1  or on Plaintiff's behalf, at the levels promised under the terms and conditions of the

2  Policy.

3      75.     After Defendants issued the Policy, and received premium payments for the

4  coverage, Plaintiff incurred hospital and treatment expenses related to medical treatment

5  necessitated after the effective date of coverage for mental health conditions.

6      76.     Defendants has breached the subject insurance contract by refusing, without

7  just cause, to honor the terms of the Policy by failing to provide coverage for covered

8  medical expenses and for failing to respond to Plaintiff's request as required to the two,

9  Level 3 Appeals within the time allotted as specified by the Policy.

10     77.     Defendants further breached the subject insurance contract by failing and

11  refusing to do the following:

12          a.  Adequately investigate the subject coverage;

13          b.  Fully or adequately advise Plaintiff of the basis for non-coverage

14              determination; and

15          c.  Failing to provide medical records and specifics regarding non-coverage

16              determination.

17     78.     As a direct and proximate result of Defendants' breach of the subject

18  insurance contract, Plaintiff has suffered contractual damages under the terms and

19  condition of the Policy, and other incidental damages and out-of-pocket expenses, all in a

20  sum to be determined at the time of trial.

21                          **COUNT II**

22              **Breach of the Covenant of Good Faith and Fair Dealing**

23     79.     Plaintiff incorporates by reference all previous allegations herein.

24     80.     Defendants have breached their duty of good faith and fair dealing owed to

25  the Plaintiff in the following respects:

26

12

1        a.    unreasonable and bad faith failure to extend medical, surgical and

2          hospital coverage and to pay Policy benefits to Plaintiff, or to medical

3          providers on Plaintiff's behalf, at a time when Defendants knew that

4          Plaintiff was entitled to those benefits under the terms of the Policy;

5        b.    unreasonably and in bad faith failing to respond to Plaintiff's

6          repeated requests for appeals of the determination of non-coverage as

7          required by the Policy;

8        c.    unreasonably and in bad faith failing to undertake an investigation

9          into the determination on non-coverage; and

10       d.    unreasonably and bad faith failure to pay medical, surgical and

11         hospital benefits on behalf of the Plaintiff, and refusal to maintain

12         Plaintiff's benefits under the Policy.

13   81.   Plaintiff is informed and believes and thereon alleges that Defendants have breached their duty of good faith and fair dealing owed to Plaintiff by other acts or omissions of which Plaintiff is presently unaware. Plaintiff will seek leave of this Court to amend this Complaint at such time as Plaintiff discovers the other acts or omissions of Defendants constituting such breach.

82.   As a direct and proximate result of the aforementioned wrongful conduct of Defendants, Plaintiff has suffered, and will continue to suffer in the future, damages under the Policy, plus interest, for a total amount to be shown at the time of trial.

83.   As a further direct and proximate result of the aforementioned wrongful conduct of Defendants in denying Plaintiff's claims and failing to respond to Plaintiff's timely requests for appeal and to provide the information rightfully owed to Plaintiff, Plaintiff has suffered anxiety, worry, mental and emotional distress, and other incidental damages and out-of-pocket expenses, all to Plaintiff's general damage in a sum to be shown according to proof at the time of trial.

13

1      84.    As a further direct and proximate result of the aforementioned wrongful

2  conduct of Defendants. Plaintiff has been required to retain legal counsel to obtain the

3  benefits and coverage due under the Policy.  Therefore, Defendants are liable to Plaintiff

4  for those attorney fees reasonably and necessarily incurred by Plaintiff to obtain the

5  Policy benefits in a sum to be determined at the time of trial.

6      85.    Defendants' conduct described herein was intended by Defendants to cause

7  injury, or was undertaken with the knowledge that injury and damages to Plaintiff was

8  probable and likely, such that the conduct was despicable and carried on by Defendants

9  with a willful and conscious disregard of the rights of Plaintiff, subjected Plaintiff to cruel

10  and unjust hardship in conscious disregard of his rights. and were intentional

11  misrepresentations, deceit or concealment of material facts known to Defendants with the

12  intent to deprive Plaintiff of property, legal rights, and important insurance coverage, or to

13  otherwise cause Plaintiff injury, so as to constitute malice, oppression, and/or fraud

14  thereby entitling Plaintiff to punitive damages in all amount appropriate to punish or set

15  an example of Defendants.

16                     **PRAYER FOR RELIEF**

17      WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them.

18  as follows:

19        a. Damages for denied major medical and hospital insurance benefits owed to

20           Plaintiff. plus interest. including pre-judgment interest, in a sum to be

21           determined at the time of trial;

22        b. Consequential damages. including but not limited to damages due to

23           outstanding and unpaid medical, surgical and hospital expenses, with resulting

24           damages to Plaintiff's credit, in an amount to be shown at the time of trial:

25        c. General damages for mental and emotional distress and other incidental

26           damages in a sum to be determined at the time of trial;

d.  Punitive and exemplary damages in all amount appropriate to punish or set an example of Defendants (Count II only);

e.  Pre-judgment interest at the appropriate legal rate;

f.  Costs of suit incurred herein;

g.  Attorneys' fees incurred to obtain the benefits under the Policy in a sum to be determined at the time of trial; and

h.  For such other and further relief as the Court deems just and proper

RESPECTFULLY SUBMITTED this 4th day of January 2017.

GALLAGHER & KENNEDY, P.A.


By: _Kate Hollist_
    Paul L. Stoller
    Katherine E. Hollist
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225
    Attorneys for Plaintiff M.F.

15

# EXHIBIT A

# UnitedHealthcare Insurance Company

# UnitedHealthcare Choice Plus

## Certificate of Coverage, Riders, Amendments, and Notices

### for

████████████████████████████████████

**Group Number:** ███████████ **Health Plan:** ████ **Prescription Code:** ██
**Effective Date:** January 1, 2013

**Offered and Underwritten by**
**UnitedHealthcare Insurance Company**

Riders, Amendments, and Notices

begin immediately following the last page

of the Certificate of Coverage

# Certificate of Coverage

# UnitedHealthcare Insurance Company

## Certificate of Coverage is Part of Policy

This *Certificate of Coverage (Certificate)* is part of the Policy that is a legal document between UnitedHealthcare Insurance Company and the Enrolling Group to provide Benefits to Covered Persons, subject to the terms, conditions, exclusions and limitations of the Policy. We issue the Policy based on the Enrolling Group's application and payment of the required Policy Charges.

In addition to this *Certificate* the Policy includes:

*   The *Group Policy*.
*   The *Schedule of Benefits*.
*   The Enrolling Group's application.
*   Riders.
*   Amendments.

You can review the Policy at the office of the Enrolling Group during regular business hours.

## Changes to the Document

We may from time to time modify this *Certificate* by attaching legal documents called Riders and/or Amendments that may change certain provisions of this *Certificate.* When that happens we will send you a new *Certificate,* Rider or Amendment pages.

No one can make any changes to the Policy unless those changes are in writing.

## Other Information You Should Have

We have the right to change, interpret, modify, withdraw or add Benefits, or to terminate the Policy, as permitted by law, without your approval.

On its effective date, this *Certificate* replaces and overrules any *Certificate* that we may have previously issued to you. This *Certificate* will in turn be overruled by any *Certificate* we issue to you in the future.

The Policy will take effect on the date specified in the Policy. Coverage under the Policy will begin at 12:01 a.m. and end at 12:00 midnight in the time zone of the Enrolling Group's location. The Policy will remain in effect as long as the Policy Charges are paid when they are due, subject to termination of the Policy.

We are delivering the Policy in the State of Arizona. The Policy is governed by ERISA unless the Enrolling Group is not an employee welfare benefit plan as defined by ERISA. To the extent that state law applies, the laws of the State of Arizona are the laws that govern the Policy.

# Introduction to Your Certificate

We are pleased to provide you with this *Certificate*. This *Certificate* and the other Policy documents describe your Benefits, as well as your rights and responsibilities, under the Policy.

## How to Use this Document

We encourage you to read your *Certificate* and any attached Riders and/or Amendments carefully.

We especially encourage you to review the Benefit limitations of this *Certificate* by reading the attached *Schedule of Benefits* along with *Section 1: Covered Health Services* and *Section 2: Exclusions and Limitations.* You should also carefully read *Section 8: General Legal Provisions* to better understand how this *Certificate* and your Benefits work. You should call us if you have questions about the limits of the coverage available to you.

Many of the sections of this *Certificate* are related to other sections of the document. You may not have all of the information you need by reading just one section. We also encourage you to keep your *Certificate* and *Schedule of Benefits* and any attachments in a safe place for your future reference.

If there is a conflict between this *Certificate* and any summaries provided to you by the Enrolling Group, this *Certificate* will control.

Please be aware that your Physician is not responsible for knowing or communicating your Benefits.

## Information about Defined Terms

Because this *Certificate* is part of a legal document, we want to give you information about the document that will help you understand it. Certain capitalized words have special meanings. We have defined these words in *Section 9: Defined Terms.* You can refer to *Section 9: Defined Terms* as you read this document to have a clearer understanding of your *Certificate.*

When we use the words "we," "us," and "our" in this document, we are referring to UnitedHealthcare Insurance Company. When we use the words "you" and "your," we are referring to people who are Covered Persons, as that term is defined in *Section 9: Defined Terms.*

## Don't Hesitate to Contact Us

Throughout the document you will find statements that encourage you to contact us for further information. Whenever you have a question or concern regarding your Benefits, please call us using the telephone number for *Customer Care* listed on your ID card. It will be our pleasure to assist you.

# Your Responsibilities

## Be Enrolled and Pay Required Contributions

Benefits are available to you only if you are enrolled for coverage under the Policy. Your enrollment options, and the corresponding dates that coverage begins, are listed in *Section 3: When Coverage Begins*. To be enrolled with us and receive Benefits, both of the following apply:

- Your enrollment must be in accordance with the Policy issued to your Enrolling Group, including the eligibility requirements.

- You must qualify as a Subscriber or his or her Dependent as those terms are defined in *Section 9: Defined Terms*.

Your Enrolling Group may require you to make certain payments to them, in order for you to remain enrolled under the Policy and receive Benefits. If you have questions about this, contact your Enrolling Group.

## Be Aware this Benefit Plan Does Not Pay for All Health Services

Your right to Benefits is limited to Covered Health Services. The extent of this Benefit plan's payments for Covered Health Services and any obligation that you may have to pay for a portion of the cost of those Covered Health Services is set forth in the *Schedule of Benefits*.

## Decide What Services You Should Receive

Care decisions are between you and your Physicians. We do not make decisions about the kind of care you should or should not receive.

## Choose Your Physician

It is your responsibility to select the health care professionals who will deliver care to you. We arrange for Physicians and other health care professionals and facilities to participate in a Network. Our credentialing process confirms public information about the professionals' and facilities' licenses and other credentials, but does not assure the quality of their services. These professionals and facilities are independent practitioners and entities that are solely responsible for the care they deliver.

## Pay Your Share

You must pay a Copayment and/or Coinsurance for most Covered Health Services. These payments are due at the time of service or when billed by the Physician, provider or facility. Copayment and Coinsurance amounts are listed in the *Schedule of Benefits*. You must also pay any amount that exceeds Eligible Expenses.

## Pay the Cost of Excluded Services

You must pay the cost of all excluded services and items. Review *Section 2: Exclusions and Limitations* to become familiar with this Benefit plan's exclusions.

## Show Your ID Card

You should show your identification (ID) card every time you request health services. If you do not show your ID card, the provider may fail to bill the correct entity for the services delivered, and any resulting delay may mean that you will be unable to collect any Benefits otherwise owed to you.

## File Claims with Complete and Accurate Information

When you receive Covered Health Services from a non-Network provider, you are responsible for requesting payment from us. You must file the claim in a format that contains all of the information we require, as described in *Section 5: How to File a Claim*.

## Use Your Prior Health Care Coverage

If you have prior coverage that, as required by state law, extends benefits for a particular condition or a disability, we will not pay Benefits for health services for that condition or disability until the prior coverage ends. We will pay Benefits as of the day your coverage begins under! this Benefit plan for all other Covered Health Services that are not related to the condition or disability for which you have other coverage.

# Our Responsibilities

## Determine Benefits

We make administrative decisions regarding whether this Benefit plan will pay for any portion of the cost of a health care service you intend to receive or have received. Our decisions are for payment purposes only. We do not make decisions about the kind of care you should or should not receive. You and your providers must make those treatment decisions.

We have the discretion to do the following:

- Interpret Benefits and the other terms, limitations and exclusions set out in this *Certificate*, the *Schedule of Benefits*, and any Riders and/or Amendments.
- Make factual determinations relating to Benefits.

We may delegate this discretionary authority to other persons or entities that may provide administrative services for this Benefit plan, such as claims processing. The identity of the service providers and the nature of their services may be changed from time to time in our discretion. In order to receive Benefits, you must cooperate with those service providers.

## Pay for Our Portion of the Cost of Covered Health Services

We pay Benefits for Covered Health Services as described in *Section 1: Covered Health Services* and in the *Schedule of Benefits*, unless the service is excluded in *Section 2: Exclusions and Limitations*. This means we only pay our portion of the cost of Covered Health Services. It also means that not all of the health care services you receive may be paid for (in full or in part) by this Benefit plan.

## Pay Network Providers

It is the responsibility of Network Physicians and facilities to file for payment from us. When you receive Covered Health Services from Network providers, you do not have to submit a claim to us.

## Pay for Covered Health Services Provided by Non-Network Providers

In accordance with any state prompt pay requirements, we will pay Benefits after we receive your request for payment that includes all required information. See *Section 5: How to File a Claim.*

## Review and Determine Benefits in Accordance with our Reimbursement Policies

We develop our reimbursement policy guidelines, in our sole discretion, in accordance with one or more of the following methodologies:

- As indicated in the most recent edition of the *Current Procedural Terminology (CPT)*, a publication of the *American Medical Association*, and/or the *Centers for Medicare and Medicaid Services (CMS)*.
- As reported by generally recognized professionals or publications.
- As used for Medicare.
- As determined by medical staff and outside medical consultants pursuant to other appropriate sources or determinations that we accept.

Following evaluation and validation of certain provider billings (e.g., error, abuse and fraud reviews), our reimbursement policies are applied to provider billings. We share our reimbursement policies with Physicians and other providers in our Network through our provider website. Network Physicians and providers may not bill you for the difference between their contract rate (as may be modified by our reimbursement policies) and the billed charge. However, non-Network providers are not subject to this prohibition, and may bill you for any amounts we do not pay, including amounts that are denied because one of our reimbursement policies does not reimburse (in whole or in part) for the service billed. You may obtain copies of our reimbursement policies for yourself or to

COC.ORP.I.09.AZ                                    5

share with your non-Network Physician or provider by going to www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

## Offer Health Education Services to You

From time to time, we may provide you with access to information about additional services that are available to you, such as disease management programs, health education, and patient advocacy. It is solely your decision whether to participate in the programs, but we recommend that you discuss them with your Physician.

# Certificate of Coverage Table of Contents

Section 1: Covered Health Services ........................................................... 8
Section 2: Exclusions and Limitations ................................................. 23
Section 3: When Coverage Begins ........................................................ 34
Section 4: When Coverage Ends ............................................................ 37
Section 5: How to File a Claim .............................................................. 40
Section 6: Questions, Complaints and Appeals ................................... 42
Section 7: Coordination of Benefits ...................................................... 45
Section 8: General Legal Provisions ...................................................... 48
Section 9: Defined Terms ....................................................................... 53

# Section 1: Covered Health Services

## Benefits for Covered Health Services

Benefits are available only if all of the following are true:

- Covered Health Services are received while the Policy is in effect.
- Covered Health Services are received prior to the date that any of the individual termination conditions listed in *Section 4: When Coverage Ends* occurs.
- The person who receives Covered Health Services is a Covered Person and meets all eligibility requirements specified in the Policy.

This section describes Covered Health Services for which Benefits are available. Please refer to the attached *Schedule of Benefits* for details about:

- The amount you must pay for these Covered Health Services (including any Annual Deductible, Copayment and/or Coinsurance).
- Any limit that applies to these Covered Health Services (including visit, day and dollar limits on services, and/or any Maximum Policy Benefit).
- Any limit that applies to the amount you are required to pay in a year (Out-of-Pocket Maximum).
- Any responsibility you have for notifying us or obtaining prior authorization.

*Please note that in listing services or examples, when we say "this includes," it is not our intent to limit the description to that specific list. When we do intend to limit a list of services or examples, we state specifically that the list "is limited to."*

### 1. Ambulance Services

Emergency Ambulance Services, including Emergency ambulance transportation by a licensed ambulance service to the nearest Hospital where Emergency Health Services can be performed.

Non-Emergency ambulance transportation by a licensed ambulance service (either ground or air ambulance, as we determine appropriate) between facilities when the transport is any of the following:

- From a non-Network Hospital to a Network Hospital.
- To a Hospital that provides a higher level of care that was not available at the original Hospital.
- To a more cost-effective acute care facility.
- From an acute facility to a sub-acute setting.

For purposes of this Benefit, "Emergency Ambulance Services" means services provided by a licensed ambulance service following the onset of a medical condition that manifests itself by symptoms of pain, illness, or injury that the absence of accessing an ambulance or emergency response by calling 911 or a designated telephone number to reach a public safety answering point and receiving time sensitive medical attention could reasonably be expected to result in any of the following:

- Placing the health of the individual or, with respect to a pregnant woman, the health of her unborn child, in serious jeopardy.
- Serious impairment to bodily functions.
- Serious dysfunction of any bodily organ or part.

### 2. Clinical Trials

Benefits for a Covered Person's "patient costs" which are directly associated with a "clinical trial for cancer" that is offered within the State of Arizona and in which the Covered Person voluntarily participates.

For the purposes of this Benefit:

"Patient cost" means any fee or expense that is a Covered Health Service and that is a service or treatment that would be required if the Covered Person were receiving usual and customary care. Patient cost does not include:

the cost of any drug or device provided in a phase I clinical trial for cancer; the cost of any investigational drug or device; the cost of non-health related services that might be required for a person to receive treatment or intervention; the cost of managing the research of the clinical trial; the cost of services or supplies that are not Covered Health Services; or the cost of treatment or services provided outside the State of Arizona.

We will pay Benefits only at the same level as we would have paid if the Covered Health Services received during the clinical trial for cancer were provided by a Network provider. We will pay only for patient costs that are considered Covered Health Services, and will not pay for any portion of the clinical trial for cancer that is customarily paid for by government, biotechnical, pharmaceutical or medical device industry sources. We are not liable for damages associated with the treatment provided during any phase of a clinical trial for cancer.

To be a qualifying clinical trial, a clinical trial for cancer must meet all of the following criteria:

- The treatment is part of a scientific study of a new therapy or intervention that is being conducted at an institution in the State of Arizona, that is for the treatment, palliation or prevention of cancer in humans and in which the scientific study includes all of the following:

  - Specific goals.
  - A rational and background for the study.
  - Criteria for patient selection.
  - Specific directions for administering the therapy and monitoring patients.
  - A definition of quantitative measures for determining treatment response.
  - Methods for documenting and treating adverse reactions.

- The treatment is being provided as part of a study being conducted in a phase I, phase II, phase III or phase IV clinical trial for cancer.

- The treatment is being provided as part of a study being conducted in accordance with a clinical trial approved by at least one of the following:

  - One of the *National Institutes of Health.*
  - A *National Institutes of Health* cooperative group or center.
  - The United States *Food and Drug Administration* in the form of an investigational new drug application.
  - The United States *Department of Defense.*
  - The United States *Department of Veterans Affairs.*
  - A qualified research entity that meets the criteria established by the *National Institutes of Health* for grant eligibility.
  - A panel of qualified recognized experts in clinical research within academic health institutions in the State of Arizona.

- The proposed treatment or study has been reviewed and approved by an institutional review board of an institution in the State of Arizona.

- The personnel providing the treatment or conducting the study:

  - Are providing the treatment or conducting the study within their scope of practice, experience and training and are capable of providing the treatment because of their experience, training and volume of patients treated to maintain expertise.
  - Agree to accept reimbursement as payment in full from us at rates that we establish and for Network Benefits that are not more than the level of reimbursement applicable to other similar services provided by any of our Network providers.

- There is no clearly superior, noninvestigational treatment alternative.

- The available clinical or preclinical data provide a reasonable expectation that the treatment will be at least as efficacious as any noninvestigational alternative.

Routine patient care costs incurred during participation in a qualifying clinical trial for the treatment of:

- Cardiovascular disease (cardiac/stroke).

- Surgical musculoskeletal disorders of the spine, hip, and knees.
- Other diseases or disorders for which, as we determine, a clinical trial meets the qualifying clinical trial criteria stated below.

Benefits include the reasonable and necessary items and services used to diagnose and treat complications arising from participation in a qualifying clinical trial.

Benefits are available only when the Covered Person is clinically eligible for participation in the clinical trial as defined by the researcher. Benefits are not available for preventive clinical trials.

Routine patient care costs for clinical trials include:

- Covered Health Services for which Benefits are typically provided absent a clinical trial.
- Covered Health Services required solely for the provision of the Investigational item or service, the clinically appropriate monitoring of the effects of the item or service, or the prevention of complications.
- Covered Health Services needed for reasonable and necessary care arising from the provision of an Investigational item or service.

Routine costs for clinical trials do not include:

- The Experimental or Investigational Service or item. The only exceptions to this are:
  - Certain *Category B* devices.
  - Certain promising interventions for patients with terminal illnesses.
  - Other items and services that meet specified criteria in accordance with our medical policy guidelines.
- Items and services provided solely to satisfy data collection and analysis needs and that are not used in the direct clinical management of the patient.
- Items and services provided by the research sponsors free of charge for any person enrolled in the trial.

To be a qualifying clinical trial, a clinical trial must meet all of the following criteria:

- Be sponsored and provided by a cancer center that has been designated by the *National Cancer Institute (NCI)* as a *Clinical Cancer Center* or *Comprehensive Cancer Center* or be sponsored by any of the following:
  - *National Institutes of Health (NIH)*. (Includes *National Cancer Institute (NCI)*.)
  - *Centers for Disease Control and Prevention (CDC)*.
  - *Agency for Healthcare Research and Quality (AHRQ)*.
  - *Centers for Medicare and Medicaid Services (CMS)*.
  - *Department of Defense (DOD)*.
  - *Veterans Administration (VA)*.
- The clinical trial must have a written protocol that describes a scientifically sound study and have been approved by all relevant institutional review boards (IRBs) before participants are enrolled in the trial. We may, at any time, request documentation about the trial to confirm that the clinical trial meets current standards for scientific merit and has the relevant IRB approvals.

The subject or purpose of the trial must be the evaluation of an item or service that meets the definition of a Covered Health Service and is not otherwise excluded under the Policy.

## 3. Congenital Heart Disease Surgeries

Congenital heart disease (CHD) surgeries which are ordered by a Physician. CHD surgical procedures include, but are not limited to, surgeries to treat conditions such as coarctation of the aorta, aortic stenosis, tetralogy of fallot, transposition of the great vessels, and hypoplastic left or right heart syndrome.

Benefits under this section include the facility charge and the charge for supplies and equipment. Benefits for Physician services are described under *Physician Fees for Surgical and Medical Services*.

Surgery may be performed as open or closed surgical procedures or may be performed through interventional cardiac catheterization.

We have specific guidelines regarding Benefits for CHD services. Contact us at the telephone number on your ID card for information about these guidelines.

## 4. Dental Services - Accident Only

Dental services when all of the following are true:

- Treatment is necessary because of accidental damage.
- Dental services are received from a Doctor of Dental Surgery or Doctor of Medical Dentistry.
- The dental damage is severe enough that initial contact with a Physician or dentist occurred within 72 hours of the accident. (You may request an extension of this time period provided that you do so within 60 days of the Injury and if extenuating circumstances exist due to the severity of the Injury.)

Please note that dental damage that occurs as a result of normal activities of daily living or extraordinary use of the teeth is not considered having occurred as an accident. Benefits are not available for repairs to teeth that are damaged as a result of such activities.

Dental services to repair damage caused by accidental Injury must conform to the following time-frames:

- Treatment is started within three months of the accident, unless extenuating circumstances exist (such as prolonged hospitalization or the presence of fixation wires from fracture care).
- Treatment must be completed within 12 months of the accident.

Benefits for treatment of accidental Injury are limited to the following:

- Emergency examination.
- Necessary diagnostic X-rays.
- Endodontic (root canal) treatment.
- Temporary splinting of teeth.
- Prefabricated post and core.
- Simple minimal restorative procedures (fillings).
- Extractions.
- Post-traumatic crowns if such are the only clinically acceptable treatment.
- Replacement of lost teeth due to the Injury by implant, dentures or bridges.

## 5. Diabetes Services

### Diabetes Self-Management and Training/Diabetic Eye Examinations/Foot Care

Outpatient self-management training for the treatment of diabetes, education and medical nutrition therapy services. Diabetes outpatient self-management training, education and medical nutrition therapy services must be ordered by a Physician and provided by appropriately licensed or registered healthcare professionals. Benefits for diabetes self-management training include training provided to a Covered Person, after the initial diagnosis, in the care and management of diabetes, including proper use of diabetes equipment and supplies.

Benefits under this section also include medical eye examinations (dilated retinal examinations), preventive foot care for Covered Persons with diabetes, and to the extent coverage is required under Medicare, podiatric appliances for prevention of complications associated with diabetes.

### Diabetic Self-Management Items

Insulin pumps and supplies for the management and treatment of diabetes, based upon the medical needs of the Covered Person. An insulin pump is subject to all the conditions of coverage stated under *Durable Medical Equipment*. Benefits for blood glucose monitors, insulin syringes, test strips and other diabetic supplies are described under the *Outpatient Prescription Drug Rider*.

## 6. Durable Medical Equipment

Durable Medical Equipment that meets each of the following criteria:

- Ordered or provided by a Physician for outpatient use primarily in a home setting.
- Used for medical purposes.
- Not consumable or disposable except as needed for the effective use of covered Durable Medical Equipment.
- Not of use to a person in the absence of a disease or disability.

Benefits under this section include Durable Medical Equipment provided to you by a Physician.

If more than one piece of Durable Medical Equipment can meet your functional needs, Benefits are available only for the equipment that meets the minimum specifications for your needs. If you rent or purchase a piece of Durable Medical Equipment that exceeds this guideline, you will be responsible for any cost difference between the piece you rent or purchase and the piece we have determined is the most cost-effective.

Examples of Durable Medical Equipment include:

- Equipment to assist mobility, such as a standard wheelchair.
- A standard Hospital-type bed.
- Oxygen and the rental of equipment to administer oxygen (including tubing, connectors and masks).
- Delivery pumps for tube feedings (including tubing and connectors).
- Braces, including necessary adjustments to shoes to accommodate braces. Braces that stabilize an injured body part and braces to treat curvature of the spine are considered Durable Medical Equipment and are a Covered Health Service. Braces that straighten or change the shape of a body part are orthotic devices, and are excluded from coverage. Dental braces are also excluded from coverage.
- Mechanical equipment necessary for the treatment of chronic or acute respiratory failure (except that air-conditioners, humidifiers, dehumidifiers, air purifiers and filters, and personal comfort items are excluded from coverage).
- Burn garments.
- Insulin pumps and all related necessary supplies as described under *Diabetes Services*.
- External cochlear devices and systems. Benefits for cochlear implantation are provided under the applicable medical/surgical Benefit categories in this *Certificate*.

Benefits under this section also include speech aid devices and tracheo-esophageal voice devices required for treatment of severe speech impediment or lack of speech directly attributed to Sickness or Injury. Benefits for the purchase of speech aid devices and tracheo-esophageal voice devices are available only after completing a required three-month rental period. Benefits are limited as stated in the *Schedule of Benefits*.

Benefits under this section do not include any device, appliance, pump, machine, stimulator, or monitor that is fully implanted into the body.

We will decide if the equipment should be purchased or rented.

Benefits are available for repairs and replacement, except that:

- Benefits for repair and replacement do not apply to damage due to misuse, malicious breakage or gross neglect.
- Benefits are not available to replace lost or stolen items.

## 7. Emergency Health Services - Outpatient

A screening examination and services that are required to stabilize or initiate treatment in an Emergency. Emergency Health Services must be received on an outpatient basis at a Hospital or Alternate Facility.

Benefits under this section include the facility charge, supplies and all professional services required to stabilize your condition and/or initiate treatment. This includes placement in an observation bed for the purpose of monitoring your condition (rather than being admitted to a Hospital for an Inpatient Stay).

Benefits under this section are not available for services to treat a condition that does not meet the definition of an

Emergency.

## 8. Hearing Aids

Hearing aids required for the correction of a hearing impairment (a reduction in the ability to perceive sound which may range from slight to complete deafness). Hearing aids are electronic amplifying devices designed to bring sound more effectively into the ear. A hearing aid consists of a microphone, amplifier and receiver.

Benefits are available for a hearing aid that is purchased as a result of a written recommendation by a Physician. Benefits are provided for the hearing aid and for charges for associated fitting and testing.

Benefits under this section do not include bone anchored hearing aids. Bone anchored hearing aids are a Covered Health Service for which Benefits are available under the applicable medical/surgical Covered Health Services categories in this *Certificate*, only for Covered Persons who have either of the following:

- Craniofacial anomalies whose abnormal or absent ear canals preclude the use of a wearable hearing aid.
- Hearing loss of sufficient severity that it would not be adequately remedied by a wearable hearing aid.

## 9. Home Health Care

Services received from a Home Health Agency that are both of the following:

- Ordered by a Physician.
- Provided in your home by a registered nurse, or provided by either a home health aide or licensed practical nurse and supervised by a registered nurse.

Benefits are available only when the Home Health Agency services are provided on a part-time, intermittent Care schedule and when skilled care is required.

Skilled care is skilled nursing, skilled teaching, and skilled rehabilitation services when all of the following are true:

- It must be delivered or supervised by licensed technical or professional medical personnel in order to obtain the specified medical outcome, and provide for the safety of the patient.
- It is ordered by a Physician.
- It is not delivered for the purpose of assisting with activities of daily living, including but not limited to dressing, feeding, bathing or transferring from a bed to a chair.
- It requires clinical training in order to be delivered safely and effectively.
- It is not Custodial Care.

We will determine if Benefits are available by reviewing both the skilled nature of the service and the need for Physician-directed medical management. A service will not be determined to be "skilled" simply because there is not an available caregiver.

## 10. Hospice Care

Hospice care that is recommended by a Physician. Hospice care is an integrated program that provides comfort and support services for the terminally ill. Hospice care includes physical, psychological, social, spiritual and respite care for the terminally ill person and short-term grief counseling for immediate family members while the Covered Person is receiving hospice care. Benefits are available when hospice care is received from a licensed hospice agency.

Please contact us for more information regarding our guidelines for hospice care. You can contact us at the telephone number on your ID card.

## 11. Hospital - Inpatient Stay

Services and supplies provided during an Inpatient Stay in a Hospital. Benefits are available for:

- Supplies and non-Physician services received during the Inpatient Stay.
- Room and board in a Semi-private Room (a room with two or more beds).

- Physician services for anesthesiologists, Emergency room Physicians, consulting Physicians, pathologists and radiologists. (Benefits for other Physician services are described under *Physician Fees for Surgical and Medical Services.*)

## 12. Lab, X-Ray and Diagnostics - Outpatient

Services for Sickness and Injury-related diagnostic purposes, received on an outpatient basis at a Hospital or Alternate Facility include, but are not limited to:

- Lab and radiology/X-ray.
- Mammography.

Benefits under this section include:

- The facility charge and the charge for supplies and equipment.
- Physician services for anesthesiologists, pathologists and radiologists. (Benefits for other Physician services are described under *Physician Fees for Surgical and Medical Services.*)

When these services are performed in a Physician's office, Benefits are described under *Physician's Office Services - Sickness and Injury.*

Lab, X-ray and diagnostic services for preventive care are described under *Preventive Care Services.*

## 13. Lab, X-Ray and Major Diagnostics - CT, PET Scans, MRI, MRA and Nuclear Medicine - Outpatient

Services for CT scans, PET scans, MRI, MRA, nuclear medicine, and major diagnostic services received on an outpatient basis at a Hospital or Alternate Facility or in a Physician's office.

Benefits under this section include:

- The facility charge and the charge for supplies and equipment.
- Physician services for anesthesiologists, pathologists and radiologists. (Benefits for other Physician services are described under *Physician Fees for Surgical and Medical Services.*)

## 14. Mental Health Services

Mental Health Services include those received on an inpatient or Intermediate Care basis in a Hospital or an Alternate Facility, and those received on an outpatient basis in a provider's office or at an Alternate Facility.

Benefits for Mental Health Services include:

- Mental health evaluations and assessment.
- Diagnosis.
- Treatment planning.
- Referral services.
- Medication management.
- Inpatient.
- Partial Hospitalization/Day Treatment.
- Intensive Outpatient Treatment.
- Services at a Residential Treatment Facility.
- Individual, family and group therapeutic services.
- Crisis intervention.

The Mental Health/Substance Use Disorder Designee, who will authorize the services, will determine the appropriate setting for the treatment. If an Inpatient Stay is required, it is covered on a Semi-private Room basis. When limits apply to inpatient or Intermediate Care services in the *Schedule of Benefits,* inpatient days may be converted to Intermediate Care (such as Partial Hospitalization/Day Treatment or Intensive Outpatient Treatment programs) or Transitional Care at the discretion of the Mental Health/Substance Use Disorder Designee.

One inpatient day is equivalent to:

- One day at a Residential Treatment Facility.
- Two sessions of Partial Hospitalization/Day Treatment.
- Five sessions of Intensive Outpatient Treatment.
- Six outpatient visits.
- Ten days of Transitional Care.

Referrals to a Mental Health Services provider are at the discretion of the Mental Health/Substance Use Disorder Designee, who is responsible for coordinating all of your care.

Mental Health Services must be authorized and overseen by the Mental Health/Substance Use Disorder Designee. Contact the Mental Health/Substance Use Disorder Designee regarding Benefits for *Mental Health Services*.

### Special Mental Health Programs and Services

Special programs and services that are contracted under the Mental Health/Substance Use Disorder Designee may become available to you as a part of your Mental Health Services Benefit. Depending on the type of programs or services available, the programs or services may be offered to you at no cost or as an exchange of Benefits. When offered as an exchange of Benefits for use of these programs or services, this exchange is based on the assignment of the program or service to either inpatient, Partial Hospitalization/Day Treatment, Intensive Outpatient Treatment, outpatient or a Transitional Care category of Benefit use and any associated Copayment, Coinsurance and deductible. Special programs or services provide access to services that are beneficial for the treatment of your Mental Illness which may not otherwise be covered under the Policy. You must be referred to such programs through the Mental Health/Substance Use Disorder Designee, who is responsible for coordinating your care or through other pathways as described in the program introductions. Any decision to participate in such a program or service is at the discretion of the Covered Person and is not mandatory.

## 15. Neurobiological Disorders - Autism Spectrum Disorder Services

Psychiatric services for Autism Spectrum Disorders that are both of the following:

- Provided by or under the direction of an experienced psychiatrist and/or an experienced licensed psychiatric provider.
- Focused on treating maladaptive/stereotypic behaviors that are posing danger to self, others and property, and impairment in daily functioning.

This section describes only the psychiatric component of treatment for Autism Spectrum Disorders. Medical treatment of Autism Spectrum Disorders is a Covered Health Service for which Benefits are available under the applicable medical Covered Health Services categories in this *Certificate*.

Benefits include:

- Diagnostic evaluations and assessment.
- Treatment planning.
- Referral services.
- Medication management.
- Inpatient/24-hour supervisory care.
- Partial Hospitalization/Day Treatment.
- Intensive Outpatient Treatment.
- Services at a Residential Treatment Facility.
- Individual, family, therapeutic group, and provider-based case management services.
- Psychotherapy, consultation, and training session for parents and paraprofessional and resource support to family.
- Crisis intervention.
- Transitional Care.

Autism Spectrum Disorder services must be authorized and overseen by the Mental Health/Substance Use

Disorder Designee. Contact the Mental Health/Substance Use Disorder Designee regarding Benefits for *Neurobiological Disorders - Autism Spectrum Disorder Services*.

## 16. Ostomy Supplies

Benefits for ostomy supplies are limited to the following:

* Pouches, face plates and belts.
* Irrigation sleeves, bags and ostomy irrigation catheters.
* Skin barriers.

Benefits are not available for deodorants, filters, lubricants, tape, appliance cleaners, adhesive, adhesive remover, or other items not listed above.

## 17. Pharmaceutical Products - Outpatient

Pharmaceutical Products that are administered on an outpatient basis in a Hospital, Alternate Facility, Physician's office, or in a Covered Person's home.

Benefits under this section are provided only for Pharmaceutical Products which, due to their characteristics (as determined by us), must typically be administered or directly supervised by a qualified provider or licensed/certified health professional. Benefits under this section do not include medications that are typically available by prescription order or refill at a pharmacy.

Pharmaceutical Products are assigned to various tiers. The *Prescription Drug List Management Committee* makes the final classification of a Pharmaceutical Product to a certain tier by considering a number of factors including, but not limited to, clinical and economic factors. Clinical factors may include, but are not limited to, evaluations of the place in therapy, relative safety or relative efficacy of the Pharmaceutical Product, as well as whether notification requirements should apply. Economic factors may include, but are not limited to, the Pharmaceutical Product's acquisition cost including, but not limited to, available rebates and assessments on the cost effectiveness of the Pharmaceutical Product.

NOTE: We may periodically change the placement of a Pharmaceutical Product among the tiers. These changes generally occur quarterly, but no more than six times per year. These changes may occur without prior notice to you. As a result of such changes, the tier status of a Pharmaceutical Product may change, and you may be required to pay more or less for that Pharmaceutical Product.

To determine the tiers to which Pharmaceutical Products are assigned, contact www.myuhc.com or *Customer Care* at the telephone number on your ID card. The amount that you are required to pay for Pharmaceutical Products will vary depending upon the tier to which the Pharmaceutical Product is assigned.

Certain Pharmaceutical Products are subject to step therapy requirements. This means that in order to receive Benefits for such Pharmaceutical Products, you are required to use a different Pharmaceutical Product first. You may determine whether a particular Pharmaceutical Product is subject to step therapy requirements through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

## 18. Physician Fees for Surgical and Medical Services

Physician fees for surgical procedures and other medical care received on an outpatient or inpatient basis in a Hospital, Skilled Nursing Facility, Inpatient Rehabilitation Facility or Alternate Facility, or for Physician house calls.

## 19. Physician's Office Services - Sickness and Injury

Services provided in a Physician's office for the diagnosis and treatment of a Sickness or Injury. Benefits are provided under this section regardless of whether the Physician's office is free-standing, located in a clinic or located in a Hospital.

Covered Health Services include medical education services that are provided in a Physician's office by appropriately licensed or registered healthcare professionals when both of the following are true:

* Education is required for a disease in which patient self-management is an important component of treatment.

- There exists a knowledge deficit regarding the disease which requires the intervention of a trained health professional.

Benefits under this section include allergy injections.

Covered Health Services for preventive care provided in a Physician's office are described under *Preventive Care Services*.

Benefits under this section include lab, radiology/X-ray or other diagnostic services performed in the Physician's office. Benefits under this section do not include CT scans, PET scans, MRI, MRA, nuclear medicine, and major diagnostic services.

## 20. Pregnancy - Maternity Services

Benefits for Pregnancy include all maternity-related medical services for prenatal care, postnatal care, delivery, and any related complications.

Both before and during a Pregnancy, Benefits include the services of a genetic counselor when provided or referred by a Physician. These Benefits are available to all Covered Persons in the immediate family. Covered Health Services include related tests and treatment.

We also have special prenatal programs to help during Pregnancy. They are completely voluntary and there is no extra cost for participating in the program. To sign up, you should notify us during the first trimester, but no later than one month prior to the anticipated childbirth. It is important that you notify us regarding your Pregnancy. Your notification will open the opportunity to become enrolled in prenatal programs designed to achieve the best outcomes for you and your baby.

We will pay Benefits for an Inpatient Stay of at least:

- 48 hours for the mother and newborn child following a normal vaginal delivery.
- 96 hours for the mother and newborn child following a cesarean section delivery.

If the mother agrees, the attending provider may discharge the mother and/or the newborn child earlier than these minimum time frames.

Benefits are available for maternity-related medical, Hospital and other Covered Health Services for the birth of any child legally adopted by the Subscriber if all of the following are true:

- The child is adopted within one year of birth.
- The Subscriber is legally obligated to pay the costs of birth.
- The Subscriber has notified us of his or her acceptability to adopt children within 60 days after approval to adopt is received or within 60 days after a change in health care coverage.

This coverage is secondary to any coverage for maternity-related expenses that the birth mother may have and Benefits will be coordinated as described in *Section 7: Coordination of Benefits.*

## 21. Preventive Care Services

Services for preventive medical care provided on an outpatient basis at a Physician's office, an Alternate Facility or a Hospital. Examples of preventive medical care are:

**Physician office services:**

- Routine physical examinations.
- Well baby and well child care.
- Immunizations.
- Hearing screening.
- Outpatient contraceptive services, which include consultations, examinations, procedures and medical services related to the use of United States Food *and Drug Administration* (FDA) approved prescription contraceptive methods to prevent unintended pregnancies.

**Lab, X-ray or other preventive tests:**

- Screening mammography. Benefits for screening mammography are provided, at a minimum, according to the following guidelines:

  - For a woman from age 35 through age 39, a baseline mammogram.

  - For a woman from age 40 through age 49, a mammogram every two years or more frequently based on the recommendation of the woman's Physician.

  - For a woman 50 years of age or older, a mammogram every year.

- Screening colonoscopy or sigmoidoscopy.

- Cervical cancer screening.

- Prostate cancer screening.

- Bone mineral density tests.

## 22. Prosthetic Devices

External prosthetic devices that replace a limb or a body part, limited to:

- Artificial arms, legs, feet and hands.

- Artificial face, eyes, ears and nose.

- Breast prosthesis as required by the *Women's Health and Cancer Rights Act of 1998*. Benefits include mastectomy bras and lymphedema stockings for the arm.

Benefits under this section are provided only for external prosthetic devices and do not include any device that is fully implanted into the body other than breast prostheses.

If more than one prosthetic device can meet your functional needs, Benefits are available only for the prosthetic device that meets the minimum specifications for your needs. If you purchase a prosthetic device that exceeds these minimum specifications, we will pay only the amount that we would have paid for the prosthetic that meets the minimum specifications, and you will be responsible for paying any difference in cost.

The prosthetic device must be ordered or provided by, or under the direction of a Physician.

Benefits are available for repairs and replacement, except that:

- There are no Benefits for repairs due to misuse, malicious damage or gross neglect.

- There are no Benefits for replacement due to misuse, malicious damage, gross neglect or for lost or stolen prosthetic devices.

## 23. Reconstructive Procedures

Reconstructive procedures when the primary purpose of the procedure is either to treat a medical condition or to improve or restore physiologic function. Reconstructive procedures include surgery or other procedures which are associated with an Injury, Sickness or Congenital Anomaly. The primary result of the procedure is not a changed or improved physical appearance.

Cosmetic Procedures are excluded from coverage. Procedures that correct an anatomical Congenital Anomaly without improving or restoring physiologic function are considered Cosmetic Procedures. The fact that a Covered Person may suffer psychological consequences or socially avoidant behavior as a result of an Injury, Sickness or Congenital Anomaly does not classify surgery (or other procedures done to relieve such consequences or behavior) as a reconstructive procedure.

Please note that Benefits for reconstructive procedures include breast reconstruction following a mastectomy, and reconstruction of the non-affected breast to achieve symmetry. Other services required by the *Women's Health and Cancer Rights Act of 1998*, including breast prostheses (at least two external post-operative breast prostheses) and treatment of complications (including lymphedemas), are provided in the same manner and at the same level as those for any other Covered Health Service. You can contact us at the telephone number on your ID card for more information about Benefits for mastectomy-related services.

## 24. Rehabilitation Services - Outpatient Therapy and Manipulative Treatment

Short-term outpatient rehabilitation services, limited to:

- Manipulative Treatment.
- Physical therapy.
- Occupational therapy.
- Speech therapy.
- Pulmonary rehabilitation therapy.
- Cardiac rehabilitation therapy.
- Post-cochlear implant aural therapy.

Rehabilitation services must be performed by a Physician or by a licensed therapy provider. Benefits under this section include rehabilitation services provided in a Physician's office or on an outpatient basis at a Hospital or Alternate Facility.

Benefits can be denied or shortened for Covered Persons who are not progressing in goal-directed rehabilitation services or if rehabilitation goals have previously been met. Benefits can be denied or shortened for Covered Persons who are not progressing in goal-directed Manipulative Treatment or if treatment goals have previously been met. Benefits under this section are not available for maintenance/preventive Manipulative Treatment.

Please note that we will pay Benefits for speech therapy for the treatment of disorders of speech, language, voice, communication and auditory processing only when the disorder results from Injury, stroke, cancer, Congenital Anomaly, or autism spectrum disorders.

## 25. Scopic Procedures - Outpatient Diagnostic and Therapeutic

Diagnostic and therapeutic scopic procedures and related services received on an outpatient basis at a Hospital or Alternate Facility or in a Physician's office.

Diagnostic scopic procedures are those for visualization, biopsy and polyp removal. Examples of diagnostic scopic procedures include colonoscopy, sigmoidoscopy, and endoscopy.

Please note that Benefits under this section do not include surgical scopic procedures, which are for the purpose of performing surgery. Benefits for surgical scopic procedures are described under *Surgery - Outpatient*. Examples of surgical scopic procedures include arthroscopy, laparoscopy, bronchoscopy, hysteroscopy.

Benefits under this section include:

- The facility charge and the charge for supplies and equipment.
- Physician services for anesthesiologists, pathologists and radiologists. (Benefits for other Physician services are described under *Physician Fees for Surgical and Medical Services*.)

When these services are performed for preventive screening purposes, Benefits are described under *Preventive Care Services*.

## 26. Skilled Nursing Facility/Inpatient Rehabilitation Facility Services

Services and supplies provided during an Inpatient Stay in a Skilled Nursing Facility or Inpatient Rehabilitation Facility. Benefits are available for:

- Supplies and non-Physician services received during the Inpatient Stay.
- Room and board in a Semi-private Room (a room with two or more beds).
- Physician services for anesthesiologists, consulting Physicians, pathologists and radiologists. (Benefits for other Physician services are described under *Physician Fees for Surgical and Medical Services*.)

Please note that Benefits are available only if both of the following are true:

- If the initial confinement in a Skilled Nursing Facility or Inpatient Rehabilitation Facility was or will be a cost effective alternative to an Inpatient Stay in a Hospital.
- You will receive skilled care services that are not primarily Custodial Care.

Skilled care is skilled nursing, skilled teaching, and skilled rehabilitation services when all of the following are true:

- It must be delivered or supervised by licensed technical or professional medical personnel in order to obtain the specified medical outcome, and provide for the safety of the patient.
- It is ordered by a Physician.
- It is not delivered for the purpose of assisting with activities of daily living, including but not limited to dressing, feeding, bathing or transferring from a bed to a chair.
- It requires clinical training in order to be delivered safely and effectively.

We will determine if Benefits are available by reviewing both the skilled nature of the service and the need for Physician-directed medical management. A service will not be determined to be "skilled" simply because there is not an available caregiver.

Benefits can be denied or shortened for Covered Persons who are not progressing in goal-directed rehabilitation services or if discharge rehabilitation goals have previously been met.

## 27. Substance Use Disorder Services

Substance Use Disorder Services include those received on an inpatient or Intermediate Care basis in a Hospital or an Alternate Facility, and those received on an outpatient basis in a provider's office or at an Alternate Facility.

Benefits for Substance Use Disorder Services include:

- Substance Use Disorder and chemical dependency evaluations and assessment.
- Diagnosis.
- Treatment planning.
- Detoxification (sub-acute/non-medical).
- Inpatient.
- Partial Hospitalization/Day Treatment.
- Intensive Outpatient Treatment.
- Services at a Residential Treatment Facility.
- Referral services.
- Medication management.
- Individual, family and group therapeutic services.
- Crisis intervention.

The Mental Health/Substance Use Disorder Designee, who will authorize the services, will determine the appropriate setting for the treatment. If an Inpatient Stay is required, it is covered on a Semi-private Room basis. When limits apply to inpatient or Intermediate Care services in the *Schedule of Benefits*, inpatient days may be converted to Intermediate Care (such as Partial Hospitalization/Day Treatment or Intensive Outpatient Treatment programs) or Transitional Care at the discretion of the Mental Health/Substance Use Disorder Designee.

One inpatient day is equivalent to:

- One day at a Residential Treatment Facility.
- Two sessions of Partial Hospitalization/Day Treatment.
- Five sessions of Intensive Outpatient Treatment.
- Six outpatient visits.
- Ten days of Transitional Care.

Referrals to a Substance Use Disorder Services provider are at the discretion of the Mental Health/Substance Use Disorder Designee, who is responsible for coordinating all of your care.

Substance Use Disorder Services must be authorized and overseen by the Mental Health/Substance Use Disorder Designee. Contact the Mental Health/Substance Use Disorder Designee regarding Benefits for *Substance Use Disorder Services*.

**Special Substance Use Disorder Programs and Services**

Special programs and services that are contracted under the Mental Health/Substance Use Disorder Designee may become available to you as a part of your Substance Use Disorder Services Benefit. Depending on the type of programs or services available, the programs or services may be offered to you at no cost or as an exchange of Benefits. When offered as an exchange of Benefits for use of these programs or services, this exchange is based on the assignment of the program or service to either inpatient, Partial Hospitalization /Day Treatment, Intensive Outpatient Treatment, outpatient or a Transitional Care category of Benefit use and any associated Copayment, Coinsurance and deductible. Special programs or services provide access to services that are beneficial for the treatment of your Substance Use Disorder which may not otherwise be covered under the Policy. You must be referred to such programs through the Mental Health/Substance Use Disorder Designee, who is responsible for coordinating your care or through other pathways as described in the program introductions. Any decision to participate in such a program or service is at the discretion of the Covered Person and is not mandatory.

## 28. Surgery - Outpatient

Surgery and related services received on an outpatient basis at a Hospital or Alternate Facility or in a Physician's office.

Benefits under this section include certain scopic procedures. Examples of surgical scopic procedures include arthroscopy, laparoscopy, bronchoscopy, hysteroscopy.

Benefits under this section include:

- The facility charge and the charge for supplies and equipment.
- Physician services for anesthesiologists, pathologists and radiologists. (Benefits for other Physician services are described under *Physician Fees for Surgical and Medical Services.)*

## 29. Therapeutic Treatments - Outpatient

Therapeutic treatments received on an outpatient basis at a Hospital or Alternate Facility or in a Physician's office, including but not limited to dialysis (both hemodialysis and peritoneal dialysis), intravenous chemotherapy or other intravenous infusion therapy and radiation oncology.

Covered Health Services include medical education services that are provided on an outpatient basis at a Hospital or Alternate Facility by appropriately licensed or registered healthcare professionals when both of the following are true:

- Education is required for a disease in which patient self-management is an important component of treatment.
- There exists a knowledge deficit regarding the disease which requires the intervention of a trained health professional.

Benefits under this section include:

- The facility charge and the charge for related supplies and equipment.
- Physician services for anesthesiologists, pathologists and radiologists. Benefits for other Physician services are described under *Physician Fees for Surgical and Medical Services.*

## 30. Transplantation Services

Organ and tissue transplants when ordered by a Physician. Benefits are available for transplants when the transplant meets the definition of a Covered Health Service, and is not an Experimental or Investigational or Unproven Service.

Examples of transplants for which Benefits are available include bone marrow, heart, heart/lung, lung, kidney, kidney/pancreas, liver, liver/small bowel, pancreas, small bowel and cornea.

Donor costs that are directly related to organ removal are Covered Health Services for which Benefits are payable through the organ recipient's coverage under the Policy.

We have specific guidelines regarding Benefits for transplant services. Contact us at the telephone number on

your ID card for information about these guidelines.

## 31. Urgent Care Center Services

Covered Health Services received at an Urgent Care Center. When services to treat urgent health care needs are provided in a Physician's office, Benefits are available as described under *Physician's Office Services - Sickness and Injury.*

## 32. Vision Examinations

Routine vision examinations, including refraction to detect vision impairment, received from a health care provider in the provider's office.

Please note that Benefits are not available for charges connected to the purchase or fitting of eyeglasses or contact lenses.

Benefits for eye examinations required for the diagnosis and treatment of a Sickness or Injury are provided under *Physician's Office Services - Sickness and Injury.*

# Section 2: Exclusions and Limitations

### How We Use Headings in this Section

To help you find specific exclusions more easily, we use headings (for example *A. Alternative Treatments* below). The headings group services, treatments, items, or supplies that fall into a similar category. Actual exclusions appear underneath headings. A heading does not create, define, modify, limit or expand an exclusion. All exclusions in this section apply to you.

## We do not Pay Benefits for Exclusions

We will not pay Benefits for any of the services, treatments, items or supplies described in this section, even if either of the following is true:

* It is recommended or prescribed by a Physician.
* It is the only available treatment for your condition.

The services, treatments, items or supplies listed in this section are not Covered Health Services, except as may be specifically provided for in *Section 1: Covered Health Services* or through a Rider to the Policy.

### Benefit Limitations

When Benefits are limited within any of the Covered Health Service categories described in *Section 1: Covered Health Services*, those limits are stated in the corresponding Covered Health Service category in the *Schedule of Benefits*. Limits may also apply to some Covered Health Services that fall under more than one Covered Health Service category. When this occurs, those limits are also stated in the *Schedule of Benefits* under the heading *Benefit Limits*. Please review all limits carefully, as we will not pay Benefits for any of the services, treatments, items or supplies that exceed these Benefit limits.

*Please note that in listing services or examples, when we say "this includes," it is not our intent to limit the description to that specific list. When we do intend to limit a list of services or examples, we state specifically that the list "is limited to."*

## A. Alternative Treatments

1. Acupressure and acupuncture.
2. Aromatherapy.
3. Hypnotism.
4. Massage therapy.
5. Rolfing.
6. Art therapy, music therapy, dance therapy, horseback therapy and other forms of alternative treatment as defined by the *National Center for Complementary and Alternative Medicine (NCCAM)* of the *National Institutes of Health*. This exclusion does not apply to Manipulative Treatment and non-manipulative osteopathic care for which Benefits are provided as described in *Section 1: Covered Health Services*.

## B. Dental

1. Dental care (which includes dental X-rays, supplies and appliances and all associated expenses, including hospitalizations and anesthesia).

   This exclusion does not apply to accident-related dental services for which Benefits are provided as described under *Dental Services - Accident Only* in *Section 1: Covered Health Services*.

This exclusion does not apply to dental care (oral examination, X-rays, extractions and non-surgical elimination of oral Infection) required for the direct treatment of a medical condition for which Benefits are available under the Policy, limited to:

- Transplant preparation.
- Prior to the initiation of immunosuppressive drugs.
- The direct treatment of acute traumatic Injury, cancer or cleft palate.

Dental care that is required to treat the effects of a medical condition, but that is not necessary to directly treat the medical condition, is excluded. Examples include treatment of dental caries resulting from dry mouth after radiation treatment or as a result of medication.

Endodontics, periodontal surgery and restorative treatment are excluded.

2.  Preventive care, diagnosis, treatment of or related to the teeth, jawbones or gums. Examples include:

- Extraction, restoration and replacement of teeth.
- Medical or surgical treatments of dental conditions.
- Services to improve dental clinical outcomes.

This exclusion does not apply to accident-related dental services for which Benefits are provided as described under *Dental Services - Accident Only* in *Section 1: Covered Health Services*.

3.  Dental implants, bone grafts, and other implant-related procedures. This exclusion does not apply to accident-related dental services for which Benefits are provided as described under *Dental Services - Accident Only* in *Section 1: Covered Health Services*.

4.  Dental braces (orthodontics).

5.  Treatment of congenitally missing, malpositioned, or supernumerary teeth, even if part of a Congenital Anomaly.

## C.  Devices, Appliances and Prosthetics

1.  Devices used specifically as safety items or to affect performance in sports-related activities.

2.  Orthotic appliances that straighten or re-shape a body part. Examples include foot orthotics, cranial banding and some types of braces, including over-the-counter orthotic braces.

3.  The following items are excluded, even if prescribed by a Physician:

- Blood pressure cuff/monitor.
- Enuresis alarm.
- Non-wearable external defibrillator.
- Trusses.
- Ultrasonic nebulizers.

4.  Devices and computers to assist in communication and speech except for speech generating devices and tracheo-esophageal voice devices for which Benefits are provided as described under *Durable Medical Equipment* in *Section 1: Covered Health Services*.

5.  Oral appliances for snoring.

6.  Repairs to prosthetic devices due to misuse, malicious damage or gross neglect.

7.  Replacement of prosthetic devices due to misuse, malicious damage or gross neglect or to replace lost or stolen items.

## D. Drugs

1. Prescription drug products for outpatient use that are filled by a prescription order or refill.

2. Self-injectable medications. This exclusion does not apply to medications which, due to their characteristics (as determined by us), must typically be administered or directly supervised by a qualified provider or licensed/certified health professional in an outpatient setting.

3. Non-injectable medications given in a Physician's office. This exclusion does not apply to non-injectable medications that are required in an Emergency and consumed in the Physician's office.

4. Over-the-counter drugs and treatments.

5. Growth hormone therapy.

## E. Experimental or Investigational or Unproven Services

Experimental or Investigational and Unproven Services and all services related to Experimental or Investigational and Unproven Services are excluded. The fact that an Experimental or Investigational or Unproven Service, treatment, device or pharmacological regimen is the only available treatment for a particular condition will not result in Benefits if the procedure is considered to be Experimental or Investigational or Unproven in the treatment of that particular condition.

This exclusion does not apply to Covered Health Services provided during a clinical trial for which Benefits are provided as described under *Clinical Trials* in *Section 1: Covered Health Services.*

## F. Foot Care

1. Routine foot care. Examples include the cutting or removal of corns and calluses. This exclusion does not apply to preventive foot care for Covered Persons with diabetes for which Benefits are provided as described under *Diabetes Services* in *Section 1: Covered Health Services.*

2. Nail trimming, cutting, or debriding.

3. Hygienic and preventive maintenance foot care. Examples include:

   - Cleaning and soaking the feet.
   - Applying skin creams in order to maintain skin tone.

   This exclusion does not apply to preventive foot care for Covered Persons who are at risk of neurological or vascular disease arising from diseases such as diabetes.

4. Treatment of flat feet.

5. Treatment of subluxation of the foot.

6. Shoes.

7. Shoe orthotics.

8. Shoe inserts.

9. Arch supports.

## G. Medical Supplies

1. Prescribed or non-prescribed medical supplies and disposable supplies. Examples include:

   - Elastic stockings.
   - Ace bandages.
   - Gauze and dressings.
   - Urinary catheters.

   This exclusion does not apply to:

- Disposable supplies necessary for the effective use of Durable Medical Equipment for which Benefits are provided as described under *Durable Medical Equipment* in *Section 1: Covered Health Services*.

- Diabetic supplies for which Benefits are provided as described under *Diabetes Services* in *Section 1: Covered Health Services*.

- Ostomy supplies for which Benefits are provided as described under *Ostomy Supplies* in *Section 1: Covered Health Services*.

2. Tubings and masks except when used with Durable Medical Equipment as described under *Durable Medical Equipment* in *Section 1: Covered Health Services*.

## H. Mental Health

1. Services performed in connection with conditions not classified in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*.

2. Mental Health Services as treatments for V-code conditions as listed within the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*.

3. Mental Health Services that extend beyond the period necessary for evaluation, diagnosis, the application of evidence-based treatments or crisis intervention to be effective.

4. Mental Health Services as treatment for a primary diagnosis of insomnia and other sleep disorders, sexual dysfunction disorders, feeding disorders, neurological disorders and other disorders with a known physical basis.

5. Treatments for the primary diagnoses of learning disabilities, conduct and impulse control disorders, personality disorders, paraphilias, and other Mental Illnesses that will not substantially improve beyond the current level of functioning, or that are not subject to favorable modification or management according to prevailing national standards of clinical practice, as reasonably determined by the Mental Health/Substance Use Disorder Designee.

6. Educational/behavioral services that are focused on primarily building skills and capabilities in communication, social interaction and learning.

7. Tuition for or services that are school-based for children and adolescents under the *Individuals with Disabilities Education Act*.

8. Learning, motor skills, and primary communication disorders as defined in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*.

9. Mental retardation and autism spectrum disorder as a primary diagnosis defined in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*.

10. Treatment provided in connection with or to comply with involuntary commitments, police detentions and other similar arrangements, unless authorized by the Mental Health/Substance Use Disorder Designee.

11. Services or supplies for the diagnosis or treatment of Mental Illness that, in the reasonable judgment of the Mental Health/Substance Use Disorder Designee, are any of the following:

    - Not consistent with generally accepted standards of medical practice for the treatment of such conditions.

    - Not consistent with services backed by credible research soundly demonstrating that the services or supplies will have a measurable and beneficial health outcome, and therefore considered experimental.

    - Typically do not result in outcomes demonstrably better than other available treatment alternatives that are less intensive or more cost effective.

    - Not consistent with the Mental Health/Substance Use Disorder Designee's level of care guidelines or best practices as modified from time to time.

    - Not clinically appropriate in terms of type, frequency, extent, site and duration of treatment, and considered ineffective for the patient's Mental Illness, substance use disorder or condition based on generally accepted standards of medical practice and benchmarks.

The Mental Health/Substance Use Disorder Designee may consult with professional clinical consultants, peer review committees or other appropriate sources for recommendations and information regarding whether a service or supply meets any of these criteria.

## I.   Neurobiological Disorders - Autism Spectrum Disorders

1.   Services as treatments of sexual dysfunction and feeding disorders as listed in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association.*

2.   Autism Spectrum Disorder services that extend beyond the period necessary for evaluation, diagnosis, the application of evidence-based treatments or crisis intervention to be effective.

3.   Any treatments or other specialized services designed for Autism Spectrum Disorder that are not backed by credible research demonstrating that the services or supplies have a measurable and beneficial health outcome and therefore considered Experimental or Investigational or Unproven Services.

4.   Mental retardation as the primary diagnosis defined in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association.*

5.   Tuition for or services that are school-based for children and adolescents under the *Individuals with Disabilities Education Act.*

6.   Learning, motor skills and primary communication disorders as defined in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association* and which are not a part of Autism Spectrum Disorder.

7.   Treatments for the primary diagnoses of learning disabilities, conduct and impulse control disorders, personality disorders, paraphilias, and other Mental Illnesses that will not substantially improve beyond the current level of functioning, or that are not subject to favorable modification or management according to prevailing national standards of clinical practice, as reasonably determined by the Mental Health/Substance Use Disorder Designee.

8.   Intensive behavioral therapies such as applied behavioral analysis for Autism Spectrum Disorder.

9.   Treatment provided in connection with or to comply with involuntary commitments, police detentions and other similar arrangements, unless authorized by the Mental Health/Substance Use Disorder Designee.

10.  Services or supplies for the diagnosis or treatment of Mental Illness that, in the reasonable judgment of the Mental Health/Substance Use Disorder Designee, are any of the following:

   ▪   Not consistent with generally accepted standards of medical practice for the treatment of such conditions.

   ▪   Not consistent with services backed by credible research soundly demonstrating that the services or supplies will have a measurable and beneficial health outcome, and therefore considered experimental.

   ▪   Typically do not result in outcomes demonstrably better than other available treatment alternatives that are less intensive or more cost effective.

   ▪   Not consistent with the Mental Health/Substance Use Disorder Designee's level of care guidelines or best practices as modified from time to time.

   ▪   Not clinically appropriate in terms of type, frequency, extent, site and duration of treatment, and considered ineffective for the patient's Mental Illness, substance use disorder or condition based on generally accepted standards of medical practice and benchmarks.

The Mental Health/Substance Use Disorder Designee may consult with professional clinical consultants, peer review committees or other appropriate sources for recommendations and information regarding whether a service or supply meets any of these criteria.

## J. Nutrition

1.  Individual and group nutritional counseling. This exclusion does not apply to medical nutritional education services that are provided by appropriately licensed or registered health care professionals when both of the following are true:

    - Nutritional education is required for a disease in which patient self-management is an important component of treatment.

    - There exists a knowledge deficit regarding the disease which requires the intervention of a trained health professional.

2.  Enteral feedings, even if the sole source of nutrition. See the benefits for medical foods described in the outpatient prescription drug rider.

3.  Infant formula and donor breast milk.

4.  Nutritional or cosmetic therapy using high dose or mega quantities of vitamins, minerals or elements, and other nutrition-based therapy. Examples include supplements, electrolytes, and foods of any kind (including high protein foods and low carbohydrate foods). See the benefits for eosinophilic gastrointestinal disorder formula described in the outpatient prescription drug rider.

## K. Personal Care, Comfort or Convenience

1.  Television.

2.  Telephone.

3.  Beauty/barber service.

4.  Guest service.

5.  Supplies, equipment and similar incidental services and supplies for personal comfort. Examples include:

    - Air conditioners, air purifiers and filters, dehumidifiers.

    - Batteries and battery chargers.

    - Breast pumps.

    - Car seats.

    - Chairs, bath chairs, feeding chairs, toddler chairs, chair lifts, recliners.

    - Electric scooters.

    - Exercise equipment.

    - Home modifications such as elevators, handrails and ramps.

    - Hot tubs.

    - Humidifiers.

    - Jacuzzis.

    - Mattresses.

    - Medical alert systems.

    - Motorized beds.

    - Music devices.

    - Personal computers.

    - Pillows.

    - Power-operated vehicles.

    - Radios.

- Saunas.
- Stair lifts and stair glides.
- Strollers.
- Safety equipment.
- Treadmills.
- Vehicle modifications such as van lifts.
- Video players.
- Whirlpools.

## L.  Physical Appearance

1.  Cosmetic Procedures. See the definition in *Section 9: Defined Terms.* Examples include:
    - Pharmacological regimens, nutritional procedures or treatments.
    - Scar or tattoo removal or revision procedures (such as salabrasion, chemosurgery and other such skin abrasion procedures).
    - Skin abrasion procedures performed as a treatment for acne.
    - Liposuction or removal of fat deposits considered undesirable, including fat accumulation under the male breast and nipple.
    - Treatment for skin wrinkles or any treatment to improve the appearance of the skin.
    - Treatment for spider veins.
    - Hair removal or replacement by any means.

2.  Replacement of an existing breast implant if the earlier breast implant was performed as a Cosmetic Procedure. Note: Replacement of an existing breast implant is considered reconstructive if the initial breast implant followed mastectomy. See *Reconstructive Procedures* in *Section 1: Covered Health Services.*

3.  Treatment of benign gynecomastia (abnormal breast enlargement in males).

4.  Physical conditioning programs such as athletic training, body-building, exercise, fitness, flexibility, and diversion or general motivation.

5.  Weight loss programs whether or not they are under medical supervision. Weight loss programs for medical reasons are also excluded.

6.  Wigs regardless of the reason for the hair loss.

## M.  Preexisting Conditions

1.  Benefits for the treatment of a Preexisting Condition are excluded until the earlier of the following:
    - The date you have had Continuous Creditable Coverage for 12 months.
    - The date you have had Continuous Creditable Coverage for 18 months if you are a Late Enrollee.

    This exclusion does not apply to newborn children, newly adopted children or children placed for adoption. This exception for newborn, adopted children and children placed for adoption no longer applies after the end of the first 63-day period during which the child has not had Continuous Creditable Coverage.

## N.  Procedures and Treatments

1.  Excision or elimination of hanging skin on any part of the body. Examples include plastic surgery procedures called abdominoplasty or abdominal panniculectomy, and brachioplasty.

2.  Medical and surgical treatment of excessive sweating (hyperhidrosis).

3. Medical and surgical treatment for snoring, except when provided as a part of treatment for documented obstructive sleep apnea.

4. Rehabilitation services and Manipulative Treatment to improve general physical condition that are provided to reduce potential risk factors, where significant therapeutic improvement is not expected, including but not limited to routine, long-term or maintenance/preventive treatment.

5. Speech therapy except as required for treatment of a speech impediment or speech dysfunction that results from Injury, stroke, cancer, Congenital Anomaly, or autism spectrum disorders.

6. Psychosurgery.

7. Sex transformation operations.

8. Physiological modalities and procedures that result in similar or redundant therapeutic effects when performed on the same body region during the same visit or office encounter.

9. Biofeedback.

10. Services for the evaluation and treatment of temporomandibular joint syndrome (TMJ), whether the services are considered to be medical or dental in nature.

11. Upper and lower jawbone surgery except as required for direct treatment of acute traumatic Injury, dislocation, tumors or cancer. Orthognathic surgery, jaw alignment and treatment for the temporomandibular joint, except as a treatment of obstructive sleep apnea.

12. Surgical and non-surgical treatment of obesity.

13. Stand-alone multi-disciplinary smoking cessation programs.

14. Breast reduction except as coverage is required by the *Women's Health and Cancer Rights Act of 1998* for which Benefits are described under *Reconstructive Procedures* in *Section 1: Covered Health Services.*

## O. Providers

1. Services performed by a provider who is a family member by birth or marriage. Examples include a spouse, brother, sister, parent or child. This includes any service the provider may perform on himself or herself.

2. Services performed by a provider with your same legal residence.

3. Services provided at a free-standing or Hospital-based diagnostic facility without an order written by a Physician or other provider. Services which are self-directed to a free-standing or Hospital-based diagnostic facility. Services ordered by a Physician or other provider who is an employee or representative of a free-standing or Hospital-based diagnostic facility, when that Physician or other provider:

   ▪ Has not been actively involved in your medical care prior to ordering the service, or

   ▪ Is not actively involved in your medical care after the service is received.

   This exclusion does not apply to mammography.

## P. Reproduction

1. Health services and associated expenses for infertility treatments, including assisted reproductive technology, regardless of the reason for the treatment. This exclusion does not apply to services required to treat or correct underlying causes of infertility.

2. Surrogate parenting, donor eggs, donor sperm and host uterus.

3. Storage and retrieval of all reproductive materials. Examples include eggs, sperm, testicular tissue and ovarian tissue.

4. The reversal of voluntary sterilization.

## Q. Services Provided under another Plan

1. Health services for which other coverage is required by federal, state or local law to be purchased or provided through other arrangements. Examples include coverage required by workers' compensation, no-fault auto insurance, or similar legislation.

   If coverage under workers' compensation or similar legislation is optional for you because you could elect it, or could have it elected for you, Benefits will not be paid for any Injury, Sickness or Mental Illness that would have been covered under workers' compensation or similar legislation had that coverage been elected.

2. Health services for treatment of military service-related disabilities, when you are legally entitled to other coverage and facilities are reasonably available to you.

3. Health services while on active military duty.

## R. Substance Use Disorders

1. Services performed in connection with conditions not classified in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*.

2. Substance Use Disorder Services that extend beyond the period necessary for evaluation, diagnosis, the application of evidence-based treatments or crisis intervention to be effective.

3. Methadone treatment as maintenance, L.A.A.M. (1-Alpha-Acetyl-Methadol), Cyclazocine, or their equivalents.

4. Substance Use Disorder Services for the treatment of nicotine or caffeine use.

5. Treatment provided in connection with or to comply with involuntary commitments, police detentions and other similar arrangements, unless authorized by the Mental Health/Substance Use Disorder Designee.

6. Services or supplies for the diagnosis or treatment of alcoholism or substance use disorders that, in the reasonable judgment of the Mental Health/Substance Use Disorder Designee, are any of the following:

   - Not consistent with generally accepted standards of medical practice for the treatment of such conditions.
   - Not consistent with services backed by credible research soundly demonstrating that the services or supplies will have a measurable and beneficial health outcome, and therefore considered experimental.
   - Typically do not result in outcomes demonstrably better than other available treatment alternatives that are less intensive or more cost effective.
   - Not consistent with the Mental Health/Substance Use Disorder Designee's level of care guidelines or best practices as modified from time to time.
   - Not clinically appropriate in terms of type, frequency, extent, site and duration of treatment, and considered ineffective for the patient's Mental Illness, substance use disorder or condition based on generally accepted standards of medical practice and benchmarks.

   The Mental Health/Substance Use Disorder Designee may consult with professional clinical consultants, peer review committees or other appropriate sources for recommendations and information regarding whether a service or supply meets any of these criteria.

## S. Transplants

1. Health services for organ and tissue transplants, except those described under *Transplantation Services* in *Section 1: Covered Health Services*.

2. Health services connected with the removal of an organ or tissue from you for purposes of a transplant to another person. (Donor costs that are directly related to organ removal are payable for a transplant through the organ recipient's Benefits under the Policy.)

3. Health services for transplants involving permanent mechanical or animal organs.

## T. Travel

1. Health services provided in a foreign country, unless required as Emergency Health Services.

2. Travel or transportation expenses, even though prescribed by a Physician. Some travel expenses related to Covered Health Services received from a Designated Facility or Designated Physician may be reimbursed at our discretion.

## U. Types of Care

1. Multi-disciplinary pain management programs provided on an inpatient basis.

2. Custodial Care or maintenance care.

3. Domiciliary care.

4. Private Duty Nursing.

5. Respite care. This exclusion does not apply to respite care that is part of an integrated hospice care program of services provided to a terminally ill person by a licensed hospice care agency for which Benefits are described under *Hospice Care* in *Section 1: Covered Health Services*.

6. Rest cures.

7. Services of personal care attendants.

8. Work hardening (individualized treatment programs designed to return a person to work or to prepare a person for specific work).

## V. Vision and Hearing

1. Purchase cost and fitting charge for eye glasses and contact lenses.

2. Implantable lenses used only to correct a refractive error (such as *Intacs* corneal implants).

3. Eye exercise or vision therapy.

4. Surgery that is intended to allow you to see better without glasses or other vision correction. Examples include radial keratotomy, laser, and other refractive eye surgery.

5. Bone anchored hearing aids except when either of the following applies:

   ▪ For Covered Persons with craniofacial anomalies whose abnormal or absent ear canals preclude the use of a wearable hearing aid.

   ▪ For Covered Persons with hearing loss of sufficient severity that it would not be adequately remedied by a wearable hearing aid.

   More than one bone anchored hearing aid per Covered Person who meets the above coverage criteria during the entire period of time the Covered Person is enrolled under the Policy.

   Repairs and/or replacement for a bone anchored hearing aid for Covered Persons who meet the above coverage criteria, other than for malfunctions.

## W. All Other Exclusions

1. Health services and supplies that do not meet the definition of a Covered Health Service - see the definition in *Section 9: Defined Terms*.

2. Physical, psychiatric or psychological exams, testing, vaccinations, immunizations or treatments that are otherwise covered under the Policy when:

   ▪ Required solely for purposes of school, sports or camp, travel, career or employment, insurance, marriage or adoption.

   ▪ Related to judicial or administrative proceedings or orders.

   ▪ Conducted for purposes of medical research.

- Required to obtain or maintain a license of any type.

3. Health services received as a result of war or any act of war, whether declared or undeclared or caused during service in the armed forces of any country. This exclusion does not apply to Covered Persons who are civilians injured or otherwise affected by war, any act of war, or terrorism in non-war zones.

4. Health services received after the date your coverage under the Policy ends. This applies to all health services, even if the health service is required to treat a medical condition that arose before the date your coverage under the Policy ended.

5. Health services for which you have no legal responsibility to pay, or for which a charge would not ordinarily be made in the absence of coverage under the Policy.

6. In the event a non-Network provider waives Copayments, Coinsurance and/or any deductible for a particular health service, no Benefits are provided for the health service for which the Copayments, Coinsurance and/or deductible are waived.

7. Charges in excess of Eligible Expenses or in excess of any specified limitation.

8. Long term (more than 30 days) storage. Examples include cryopreservation of tissue, blood and blood products.

9. Autopsy.

10. Foreign language and sign language services.

# Section 3: When Coverage Begins

## How to Enroll

Eligible Persons must complete an enrollment form. The Enrolling Group will give the necessary forms to you. The Enrolling Group will then submit the completed forms to us, along with any required Premium. We will not provide Benefits for health services that you receive before your effective date of coverage.

## If You Are Hospitalized When Your Coverage Begins

If you are an inpatient in a Hospital, Skilled Nursing Facility or Inpatient Rehabilitation Facility on the day your coverage begins, we will pay Benefits for Covered Health Services that you receive on or after your first day of coverage related to that Inpatient Stay as long as you receive Covered Health Services in accordance with the terms of the Policy. These Benefits will be paid subject to coordination of benefits with your prior carrier.

You should notify us of your hospitalization within 48 hours of the day your coverage begins, or as soon as is reasonably possible. For Benefit plans that have a Network Benefit level, Network Benefits are available only if you receive Covered Health Services from Network providers.

## Who is Eligible for Coverage

The Enrolling Group determines who is eligible to enroll under the Policy and who qualifies as a Dependent.

### Eligible Person

Eligible Person usually refers to an employee or member of the Enrolling Group who meets the eligibility rules. When an Eligible Person actually enrolls, we refer to that person as a Subscriber. For a complete definition of Eligible Person, Enrolling Group and Subscriber, see *Section 9: Defined Terms.*

Eligible Persons must reside within the United States.

If both spouses are Eligible Persons of the Enrolling Group, each may enroll as a Subscriber or be covered as an Enrolled Dependent of the other, but not both.

### Dependent

Dependent generally refers to the Subscriber's spouse and children. When a Dependent actually enrolls, we refer to that person as an Enrolled Dependent. For a complete definition of Dependent and Enrolled Dependent, see *Section 9: Defined Terms.*

Dependents of an Eligible Person may not enroll unless the Eligible Person is also covered under the Policy.

If both parents of a Dependent child are enrolled as a Subscriber, only one parent may enroll the child as a Dependent.

## When to Enroll and When Coverage Begins

Except as described below, Eligible Persons may not enroll themselves or their Dependents.

### Initial Enrollment Period

When the Enrolling Group purchases coverage under the Policy from us, the Initial Enrollment Period is the first period of time when Eligible Persons can enroll themselves and their Dependents.

Coverage begins on the date identified in the Policy if we receive the completed enrollment form and any required Premium within 31 days of the date the Eligible Person becomes eligible to enroll.

## Open Enrollment Period

The Enrolling Group determines the Open Enrollment Period. During the Open Enrollment Period, Eligible Persons can enroll themselves and their Dependents.

Coverage begins on the date identified by the Enrolling Group if we receive the completed enrollment form and any required Premium within 31 days of the date the Eligible Person becomes eligible to enroll.

## New Eligible Persons

Coverage for a new Eligible Person and his or her Dependents begins on the date agreed to by the Enrolling Group if we receive the completed enrollment form and any required Premium within 31 days of the date the new Eligible Person first becomes eligible.

## Adding New Dependents

Subscribers may enroll Dependents who join their family because of any of the following events:

- Birth.
- Legal adoption.
- Placement for adoption.
- Marriage.
- Legal guardianship.
- Court or administrative order.

Coverage for a newborn child, adopted child or a child placed for adoption begins on the date of birth, adoption or placement for adoption and will remain in effect for 31 days. If payment of additional Premium is required in order to provide coverage for the child, the Subscriber must notify us of the event and pay any additional required Premium within 31 days of the event in order to continue coverage beyond the initial 31-day period.

Coverage for any other Dependent begins on the date of the event if we receive the completed enrollment form and any required Premium within 31 days of the event that makes the new Dependent eligible.

## Special Enrollment Period

An Eligible Person and/or Dependent may also be able to enroll during a special enrollment period. A special enrollment period is not available to an Eligible Person and his or her Dependents if coverage under the prior plan was terminated for cause, or because premiums were not paid on a timely basis.

An Eligible Person and/or Dependent does not need to elect COBRA continuation coverage to preserve special enrollment rights. Special enrollment is available to an Eligible Person and/or Dependent even if COBRA is not elected.

A special enrollment period applies to an Eligible Person and any Dependents when one of the following events occurs:

- Birth.
- Legal adoption.
- Placement for adoption.
- Marriage.

A special enrollment period also applies for an Eligible Person and/or Dependent who did not enroll during the Initial Enrollment Period or Open Enrollment Period if the following are true:

- The Eligible Person previously declined coverage under the Policy, but the Eligible Person and/or Dependent becomes eligible for a premium assistance subsidy under *Medicaid* or *Children's Health Insurance Program (CHIP)*. Coverage will begin only if we receive the completed enrollment form and any required Premium within 60 days of the date of determination of subsidy eligibility.
- The Eligible Person and/or Dependent had existing health coverage under another plan at the time they had an opportunity to enroll during the Initial Enrollment Period or Open Enrollment Period or the Eligible Person

or Dependent is employed by an employer that offers multiple health benefit plans and the person elected a different plan during Open Enrollment; and

- Coverage under the prior plan ended because of any of the following:

  - Loss of eligibility (including, but not limited to, termination of employment, reduction in the number of hours of employment, legal separation, divorce or death).

  - The employer stopped paying the contributions. This is true even if the Eligible Person and/or Dependent continues to receive coverage under the prior plan and to pay the amounts previously paid by the employer.

  - In the case of COBRA continuation coverage, the coverage ended.

  - The Eligible Person and/or Dependent no longer lives or works in an HMO service area if no other benefit option is available.

  - The plan no longer offers benefits to a class of individuals that include the Eligible Person and/or Dependent.

  - An Eligible Person and/or Dependent incurs a claim that would exceed a lifetime limit on all benefits.

  - The Eligible Person and/or Dependent loses eligibility under *Medicaid* or *Children's Health Insurance Program (CHIP)*. Coverage will begin only if we receive the completed enrollment form and any required Premium within 60 days of the date coverage ended.

When an event takes place (for example, a birth, marriage, determination of eligibility for state subsidy), coverage begins on the date of the event if we receive the completed enrollment form and any required Premium within 31 days of the event unless otherwise noted above.

For an Eligible Person and/or Dependent who did not enroll during the Initial Enrollment Period or Open Enrollment Period because they had existing health coverage under another plan, coverage begins on the day immediately following the day coverage under the prior plan ends. Except as otherwise noted above, coverage will begin only if we receive the completed enrollment form and any required Premium within 31 days of the date coverage under the prior plan ended.

## Late Enrollees

A Late Enrollee is an Eligible Person or Dependent who does not enroll for coverage under the Policy when he or she is first eligible, and who does not enroll during the Initial Enrollment Period, Open Enrollment Period, or a special enrollment period as described above.

Coverage for a Late Enrollee begins on the date agreed to by the Enrolling Group after we receive the completed enrollment form and any required Premium.

# Section 4: When Coverage Ends

## General Information about When Coverage Ends

We may discontinue this Benefit plan and/or all similar benefit plans at any time for the reasons explained in the Policy, as permitted by law.

Your entitlement to Benefits automatically ends on the date that coverage ends, even if you are hospitalized or are otherwise receiving medical treatment on that date.

When your coverage ends, we will still pay claims for Covered Health Services that you received before the date on which your coverage ended. However, once your coverage ends, we will not pay claims for any health services received after that date (even if the medical condition that is being treated occurred before the date your coverage ended).

Unless otherwise stated, an Enrolled Dependent's coverage ends on the date the Subscriber's coverage ends.

Please note that for Covered Persons who are subject to the *Extended Coverage for Total Disability* provision later in this section, entitlement to Benefits ends as described in that section.

## Events Ending Your Coverage

Coverage ends on the earliest of the dates specified below:

* **The Entire Policy Ends**

    Your coverage ends on the date the Policy ends. In the event the entire Policy ends, the Enrolling Group is responsible for notifying you that your coverage has ended.

* **You Are No Longer Eligible**

    Your coverage ends on the last day of the calendar month in which you are no longer eligible to be a Subscriber or Enrolled Dependent. Please refer to *Section 9: Defined Terms* for complete definitions of the terms "Eligible Person," "Subscriber," "Dependent" and "Enrolled Dependent."

* **We Receive Notice to End Coverage**

    Your coverage ends on the last day of the calendar month in which we receive written notice from the Enrolling Group instructing us to end your coverage, or the date requested in the notice, if later. The Enrolling Group is responsible for providing written notice to us to end your coverage.

* **Subscriber Retires or Is Pensioned**

    Your coverage ends the last day of the calendar month in which the Subscriber is retired or receiving benefits under the Enrolling Group's pension or retirement plan. The Enrolling Group is responsible for providing written notice to us to end your coverage.

    This provision applies unless a specific coverage classification is designated for retired or pensioned persons in the Enrolling Group's application, and only if the Subscriber continues to meet any applicable eligibility requirements. The Enrolling Group can provide you with specific information about what coverage is available for retirees.

## Other Events Ending Your Coverage

When the following happens, we will provide written notice to the Subscriber that coverage has ended on the date we identify in the notice:

Fraud or misrepresentation by the Enrolling Group, or Enrolling Group knowingly gave us false material information. Examples include false information relating to another person's eligibility or status as a Dependent.

During the first two years the Policy is in effect, we have the right to demand that you pay back all Benefits we paid to you, or paid in your name, during the time you were incorrectly covered under the Policy. After the first two years, we can only demand that you pay back these Benefits if the written application contained a fraudulent misstatement.

## Coverage for a Disabled Dependent Child

Coverage for an unmarried Enrolled Dependent child who is disabled will not end just because the child has reached a certain age. We will extend the coverage for that child beyond the limiting age if both of the following are true regarding the Enrolled Dependent child:

- Is not able to be self-supporting because of mental or physical handicap or disability.
- Depends mainly on the Subscriber for support.

Coverage will continue as long as the Enrolled Dependent is medically certified as disabled and dependent unless coverage is otherwise terminated in accordance with the terms of the Policy.

We will ask you to furnish us with proof of the medical certification of disability within 31 days of the date coverage would otherwise have ended because the child reached a certain age. Before we agree to this extension of coverage for the child, we may require that a Physician chosen by us examine the child. We will pay for that examination.

We may continue to ask you for proof that the child continues to be disabled and dependent. Such proof might include medical examinations at our expense. However, we will not ask for this information more than once a year.

If you do not provide proof of the child's disability and dependency within 31 days of our request as described above, coverage for that child will end.

## Extended Coverage for Full-time Students

Coverage for an Enrolled Dependent child who is a Full-time Student and who needs a medically necessary leave of absence will be extended until the earlier of the following:

- One year after the medically necessary leave of absence begins.
- The date coverage would otherwise terminate under the Policy.

Coverage will be extended only when the Enrolled Dependent is covered under the Policy because of Full-time Student status immediately before the medically necessary leave of absence begins and when the Enrolled Dependent's change in Full-time Student status meets all of the following requirements:

- The Enrolled Dependent is suffering from a serious Sickness or Injury.
- The leave of absence is medically necessary, as determined by the Enrolled Dependent's treating Physician.
- The medically necessary leave of absence causes the Enrolled Dependent to lose Full-time Student status for purposes of coverage under the Policy.

A written certification by the treating Physician is required. The certification must state that the Enrolled Dependent child is suffering from a serious Sickness or Injury and that the leave of absence is medically necessary.

For purposes of this extended coverage provision, the term "leave of absence" includes any change in enrollment that causes the loss of Full-time Student status.

## Extended Coverage for Total Disability

Coverage for a Covered Person who is Totally Disabled on the date the entire Policy is terminated will not end automatically. We will temporarily extend the coverage, only for treatment of the condition causing the Total Disability. Benefits will be paid until the earlier of either of the following:

- The date the Total Disability ends.
- Twelve months from the date your coverage would have ended when the entire Policy was terminated.

## Continuation of Coverage and Conversion

If your coverage ends under the Policy, you may be entitled to elect continuation coverage (coverage that continues on in some form) in accordance with federal law.

Continuation coverage under COBRA (the federal Consolidated Omnibus Budget Reconciliation Act) is available only to Enrolling Groups that are subject to the terms of COBRA. You can contact your plan administrator to determine if your Enrolling Group is subject to the provisions of COBRA.

If you selected continuation coverage under a prior plan which was then replaced by coverage under the Policy, continuation coverage will end as scheduled under the prior plan or in accordance with federal law, whichever is earlier.

We are not the Enrolling Group's designated "plan administrator" as that term is used in federal law, and we do not assume any responsibilities of a "plan administrator" according to federal law.

We are not obligated to provide continuation coverage to you if the Enrolling Group or its plan administrator fails to perform its responsibilities under federal law. Examples of the responsibilities of the Enrolling Group or its plan administrator are:

- Notifying you in a timely manner of the right to elect continuation coverage.
- Notifying us in a timely manner of your election of continuation coverage.

## Conversion

If your coverage under the Policy terminates for one of the reasons described below, you may apply for conversion coverage under an individual conversion policy without furnishing evidence of insurability. The right to apply for conversion coverage applies to you if you are a Subscriber or an Enrolled Dependent.

Reasons for termination:

- The Subscriber is retired or pensioned.
- You cease to be eligible as a Subscriber or Enrolled Dependent.
- Continuation coverage ends.
- The entire Policy ends and is not replaced.

Application and payment of the initial Premium must be made within 31 days after coverage ends under the Policy. Conversion coverage will be issued in accordance with the terms and conditions in effect at the time of application. Conversion coverage may be substantially different from the coverage provided under the Policy.

# Section 5: How to File a Claim

## If You Receive Covered Health Services from a Network Provider

We pay Network providers directly for your Covered Health Services. If a Network provider bills you for any Covered Health Service, contact us. However, you are responsible for meeting any applicable Annual Deductible and for paying any required Copayments and Coinsurance to a Network provider at the time of service, or when you receive a bill from the provider.

## If You Receive Covered Health Services from a Non-Network Provider

When you receive Covered Health Services from a non-Network provider, you are responsible for requesting payment from us. You must file the claim in a format that contains all of the informatio n we require, as described below.

You should submit a request for payment of Benefits within 90 days after the date of service. If you don't provide this information to us within two years of the date of service, Benefits for that health service will be denied or reduced, in our discretion. This time limit does not apply if you are legally Incapacitated. If your claim relates to an Inpatient Stay, the date of service is the date your Inpatient Stay ends.

## Required Information

When you request payment of Benefits from us, you must provide us with all of the following information:

- The Subscriber's name and address.
- The patient's name and age.
- The number stated on your ID card.
- The name and address of the provider of the service(s).
- The name and address of any ordering Physician.
- A diagnosis from the Physician.
- An itemized bill from your provider that includes the Current Procedural Terminology (CPT) codes or a description of each charge.
- The date the Injury or Sickness began.
- A statement indicating either that you are, or you are not, enrolled for coverage under any other health insurance plan or program. If you are enrolled for other coverage you must include the name of the other carrier(s).

The above information should be filed with us at the address on your ID card. When filing a claim for Outpatient Prescription Drug Benefits, your claims should be submitted to:

Medco Health Solutions, Inc.

P.O. Box 14711

Lexington, KY 40512

## Payment of Benefits

We will pay Benefits within 30 days after we receive your request for payment that includes all required information.

You may not assign your Benefits under the Policy to a non-Network provider without our consent. When an assignment is not obtained, we will send the reimbursement directly to you (the Subscriber) for you to reimburse them upon receipt of their bill. We may, however, in our discretion, pay a non-Network provider directly for services rendered to you. In the case of any such assignment of Benefits or payment to a non-Network provider, we reserve the right to offset Benefits to be paid to the provider by any amounts that the provider owes us.

When you assign your Benefits under the Policy to a non-Network provider with our consent, and the non-Network provider submits a claim for payment, you and the non-Network provider represent and warrant the following:

- The Covered Health Services were actually provided.
- The Covered Health Services were medically appropriate.

# Section 6: Questions, Complaints and Appeals

To resolve a question, complaint, or appeal, just follow these steps:

## What to Do if You Have a Question

Contact *Customer Care* at the telephone number shown on your ID card. *Customer Care* representatives are available to take your call during regular business hours, Monday through Friday.

## What to Do if You Have a Complaint

If you are dissatisfied with our products, services benefits, operations or policies, you should contract our *Customer Care* Department at the telephone number or address shown on your ID card. The *Customer Care* representative will attempt to address your concern through informal discussion.

If the issue is not resolved through informal discussion, you may send a written complaint to the National Appeals Service Center at UnitedHealthcare Appeals, P.O. Box 30573, Salt Lake City, UT 84130-0573 who will notify you of the resolution of the complaint within 30 days following its receipt. If you are dissatisfied with the resolution of the complaint, you have 30 days following the receipt of the resolution to request reconsideration of that decision in writing. However, we may be required to keep some information to your complaint confidential. Our *Customer Care* representative will contact you.

## What to Do if You Want to Appeal a Claim Decision

### Post-service Claims

Post-service claims are those claims that are filed for payment of Benefits after medical care has been received.

### Pre-service Requests for Benefits

Pre-service requests for Benefits are those requests that require notification or benefit confirmation prior to receiving medical care. If we adjust Eligible Expenses for identified Covered Health Services based on defined clinical protocols and standard cost-effectiveness analysis, you may appeal that decision pursuant to this process.

## Appeal Process

If you disagree with either a pre-service request for Benefits determination or a post-service claim determination, you can contact us to formally request an appeal.

Your request for an appeal should include:

*   The patient's name and the identification number from the ID card.
*   The date(s) of medical service(s).
*   The provider's name.
*   The reason you believe the claim should be paid.
*   Any documentation or other written information to support your request for claim payment.

A qualified individual who was not involved in the decision being appealed will be appointed to decide the appeal. If your appeal is related to clinical matters, the review will be done in consultation with a health care professional with appropriate expertise in the field, who was not involved in the prior determination. We may consult with, or seek the participation of, medical experts as part of the appeal resolution process. You consent to this referral and the sharing of pertinent medical claim information. Upon request and free of charge, you have the right to reasonable access to and copies of all documents, records, and other information relevant to your claim for Benefits.

If you are not satisfied with a decision we have made regarding a request for Benefits or payment of a claim for a health care service or supply, you may pursue the levels of review available to you through our appeals process.

The *Health Care Insurer Appeals Process Packet*, attached to your Certificate, contains important information on how to appeal decisions we make. At any time during the process you may obtain copies of any supporting documentation, which may include medical records from your treating provider. If you have any questions regarding the appeals process, or need a replacement copy of the *Health Care Insurer Appeals Process Packet*, you should contact our Customer Care Department at the telephone number on the back of your identification card.

If you participate in the appeal process, you waive any privilege of confidentiality of your medical records regarding any person who examined or will examine your medical records in connection with the review process for the medical condition under review.

## Levels of Review

The following levels of review are available to you through the appeals process:

### Expedited Review Process:

This process is only available for the review of services that you have not yet received. Except as described in the first bullet below, this process is not available for review of denied pre-service requests for Benefits.

- **Expedited Medical Review.** In cases of denied pre-service requests for Benefits where a Physician certifies that a delay in receiving the services will result in a significant negative impact to your medical condition, you or your representative may request an expedited medical review. We will resolve the request and notify your provider within one business day of when we receive the request and all supporting documentation.

- **Expedited Appeal.** If you are not satisfied with the response at the expedited medical review level, you may request an expedited appeal, using the appropriate information listed at the end of this section. You or your treating provider must submit a written appeal to us and provide any additional justification or documentation supporting the request for services. We will make a determination regarding the request within three business days of the receipt of the expedited appeal request.

- **Expedited External, Independent Review.** At any of the previous levels, we may escalate your request to the external, independent review level. If you are not satisfied with the outcome of a determination after any expedited appeal, you may also request an external, independent review. Your request must be submitted in writing within five business days of receipt of the expedited appeal determination. We will acknowledge the request within one business day of receipt of the request for an expedited external, independent review. Within that same business day, we will send the Arizona Department of Insurance copies of all relevant medical records, your Certificate and any supporting documentation used to make our decision.

  An external, independent review Physician will determine medical review issues, and the Arizona Department of Insurance will determine coverage issues. For medical review cases, the Arizona Department of Insurance will forward a copy of this material to the external, independent reviewer within two business days. The reviewer must notify the Department of Insurance of its decision within five business days. The Department of Insurance will notify the Covered Person of the outcome of the external, independent review within one business day. For coverage issues, the Arizona Department of Insurance has two business days to review the information we provided and to make its decision. The Department of Insurance will then notify the Covered Person, your provider and us of the decision.

### Standard Appeals Process:

- **Informal Reconsideration.** In the case of a denied pre-service request for services where an expedited medical review is not requested or necessary, you or your representative may request, within two years of the date of the denied request, an informal reconsideration of the denied request. We will acknowledge your request within five business days. We have 30 calendar days from our receipt of your request for an informal reconsideration to make a determination and notify you and your provider of our decision. You may also use the Informal Reconsideration process for a denied post-service claim for Benefits.

- **Formal Appeal.** In the case of a denied post-service claim for Benefits, or if you are not satisfied with the response at the informal reconsideration level, you may request a formal appeal, using the appropriate information listed at the end of this section. You must submit a written request within 60 calendar days from the date of response to an informal reconsideration, or in the case of a denied post-service claim for Benefits, within two years of the initial denial of services. We will acknowledge the request for a formal appeal within

five business days of our receipt of your request. In the case of a denied pre-service request for services, we will make a determination regarding the request within 30 calendar days, or in the case of a denied post-service request for Benefits, within 60 calendar days of our receipt of the request for a formal appeal.

• **External, Independent Review.** At any of the previous levels, we may escalate your request to the external, independent review level. If you are not satisfied with the outcome of a determination after a formal appeal, you may also request an external, independent review. External, independent review requests from the Covered Person must be submitted in writing within 30 calendar days of receipt of the formal appeal determination. We will acknowledge the request within five business days of receipt of the request for an external, independent review. Within that same business day, we will send the Arizona Department of Insurance copies of all relevant medical records, your Certificate and any supporting documentation used to make our decision.

An external, independent review Physician will determine medical review issues, and the Arizona Department of Insurance will determine coverage issues. For medical review cases, the Arizona Department of Insurance will forward a copy of this material to the external, independent reviewer within five business days. The reviewer must notify the Department of Insurance of its decision within 21 calendar days. The Department of Insurance will notify the Covered Person of the outcome of the external, independent review within five business days. For coverage issues, the Arizona Department of Insurance has 15 business days to review the information provided and to make its decision. The Department of Insurance will then notify the Covered Person, your provider and us of the decision.

If the Department of Insurance is unable to determine if the claim is covered, it may then send the appeal to an independent review organization. The review organization will have 21 calendar days to make a decision and notify the Department of Insurance, which will notify you of the decision within five business days. The external, independent reviewer's decision is legally binding on you and us, even if you or we disagree with the decision. Either you or we may go to court following the completion of the external, independent review based on an issue of medical necessity of a service. If you or we disagree with the Department of Insurance's decision dealing with an issue of coverage, either of us may request a hearing with the Office of Administrative Hearings. Hearings must be requested within 30 calendar days after receiving the coverage determination. Instructions for requesting a hearing will be sent along with the notice of the Department of Insurance's decision.

## Contact Person for Processing the Review

Our contact person who is responsible for processing the review is listed below. If you have any questions regarding the appeals process, or need a copy of the *Health Care Insurer Appeals Process Packet*, contact the *Customer Care* Department.

**Physical Health Issues**

UnitedHealthcare Appeals

UnitedHealthcare

P.O. Box 30573

Salt Lake City, UT 84130-0573

Telephone: 800-442-4119

Fax: 801-567-5498

**Mental Health Issues**

United Behavior Health Appeals Coordinator

UnitedHealthcare

1900 East Golf Road, Suite 300

Schaumburg, IL 60173

Telephone: 866-556-8166

Fax: 800-322-9104

# Section 7: Coordination of Benefits

## Benefits When You Have Coverage under More than One Plan

This section describes how Benefits under the Policy will be coordinated with those of any other plan that provides benefits to you. The language in this section is based on Arizona regulations.

## When Coordination of Benefits Applies

This coordination of benefits (COB) provision applies when a person has health care coverage under more than one benefit Plan.

The order of benefit determination rules described in this section determine which Coverage Plan will pay as the Primary Coverage Plan. The Primary Coverage Plan that pays first without regard to the possibility that another Coverage Plan may cover some expenses. A Secondary Coverage Plan pays after the Primary Coverage Plan and may reduce the benefits it pays. This is to prevent payments from all group Coverage Plans from exceeding 100 percent of the total Allowable Expense.

## Definitions

For purposes of this section, terms are defined as follows:

A.  "Coverage Plan" is any of the following that provides benefits or services for medical or dental care or treatment. However, if separate contracts are used to provide coordinated coverage for members of a group, the separate contracts are considered parts of the same Coverage Plan and there is no COB among those separate contracts.

    1.  "Coverage Plan" includes: group insurance, closed panel or other forms of group or group-type coverage (whether insured or uninsured); medical care components of group long-term care contracts, such as skilled nursing care; medical benefits under group contracts: and Medicare or other governmental benefits, as permitted by law.

    2.  "Coverage Plan" does not include: individual or family insurance; closed panel or other individual coverage (except for group-type coverage); school accident type coverage; benefits for non-medical components of group long-term care policies, Medicare supplement policies, Medicaid policies and coverage under other governmental plans, unless permitted by law.

    Each contract for coverage under 1. or 2. above is a separate Coverage Plan. If a Coverage Plan has two parts and COB rules apply only to one of the two, each of the parts is treated as a separate Coverage Plan.

B.  The order of benefit determination rules determine whether this Coverage Plan is a "Primary Coverage Plan" or "Secondary Coverage Plan" when compared to another Coverage Plan covering the person.

    When this Coverage Plan is primary, its benefits are determined before those of any other Coverage Plan and without considering any other Coverage Plan's benefits. When this Coverage Plan is secondary, its benefits are determined after those of another Coverage Plan and may be reduced because of the Primary Care Coverage Plan's benefits.

C.  "Allowable Expense" means any necessary, reasonable and customary item of expense at least a portion of which is covered under one or more of the Coverage Plans covering the person for whom claim is made or service is provided. When a Coverage Plan provides benefits in the form of services, the reasonable cash value of each service will be considered an Allowable Expense and a benefit paid. An expense of service that is not covered by any of the Coverage Plans is not an Allowable Expense.

    A Coverage Plan that takes Medicare or similar government benefits into consideration when determining the application of the coordination of benefits provision does not expand the definition of an allowable expense.

D.  "Claim Determination Period" means a calendar year. However, it does not include any part of a year in which a person has no coverage under this Coverage Plan, or before the date this COB provision or a similar provision takes effect.

E.  "Closed Panel Plan" is a Coverage Plan that provides health benefits to Covered Persons primarily in the form of services through a panel of providers that have contracted with or are employed by the Coverage Plan, and that limits or excludes benefits for services provided by other providers, except in cases of emergency or referral by a panel member.

F.  "Custodial Parent" means a parent awarded custody by a court decree. In the absence of a court decree, it is the parent with whom the child resides more than one half of the calendar year without regard to any temporary visitation.

## Order of Benefit Determination Rules

When two or more Coverage Plans pay benefits, the rules for determining the order of payment are as follows:

A.  The Primary Coverage Plan pays or provides its benefits as if the Secondary Coverage Plan or Coverage Plans did not exist.

B.  A Coverage Plan that uses an order of benefit determination provision which is inconsistent with this regulation is called a non-complying plan. A Coverage Plan that complies with this provision, called a complying plan, may coordinate its benefits with a non-complying plan. If the complying plan is the primary Coverage Plan, it will pay or provide its benefits on a primary basis. If the complying plan is the Secondary Coverage Plan, it will pay or provide its benefits first as the Secondary Coverage Plan.

C.  A Coverage Plan may consider the benefits paid or provided by another Coverage Plan in determining its benefits only when it is secondary to that other Coverage Plan.

D.  The first of the following rules that describe which Coverage Plan pays its benefits before another Coverage Plan is the rule to use.

1.  Non-Dependent or Dependent. The Coverage Plan that covers the person other than as a dependent, for example as an employee, member, subscriber or retiree is primary and the Coverage Plan that covers the person as a dependent is secondary. However, if the person is a Medicare beneficiary and, as a result of federal law, Medicare is secondary to the Coverage Plan covering the person as a dependent; and primary to the Coverage Plan covering the person as other than a dependent (e.g., a retired employee); then the order of benefits between the two Coverage Plans is reversed so that the Coverage Plan covering the person as an employee, member, subscriber or retiree is secondary and the other Coverage Plan is primary.

2.  Child Covered Under More Than One Coverage Plan. The order of benefits when a child is covered by more than one Coverage Plan is:

    a.  The Primary Coverage Plan is the Coverage Plan of the parent whose birthday is earlier by month or day of the year if:

        1)  The parents are married;

        2)  The parents are not separated (whether or not they ever have been married); or

        3)  A court decree awards joint custody without specifying that one party has the responsibility to provide health care coverage.

        If both parents have the same birthday, the Coverage Plan that covered either of the parents longer is primary.

    b.  If the specific terms of a court decree state that one of the parents is responsible for the child's health care expenses of health care coverage and the Coverage Plan of that parent has actual knowledge of those terms, that Coverage Plan is primary. This rules applies to claim determination periods or plan years commencing after the Coverage Plan is given notice of the court decree.

    c.  If the parents are not married, or are separated (whether or not they ever have been married) or are divorced, the order of benefits is:

        1)  The Coverage Plan of the custodial parent

        2)  The Coverage Plan of the spouse of the custodial parent;

COC.COB.I.09.AZ                    46

        3)   The Coverage Plan of the noncustodial parent

       d.    If one of the Coverage Plans is used outside the state of Arizona and it determines the order of benefits based upon the gender of a parent, and if, as a result, the plans do not agree on the order of benefits, the Coverage Plan with the gender rule shall determine the order of benefits.

   3.   **Active or inactive employee.** The Coverage Plan that covers a person as an employee who is neither laid off nor retired is primary. The same would hold true if a person is a dependent of a person covered as a retiree and an employee.

       If the other Coverage Plan does not have this rule, and if, as a result, the Coverage Plans do not agree on the order of benefits, this rule is ignored. Coverage provided an individual as a retired worker and as a dependent of an actively working spouse will be determined under the rule labeled D(1).

   4.   **Longer or shorter length of coverage.** The Coverage Plan that covered the person as an employee, member, subscriber or retiree longer is primary.

## Effects of Benefits on this Plan

A.   When this Coverage Plan is secondary, it may reduce its benefits so that the total benefits paid or provided by all Coverage Plans are not more than the total Allowable Expenses. In determining the amount to be paid for any claim, the Secondary Coverage Plan will calculate the benefits it would have paid in the absence of other health care coverage and apply that calculated amount to any Allowable Expense under its Plan that is unpaid by the Primary Coverage Plan. The Secondary Coverage Plan may then reduce its payment by the amount so that, when combined with the amount paid by the Primary Coverage Plan, the total benefits paid or provided by all Plans for the claim do not exceed the total Allowable Expense for that claim. In addition, the Secondary Coverage Plan shall credit to its plan deductible any amounts it would have credited to its deductible in the absence of other health care coverage.

B.   If a Covered Person is enrolled in two or more Closed Panel Plans and if, for any reason, including the provision of service by a non-panel provider, benefits are not payable by one Closed Panel Plan, COB shall not apply between that Plan and other Closed Panel Plans.

## Right to Receive and Release Needed Information

Certain facts about health care coverage and services are needed to apply these COB rules and to determine benefits payable under this Coverage Plan and other Coverage Plans. We may get the facts we need from, or give them to, other organizations or persons for the purpose of applying these rules and determining benefits payable under this Coverage Plan and other Coverage Plans covering the person claiming benefits.

We need not tell, or get the consent of, any person to do this. Each person claiming benefits under this Coverage Plan must give us any facts we need to apply those rules and determine benefits payable. If you do not provide us the information we need to apply these rules and determine the Benefits payable, your claim for Benefits will be denied.

## Payments Made

A payment made under another Coverage Plan may include an amount that should have been paid under this Coverage Plan. If it does, we may pay that amount to the organization that made the payment. That amount will then be treated as though it were a benefit paid under this Coverage Plan. We will not have to pay that amount again. The term "payment made" includes providing benefits in the form of services, in which case "payment made" means reasonable cash value of the benefits provided in the form of services.

## Right of Recovery

If the amount of the payments we made is more than we should have paid under this COB provision, we may recover the excess from one or more of the persons we have paid or for whom we have paid; or any other person or organization that may be responsible for the benefits or services provided for you. The "amount of the payments made" includes the reasonable cash value of any benefits provided in the form of services. Except in cases of fraud, we will not adjust or request adjustment of the payment of a claim more than one year after we have paid the claim.

# Section 8: General Legal Provisions

## Your Relationship with Us

In order to make choices about your health care coverage and treatment, we believe that it is important for you to understand how we interact with your Enrolling Group's Benefit plan and how it may affect you. We help finance or administer the Enrolling Group's Benefit plan in which you are enrolled. We do not provide medical services or make treatment decisions. This means:

- We do not decide what care you need or will receive. You and your Physician make those decisions.
- We communicate to you decisions about whether the Enrolling Group's Benefit plan will cover or pay for the health care that you may receive. The plan pays for Covered Health Services, which are more fully described in this *Certificate*.
- The plan may not pay for all treatments you or your Physician may believe are necessary. If the plan does not pay, you will be responsible for the cost.

We may use individually identifiable information about you to identify for you (and you alone) procedures, products or services that you may find valuable. We will use individually identifiable information about you as permitted or required by law, including in our operations and in our research. We will use de-identified data for commercial purposes including research.

Please refer to our *Notice of Privacy Practices* for details.

## Our Relationship with Providers and Enrolling Groups

The relationships between us and Network providers and Enrolling Groups are solely contractual relationships between independent contractors. Network providers and Enrolling Groups are not our agents or employees. Neither we nor any of our employees are agents or employees of Network providers or the Enrolling Groups.

We do not provide health care services or supplies, nor do we practice medicine. Instead, we arrange for health care providers to participate in a Network and we pay Benefits. Network providers are independent practitioners who run their own offices and facilities. Our credentialing process confirms public information about the providers' licenses and other credentials, but does not assure the quality of the services provided. They are not our employees nor do we have any other relationship with Network providers such as principal-agent or joint venture. We are not liable for any act or omission of any provider.

We are not considered to be an employer for any purpose with respect to the administration or provision of benefits under the Enrolling Group's Benefit plan. We are not responsible for fulfilling any duties or obligations of an employer with respect to the Enrolling Group's Benefit plan.

The Enrolling Group is solely responsible for all of the following:

- Enrollment and classification changes (including classification changes resulting in your enrollment or the termination of your coverage).
- The timely payment of the Policy Charge to us.
- Notifying you of the termination of the Policy.

When the Enrolling Group purchases the Policy to provide coverage under a benefit plan governed by the *Employee Retirement Income Security Act* ("ERISA"), 29 U.S.C. § 1001 et seq., we are not the plan administrator or named fiduciary of the benefit plan, as those terms are used in ERISA. If you have questions about your welfare benefit plan, you should contact the Enrolling Group. If you have any questions about this statement or about your rights under ERISA, contact the nearest area office of the *Employee Benefits Security Administration, U. S. Department of Labor*.

## Your Relationship with Providers and Enrolling Groups

The relationship between you and any provider is that of provider and patient.

- You are responsible for choosing your own provider.
- You are responsible for paying, directly to your provider, any amount identified as a member responsibility, including Copayments, Coinsurance, any Annual Deductible and any amount that exceeds Eligible Expenses.
- You are responsible for.paying, directly to your provider, the cost of any non-Covered Health Service.
- You must decide if any provider treating you is right for you. This includes Network providers you choose and providers to whom you have been referred.
- You must decide with your provider what care you should receive.
- Your provider is solely responsible for the quality of the services provided to you.

The relationship between you and the Enrolling Group is that of employer and employee, Dependent or other classification as defined in the Policy.

### Notice

When we provide written notice regarding administration of the Policy to an authorized representative of the Enrolling Group, that notice is deemed notice to all affected Subscribers and their Enrolled Dependents. The Enrolling Group is responsible for giving notice to you as described ·in *Section 4: When Coverage Ends.*

### Statements by Enrolling Group or Subscriber

All statements made by the Enrolling Group or by a Subscriber shall, in the absence of fraud, be deemed representations and not warranties. Except for fraudulent statements, we will not use any statement made by the Enrolling Group to void the Policy after it has been in force for a period of two years.

### Incentives to Providers

We pay Network providers through various types of contractual arrangements, some of which may include financial incentives to promote the delivery of health care in a cost efficient and effective manner. These financial incentives are not intended to affect your access to health care.

Examples of financial incentives for Network providers are:

- Bonuses for performance based on factors that may include quality, member satisfaction, and/or cost-effectiveness
- Capitation - a group of Network providers receives a monthly payment from us for each Covered Person who selects a Network provider within the group to perform or coordinate certain health services. The Network providers receive this monthly payment regardless of whether the cost of providing or arranging to provide the Covered Person's health care is less than or more than the payment.

We use various payment methods to pay specific Network providers. From time to time, the payment method may change. If you have questions about whether your Network provider's contract with us includes any financial incentives, we encourage you to discuss those questions with your provider. You may also contact us at the telephone number on your ID card. We can advise· whether your Network provider is paid by any financial incentive, including those listed above; however, the specific terms of the contract, including rates of payment, are confidential and cannot be disclosed.

### Incentives to You

Sometimes we may offer coupons or other incentives to encourage you to participate in various wellness programs or certain disease management programs. The decision about whether or not to participate is yours alone but we recommend that you discuss participating in such programs with your Physician. These incentives are not Benefits and do not alter or affect your Benefits. Contact us if you have any questions.

## Rebates and Other Payments

We may receive rebates for certain drugs that are administered to you in your home or in a Physician's office, or at a Hospital or Alternate Facility. This includes rebates for those drugs that are administered to you before you meet any applicable Annual Deductible. We do not pass these rebates on to you, nor are they applied to any Annual Deductible or taken into account in determining your Copayments or Coinsurance.

## Interpretation of Benefits

We have the sole and exclusive discretion to do all of the following:

- Interpret Benefits under the Policy.
- Interpret the other terms, conditions, limitations and exclusions set out in the Policy, including this *Certificate*, the *Schedule of Benefits*, and any Riders and/or Amendments.
- Make factual determinations related to the Policy and its Benefits.

We may delegate this discretionary authority to other persons or entities that provide services in regard to the administration of the Policy.

In certain circumstances, for purposes of overall cost savings or efficiency, we may, in our discretion, offer Benefits for services that would otherwise not be Covered Health Services. The fact that we do so in any particular case shall not in any way be deemed to require us to do so in other similar cases.

## Administrative Services

We may, in our sole discretion, arrange for various persons or entities to provide administrative services in regard to the Policy, such as claims processing. The identity of the service providers and the nature of the services they provide may be changed from time to time in our sole discretion. We are not required to give you prior notice of any such change, nor are we required to obtain your approval. You must cooperate with those persons or entities in the performance of their responsibilities.

## Amendments to the Policy

To the extent permitted by law we reserve the right, in our sole discretion and without your approval, to change, interpret, modify, withdraw or add Benefits or terminate the Policy. We will provide the Enrolling Group with 60 days prior notice of changes to the Policy that would be effective on the anniversary date of the Policy.

Any provision of the Policy which, on its effective date, is in conflict with the requirements of state or federal statutes or regulations (of the jurisdiction in which the Policy is delivered) is hereby amended to conform to the minimum requirements of such statutes and regulations.

No other change may be made to the Policy unless it is made by an Amendment or Rider which has been signed by one of our officers. All of the following conditions apply:

- Amendments are effective after we send written notice to the Enrolling Group as described above.
- Riders are effective on the date we specify.
- No agent has the authority to change the Policy or to waive any of its provisions.
- No one has authority to make any oral changes or amendments to the Policy.

## Information and Records

We may use your individually identifiable health information to administer the Policy and pay claims, to identify procedures, products, or services that you may find valuable, and as otherwise permitted or required by law. We may request additional information from you to decide your claim for Benefits. We will keep this information confidential. We may also use your de-identified data for commercial purposes, including research, as permitted by law. More detail about how we may use or disclose your information is found in our *Notice of Privacy Practices*.

By accepting Benefits under the Policy, you authorize and direct any person or institution that has provided services to you to furnish us with all information or copies of records relating to the services provided to you. We have the right to request this information at any reasonable time. This applies to all Covered Persons, including

Enrolled Dependents whether or not they have signed the Subscriber's enrollment form. We agree that such information and records will be considered confidential.

We have the right to release any and all records concerning health care services which are necessary to implement and administer the terms of the Policy, for appropriate medical review or quality assessment, or as we are required to do by law or regulation. During and after the term of the Policy, we and our related entities may use and transfer the information gathered under the Policy in a de-identified format for commercial purposes, including research and analytic purposes. Please refer to our *Notice of Privacy Practices.*

For complete listings of your medical records or billing statements we recommend that you contact your health care provider. Providers may charge you reasonable fees to cover their costs for providing records or completing requested forms.

If you request medical forms or records from us, we also may charge you reasonable fees to cover costs for completing the forms or providing the records.

In some cases, as permitted by law, we will designate other persons or entities to request records or information from or related to you, and to release those records as necessary. Our designees have the same rights to this information as we have.

## Examination of Covered Persons

In the event of a question or dispute regarding your right to Benefits, we may require that a Network Physician of our choice examine you at our expense.

## Workers' Compensation not Affected

Benefits provided under the Policy do not substitute for and do not affect any requirements for coverage by workers' compensation insurance.

## Refund of Overpayments

If we pay Benefits for expenses incurred on account of a Covered Person, that Covered Person, or any other person or organization that was paid, must make a refund to us if any of the following apply:

*   All or some of the expenses were not paid by the Covered Person or did not legally have to be paid by the Covered Person.
*   All or some of the payment we made exceeded the Benefits under the Policy.
*   All or some of the payment was made in error.

The refund equals the amount we paid in excess of the amount we should have paid under the Policy. If the refund is due from another person or organization, the Covered Person agrees to help us get the refund when requested.

If the Covered Person, or any other person or organization that was paid, does not promptly refund the full amount, we may reduce the amount of any future Benefits for the Covered Person that are payable under the Policy. The reductions will equal the amount of the required refund. We may have other rights in addition to the right to reduce future benefits.

## Important Notice - Third Party Payers

When there is a third party source of payment such as a liability insurer, a government payer, or any uninsured and/or underinsured motorist coverage, Network providers may be entitled to collect from the third parties. They may be entitled to collect any difference between Eligible Expenses that we pay and the Network providers' customary charges, pursuant to A.R.S. 33-931. Arizona law prohibits providers from charging you more than the Copayment and any deductible you are required to pay as described in this *Certificate of Coverage.*

## Limitation of Action

You cannot bring any legal action against us to recover reimbursement until 60 days after you have properly submitted a request for reimbursement as described in *Section 5: How to File a Claim*. In the interest of saving time and money, you are encouraged to first complete all the steps in the appeal process described in *Section 6: Questions, Complaints and Appeals*.

If you want to bring a legal action against us you must do so within three years from the applicable date specified below or you lose any rights to bring such an action against us:

- The date of expiration of the time period in which a request for reimbursement must be submitted.
- The date we notified you of our final decision on your appeal.

## Entire Policy

The Policy issued to the Enrolling Group, including this *Certificate,* the *Schedule of Benefits,* the Enrolling Group's application, and any Riders and/or Amendments, constitutes the entire Policy.

# Section 9: Defined Terms

**Alternate Facility** - a health care facility that is not a Hospital and that provides one or more of the following services on an outpatient basis, as permitted by law:

* Surgical services.
* Emergency Health Services.
* Rehabilitative, laboratory, diagnostic or therapeutic services.

An Alternate Facility may also provide Mental Health Services or Substance Use Disorder Services on an outpatient or inpatient basis.

**Amendment** - any attached written description of additional or alternative provisions to the Policy. Amendments are effective only when signed by us. Amendments are subject to all conditions, limitations and exclusions of the Policy, except for those that are specifically amended.

**Annual Deductible** - for Benefit plans that have an Annual Deductible, this is the amount of Eligible Expenses you must pay for Covered Health Services per year before we will begin paying for Benefits. The amount that is applied to the Annual Deductible is calculated on the basis of Eligible Expenses. The Annual Deductible does not include any amount that exceeds Eligible Expenses. Refer to the *Schedule of Benefits* to determine whether or not your Benefit plan is subject to payment of an Annual Deductible and for details about how the Annual Deductible applies.

**Benefits** - your right to payment for Covered Health Services that are available under the Policy. Your right to Benefits is subject to the terms, conditions, limitations and exclusions of the Policy, including this *Certificate*, the *Schedule of Benefits*, and any attached Riders and/or Amendments.

**Coinsurance** - the charge, stated as a percentage of Eligible Expenses, that you are required to pay for certain Covered Health Services.

**Congenital Anomaly** - a physical developmental defect that is present at the time of birth.

**Continuous Creditable Coverage** - health care coverage under any of the types of plans listed below, during which there was no break in coverage of 63 consecutive days or more:

* A group health plan.
* Health insurance coverage.
* Medicare.
* Medicaid.
* Medical and dental care for members and certain former members of the uniformed services, and for their dependents.
* A medical care program of the *Indian Health Services Program* or a tribal organization.
* A state health benefits risk pool.
* *The Federal Employees Health Benefits Program.*
* *The State Children's Health Insurance Program (S-CHIP).*
* Health plans established and maintained by foreign governments or political subdivisions and by the U.S. government.
* Any public health benefit program provided by a state, county, or other political subdivision of a state.
* A health benefit plan under the *Peace Corps Act.*

A waiting period for health care coverage will be included in the period of time counted as Continuous Creditable Coverage.

**Copayment** - the charge, stated as a set dollar amount, that you are required to pay for certain Covered Health Services.

Please note that for Covered Health Services, you are responsible for paying the lesser of the following:

* The applicable Copayment.

- The Eligible Expense.

**Cosmetic Procedures** - procedures or services that change or improve appearance without significantly improving physiological function, as determined by us.

**Covered Health Service(s)** - those health services, including services, supplies, or Pharmaceutical Products, which we determine to be all of the following:

- Provided for the purpose of preventing, diagnosing or treating a Sickness, Injury, Mental Illness, substance use disorders, or their symptoms.
- Consistent with nationally recognized scientific evidence as available, and prevailing medical standards and clinical guidelines as described below.
- Not provided for the convenience of the Covered Person, Physician, facility or any other person.
- Described in this *Certificate* under *Section 1: Covered Health Services* and in the *Schedule of Benefits*.
- Not otherwise excluded in this *Certificate* under *Section 2: Exclusions and Limitations*.

In applying the above definition, "scientific evidence" and "prevailing medical standards" shall have the following meanings:

- "Scientific evidence" means the results of controlled clinical trials or other studies published in peer-reviewed, medical literature generally recognized by the relevant medical specialty community.
- "Prevailing medical standards and clinical guidelines" means nationally recognized professional standards of care including, but not limited to, national consensus statements, nationally recognized clinical guidelines, and national specialty society guidelines.

We maintain clinical protocols that describe the scientific evidence, prevailing medical standards and clinical guidelines supporting our determinations regarding specific services. These clinical protocols (as revised from time to time), are available to Covered Persons on www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card, and to Physicians and other health care professionals on UnitedHealthcareOnline.

**Covered Person** - either the Subscriber or an Enrolled Dependent, but this term applies only while the person is enrolled under the Policy. References to "you" and "your" throughout this *Certificate* are references to a Covered Person.

**Custodial Care** - services that are any of the following:

- Non-health-related services, such as assistance in activities of daily living (examples include feeding, dressing, bathing, transferring and ambulating).
- Health-related services that are provided for the primary purpose of meeting the personal needs of the patient or maintaining a level of function (even if the specific services are considered to be skilled services), as opposed to improving that function to an extent that might allow for a more independent existence.
- Services that do not require continued administration by trained medical personnel in order to be delivered safely and effectively.

**Dependent** - the Subscriber's legal spouse or an unmarried dependent child of the Subscriber or the Subscriber's spouse. The term child includes any of the following:

- A natural child.
- A stepchild.
- A legally adopted child.
- A child placed for adoption.
- A child for whom legal guardianship has been awarded to the Subscriber or the Subscriber's spouse.

To be eligible for coverage under the Policy, a Dependent must reside within the United States.

The definition of Dependent is subject to the following conditions and limitations:

- A Dependent includes any unmarried dependent child under 19 years of age.
- A Dependent includes an unmarried dependent child who is 19 years of age or older, but less than 25 years of age only if you furnish evidence upon our request, satisfactory to us, of all the following conditions:
  - The child must not be regularly employed on a full-time basis.

- The child must be a Full-time Student.
- The child must be primarily dependent upon the Subscriber for support and maintenance.
- A Dependent also includes an unmarried dependent child who is 19 years of age or older, but less than 25 years of age and who is a full-time missionary. A full-time missionary is an individual who is engaged, full-time, in a volunteer, religious, or other non-profit organization-sponsored activity.
- A Dependent includes an unmarried dependent child of any age who is or becomes disabled and dependent upon the Subscriber.

The Subscriber must reimburse us for any Benefits that we pay for a child at a time when the child did not satisfy these conditions.

A Dependent also includes a child for whom health care coverage is required through a *Qualified Medical Child Support Order* or other court or administrative order. The Enrolling Group is responsible for determining if an order meets the criteria of a *Qualified Medical Child Support Order*.

A Dependent does not include anyone who is also enrolled as a Subscriber. No one can be a Dependent of more than one Subscriber.

**Designated Facility** - a facility that has entered into an agreement with us, or with an organization contracting on our behalf, to render Covered Health Services for the treatment of specified diseases or conditions. A Designated Facility may or may not be located within your geographic area. The fact that a Hospital is a Network Hospital does not mean that it is a Designated Facility.

**Designated Network Benefits** - for Benefit plans that have a Designated Network Benefit level, this is the description of how Benefits are paid for Covered Health Services provided by a Physician or other provider that we have identified as Designated Network providers. Refer to the *Schedule of Benefits* to determine whether or not your Benefit plan offers Designated Network Benefits and for details about how Designated Network Benefits apply.

**Designated Physician** - a Physician that we've identified through our designation programs as a Designated provider. A Designated Physician may or may not be located within your geographic area. The fact that a Physician is a Network Physician does not mean that he or she is a Designated Physician.

**Durable Medical Equipment** - medical equipment that is all of the following:
- Can withstand repeated use.
- Is not disposable.
- Is used to serve a medical purpose with respect to treatment of a Sickness, Injury or their symptoms.
- Is generally not useful to a person in the absence of a Sickness, Injury or their symptoms.
- Is appropriate for use, and is primarily used, within the home.
- Is not implantable within the body.

**Eligible Expenses** - for Covered Health Services, incurred while the Policy is in effect, Eligible Expenses are determined by us as stated below and as detailed in the *Schedule of Benefits*.

Eligible Expenses are determined solely in accordance with our reimbursement policy guidelines. We develop our reimbursement policy guidelines, in our discretion, following evaluation and validation of all provider billings in accordance with one or more of the following methodologies:
- As indicated in the most recent edition of the *Current Procedural Terminology (CPT)*, a publication of the *American Medical Association*, and/or the *Centers for Medicare and Medicaid Services (CMS)*.
- As reported by generally recognized professionals or publications.
- As used for Medicare.
- As determined by medical staff and outside medical consultants pursuant to other appropriate source or determination that we accept.

**Eligible Person** - an employee of the Enrolling Group or other person whose connection with the Enrolling Group meets the eligibility requirements specified in both the application and the Policy. An Eligible Person must reside within the United States.

**Emergency** - a medical condition that manifests itself by symptoms of sufficient severity that the absence of immediate medical attention could reasonably be expected to result in any of the following:

- Serious jeopardy to the patient's health.
- Serious impairment to bodily functions.
- Serious dysfunction of any bodily organ or part.

**Emergency Health Services** - health care services and supplies necessary for the treatment of an Emergency.

**Enrolled Dependent** - a Dependent who is properly enrolled under the Policy.

**Enrolling Group** - the employer, or other defined or otherwise legally established group, to whom the Policy is issued.

**Experimental or Investigational Service(s)** - medical, surgical, diagnostic, psychiatric, mental health, substance use disorders or other health care services, technologies, supplies, treatments, procedures, drug therapies, medications or devices that, at the time we make a determination regarding coverage in a particular case, are determined to be any of the following:

- Not approved by the *U.S. Food and Drug Administration (FDA)* to be lawfully marketed for the proposed use and not identified in the *American Hospital Formulary Service* or the *United States Pharmacopoeia Dispensing Information* as appropriate for the proposed use.
- Subject to review and approval by any institutional review board for the proposed use. (Devices which are *FDA* approved under the *Humanitarian Use Device* exemption are not considered to be Experimental or Investigational.)
- The subject of an ongoing clinical trial that meets the definition of a Phase 1, 2 or 3 clinical trial set forth in the *FDA* regulations, regardless of whether the trial is actually subject to *FDA* oversight.

Exceptions:

- Clinical trials for which Benefits are available as described under *Clinical Trials* in *Section 1: Covered Health Services*.
- Life-Threatening Sickness or Condition. If you have a life-threatening Sickness or condition (one that is likely to cause death within one year of the request for treatment) we may, in our discretion, consider an otherwise Experimental or Investigational Service to be a Covered Health Service for that Sickness or condition. Prior to such a consideration, we must first establish that there is sufficient evidence to conclude that, albeit unproven, the service has significant potential as an effective treatment for that Sickness or condition, and that the service would be provided under standards equivalent to those defined by the *National Institutes of Health*.

**Full-time Student** – a person who is enrolled in and attending, full-time, a recognized course of study or training at one of the following:

- An accredited high school.
- An accredited college or university.
- A licensed vocational school, technical school, cosmetology school, automotive school or similar training school.

Full-time Student status is determined in accordance with the standards set forth by the educational institution. You are no longer a Full-time Student at the end of the calendar month during which you graduate or otherwise cease to be enrolled and in attendance at the institution on a full-time basis.

You continue to be a Full-time Student during periods of regular vacation established by the institution. If you do not continue as a Full-time Student immediately following the period of vacation, the Full-time Student designation will end as described above.

**Home Health Agency** - a program or organization authorized by law to provide health care services in the home.

**Hospital** - an institution that is operated as required by law and that meets both of the following:

- It is primarily engaged in providing health services, on an inpatient basis, for the acute care and treatment of injured or sick individuals. Care is provided through medical, diagnostic and surgical facilities, by or under the supervision of a staff of Physicians.
- It has 24-hour nursing services.

A Hospital is not primarily ·a place for rest, ·Custodial Care or care of the aged and is not a nursing home, convalescent home or similar institution.

**Initial Enrollment Period** - the initial period of time during which Eligible Persons may enroll themselves and their Dependents under the Policy.

**Injury** - bodily damage other than Sickness, including all related conditions and recurrent symptoms.

**Inpatient Rehabilitation Facility** - a Hospital (or a special unit of a Hospital that is designated as an Inpatient Rehabilitation Facility) that provides rehabilitation health services (physical therapy, occupational therapy and/or speech therapy) on an inpatient basis, as authorized by law.

**Inpatient Stay** - an uninterrupted confinement that follows formal admission to a Hospital, Skilled Nursing Facility or Inpatient Rehabilitation Facility.

**Intensive Outpatient Treatment** - a structured outpatient Mental Health or Substance Use Disorder treatment program that may be free-standing or Hospital-based and provides services for at least three hours per day, two or more days per week.

**Intermediate Care** - Mental Health or Substance Use Disorder treatment that encompasses the following:

- Care at a Residential Treatment Facility.
- Care at a Partial Hospitalization/Day Treatment program.
- Care through an Intensive Outpatient Treatment program.

**Intermittent Care** - skilled nursing care that is provided or needed either:

- Fewer than seven days each week.
- Fewer than eight hours each day for periods of 21 days or less.

Exceptions may be made in exceptional circumstances when the need for additional care is finite and predictable.

**Late Enrollee** - an Eligible Person or Dependent who enrolls for coverage under the Policy at a time other than the following:

- During the Initial Enrollment Period.
- During an Open Enrollment Period.
- During a special enrollment period as described in *Section 3: When Coverage Begins.*
- Within 31 days of the date a new Eligible Person first becomes eligible.

**Manipulative Treatment** - the therapeutic application of chiropractic and/or osteopathic manipulative treatment with or without ancillary physiologic treatment and/or rehabilitative methods rendered to restore/improve motion, reduce pain and improve function in the management of an identifiable neuromusculoskeletal condition.

**Maximum Policy Benefit** -·for Benefit plans that have a Maximum Policy Benefit, this is the maximum amount that we will pay for Benefits during the entire period of time that you are enrolled under the Policy issued to the Enrolling Group. Refer to the *Schedule of Benefits* to determine whether or not your Benefit plan is subject to a Maximum Policy Benefit and for details about how the Maximum Policy Benefit applies.   ·-    —      —    ·   -    —

**Medicare** - Parts A, B, C and D of the insurance program established by Title XVIII, United States Social Security Act, as amended by 42 U.S.C. Sections 1394, et seq. and as later amended.

**Mental Health Services** - Covered Health Services for the diagnosis and treatment of Mental Illnesses. The fact that a condition is listed in the current *Diagnostic and Statistical Manual of the American Psychiatric Association* does not mean that treatment for the condition is a Covered Health Service.

**Mental Health/Substance Use Disorder Designee** - the organization or individual, designated by us, that provides or arranges Mental Health Services and Substance Use Disorder Services for which Benefits are available under the Policy.

**Mental Illness** - those mental health or psychiatric diagnostic categories that are listed in the current *Diagnostic and Statistical Manual of the American Psychiatric Association,* unless those services are specifically excluded under the Policy.

**Network** - when used to describe a provider of health care services, this means a provider that has a participation

agreement in effect (either directly or indirectly) with us or with our affiliate to participate in our Network; however, this does not include those providers who have agreed to discount their charges for Covered Health Services by way of their participation in the Shared Savings Program. Our affiliates are those entities affiliated with us through common ownership or control with us or with our ultimate corporate parent, including direct and indirect subsidiaries.

A provider may enter into an agreement to provide only certain Covered Health Services, but not all Covered Health Services, or to be a Network provider for only some of our products. In this case, the provider will be a Network provider for the Covered Health Services and products included in the participation agreement, and a non-Network provider for other Covered Health Services and products. The participation status of providers will change from time to time.

**Network Benefits** - for Benefit plans that have a Network Benefit level, this is the description of how Benefits are paid for Covered Health Services provided by Network providers. Refer to the *Schedule of Benefits* to determine whether or not your Benefit plan offers Network Benefits and for details about how Network Benefits apply.

**Non-Network Benefits** - for Benefit plans that have a Non-Network Benefit level, this is the description of how Benefits are paid for Covered Health Services provided by non-Network providers. Refer to the *Schedule of Benefits* to determine whether or not your Benefit plan offers Non-Network Benefits and for details about how Non-Network Benefits apply.

**Open Enrollment Period** - a period of time that follows the Initial Enrollment Period during which Eligible Persons may enroll themselves and Dependents under the Policy. The Enrolling Group determines the period of time that is the Open Enrollment Period.

**Out-of-Pocket Maximum** - for Benefit plans that have an Out-of-Pocket Maximum, this is the maximum amount you pay every year. Refer to the *Schedule of Benefits* to determine whether or not your Benefit plan is subject to an Out-of-Pocket Maximum and for details about how the Out-of-Pocket Maximum applies.

**Partial Hospitalization/Day Treatment** - a structured ambulatory program that may be a free-standing or Hospital-based program and that provides services for at least 20 hours per week.

**Pharmaceutical Product(s)** - *FDA*-approved prescription pharmaceutical products administered in connection with a Covered Health Service by a Physician or other health care provider within the scope of the provider's license, and not otherwise excluded under the Policy.

**Physician** - any provider who is properly licensed and qualified by law to provide services that are within the lawful scope of practice of Physician (as defined by Arizona law).

Please Note: Any podiatrist, dentist, psychologist, chiropractor, optometrist, or other provider who acts within the scope of his or her license will be considered on the same basis as a Physician. The fact that we describe a provider as a Physician does not mean that Benefits for services from that provider are available to you under the Policy.

**Policy** - the entire agreement issued to the Enrolling Group that includes all of the following:

- The *Group Policy*.
- This *Certificate*.
- The *Schedule of Benefits*.
- The Enrolling Group's application.
- Riders.
- Amendments.

These documents make up the entire agreement that is issued to the Enrolling Group.

**Policy Charge** - the sum of the Premiums for all Subscribers and Enrolled Dependents enrolled under the Policy.

**Preexisting Condition** - an Injury or Sickness that was diagnosed or treated, or for which prescription medications or drugs were prescribed or taken within the three month period ending on the person's enrollment date. (The enrollment date is the date the person became covered under the Policy or, if earlier, the first day of any waiting period under the Policy.) A Preexisting Condition does not include Pregnancy. Genetic information is not an indicator of a Preexisting Condition, if there is not a diagnosis of a condition related to the genetic information.

**Pregnancy** - includes all of the following:

- Prenatal care.
- Postnatal care.
- Childbirth.
- Any complications associated with Pregnancy.

**Premium** - the periodic fee required for each Subscriber and each Enrolled Dependent, in accordance with the terms of the Policy.

**Primary Physician** - a Physician who has a majority of his or her practice in general pediatrics, internal medicine, obstetrics/gynecology, family practice or general medicine.

**Private Duty Nursing** - nursing care that is provided to a patient on a one-to-one basis by licensed nurses in an inpatient or home setting when any of the following are true:

- No skilled services are identified.
- Skilled nursing resources are available in the facility.
- The skilled care can be provided by a Home Health Agency on a per visit basis for a specific purpose.
- The service is provided to a Covered Person by an independent nurse who is hired directly by the Covered Person or his/her family. This includes nursing services provided on an inpatient or home-care basis, whether the service is skilled or non-skilled independent nursing.

**Residential Treatment Facility** - a facility which provides a program of effective Mental Health Services or Substance Use Disorder Services treatment and which meets all of the following requirements:

- It is established and operated in accordance with applicable state law for residential treatment programs.
- It provides a program of treatment under the active participation and direction of a Physician and approved by the Mental Health/Substance Use Disorder Designee.
- It has or maintains a written, specific and detailed treatment program requiring full-time residence and full-time participation by the patient.
- It provides at least the following basic services in a 24-hour per day, structured milieu:
  - Room and board.
  - Evaluation and diagnosis.
  - Counseling.
  - Referral and orientation to specialized community resources.

A Residential Treatment Facility that qualifies as a Hospital is considered a Hospital.

**Rider** - any attached written description of additional Covered Health Services not described in this *Certificate*. Covered Health Services provided by a Rider may be subject to payment of additional Premiums. Riders are effective only when signed by us and are subject to all conditions, limitations and exclusions of the Policy except for those that are specifically amended in the Rider.

**Semi-private Room** - a room with two or more beds. When an Inpatient Stay in a Semi-private Room is a Covered Health Service, the difference in cost between a Semi-private Room and a private room is a Benefit only when a private room is necessary in terms of generally accepted medical practice, or when a Semi-private Room is not available.

**Shared Savings Program** - the Shared Savings Program provides access to discounts from the provider's charges when services are rendered by those non-Network providers that participate in that program. We will use the Shared Savings Program to pay claims when doing so will lower Eligible Expenses. We do not credential the Shared Savings Program providers and the Shared Savings Program providers are not Network providers. Accordingly, in Benefit plans that have both Network and Non-Network levels of Benefits, Benefits for Covered Health Services provided by Shared Savings Program providers will be paid at the Non-Network Benefit level (except in situations when Benefits for Covered Health Services provided by non-Network providers are payable at Network Benefit levels, as in the case of Emergency Health Services). When we use the Shared Savings Program to pay a claim, patient responsibility is limited to Coinsurance calculated on the contracted rate paid to the provider, in addition to any required Annual Deductible.

**Sickness** - physical illness, disease or Pregnancy. The term Sickness as used in this *Certificate* does not include Mental Illness or substance use disorders, regardless of the cause or origin of the Mental Illness or substance use disorder.

**Skilled Nursing Facility** - a Hospital or nursing facility that is licensed and operated as required by law.

**Specialist Physician** - a Physician who has a majority of his or her practice in areas other than general pediatrics, internal medicine, obstetrics/gynecology, family practice or general medicine.

**Subscriber** - an Eligible Person who is properly enrolled under the Policy. The Subscriber is the person (who is not a Dependent) on whose behalf the Policy is issued to the Enrolling Group.

**Substance Use Disorder Services** - Covered Health Services for the diagnosis and treatment of alcoholism and substance use disorders that are listed in the current *Diagnostic and Statistical Manual of the American Psychiatric Association*, unless those services are specifically excluded. The fact that a disorder is listed in the *Diagnostic and Statistical Manual of the American Psychiatric Association* does not mean that treatment of the disorder is a Covered Health Service.

**Total Disability or Totally Disabled** - a Subscriber's inability to perform all of the substantial and material duties of his or her regular employment or occupation; and a Dependent's inability to perform the normal activities of a person of like age and sex.

**Transitional Care** - Mental Health Services and Substance Use Disorder Services that are provided through transitional living facilities, group homes and supervised apartments that provide 24-hour supervision that are either:

- Sober living arrangements such as drug-free housing, alcohol/drug halfway houses. These are transitional, supervised living arrangements that provide stable and safe housing, an alcohol/drug-free environment and support for recovery. A sober living arrangement may be utilized as an adjunct to ambulatory treatment when treatment doesn't offer the intensity and structure needed to assist the Covered Person with recovery.
- Supervised living arrangements which are residences such as transitional living facilities, group homes and supervised apartments that provide members with stable and safe housing and the opportunity to learn how to manage their activities of daily living. Supervised living arrangements may be utilized as an adjunct to treatment when treatment doesn't offer the intensity and structure needed to assist the Covered Person with recovery.

**Unproven Service(s)** - services, including medications, that are determined not to be effective for treatment of the medical condition and/or not to have a beneficial effect on health outcomes due to insufficient and inadequate clinical evidence from well-conducted randomized controlled trials or cohort studies in the prevailing published peer-reviewed medical literature.

- Well-conducted randomized controlled trials. (Two or more treatments are compared to each other, and the patient is not allowed to choose which treatment is received.)
- Well-conducted cohort studies. (Patients who receive study treatment are compared to a group of patients who receive standard therapy. The comparison group must be nearly identical to the study treatment group.)

We have a process by which we compile and review clinical evidence with respect to certain health services. From time to time, we issue medical and drug policies that describe the clinical evidence available with respect to specific health care services. These medical and drug policies are subject to change without prior notice. You can view these policies at www.myuhc.com.

Please note:

- If you have a life-threatening Sickness or condition (one that is likely to cause death within one year of the request for treatment) we may, in our discretion, consider an otherwise Unproven Service to be a Covered Health Service for that Sickness or condition. Prior to such a consideration, we must first establish that there is sufficient evidence to conclude that, albeit unproven, the service has significant potential as an effective treatment for that Sickness or condition, and that the service would be provided under standards equivalent to those defined by the *National Institutes of Health*.
- We may, in our discretion, consider an otherwise Unproven Service to be a Covered Health Service for a Covered Person with a Sickness or Injury that is not life-threatening. For that to occur, all of the following conditions must be met:

- If the service is one that requires review by the *U.S. Food and Drug Administration (FDA)*, it must be *FDA*-approved.

- It must be performed by a Physician and in a facility with demonstrated experience and expertise.

- The Covered Person must consent to the procedure acknowledging that we do not believe that sufficient clinical evidence has been published in peer-reviewed medical literature to conclude that the service is safe and/or effective.

- At least two studies must be available in published peer-reviewed medical literature that would allow us to conclude that the service is promising but unproven.

- The service must be available from a Network Physician and/or a Network facility.

The decision about whether such a service can be deemed a Covered Health Service is solely at our discretion. Other apparently similar promising but unproven services may not qualify.

**Urgent Care Center** - a facility that provides Covered Health Services that are required to prevent serious deterioration of your health, and that are required as a result of an unforeseen Sickness, Injury, or the onset of acute or severe symptoms.

# UnitedHealthcare Choice Plus

# UnitedHealthcare Insurance Company

# Schedule of Benefits

## Accessing Benefits

You can choose to receive Network Benefits or Non-Network Benefits.

**Network Benefits** apply to Covered Health Services that are provided by a Network Physician or other Network provider. For facility services, these are Benefits for Covered Health Services that are provided at a Network facility under the direction of either a Network or non-Network Physician or other provider. Network Benefits include Physician services provided in a Network facility by a Network or a non-Network anesthesiologist, Emergency room Physician, consulting Physician, pathologist and radiologist. Emergency Health Services are always paid as Network Benefits.

**Non-Network Benefits** apply to Covered Health Services that are provided by a non-Network Physician or other non-Network provider, or Covered Health Services that are provided at a non-Network facility.

Depending on the geographic area and the service you receive, you may have access through our Shared Savings Program to non-Network providers who have agreed to discount their charges for Covered Health Services. If you receive Covered Health Services from these providers, the Coinsurance will remain the same as it is when you receive Covered Health Services from non-Network providers who have not agreed to discount their charges; however, the total that you owe may be less when you receive Covered Health Services from Shared Savings Program providers than from other non-Network providers because the Eligible Expense may be a lesser amount.

You must show your identification card (ID card) every time you request health care services from a Network provider. If you do not show your ID card, Network providers have no way of knowing that you are enrolled under a UnitedHealthcare Policy. As a result, they may bill you for the entire cost of the services you receive.

**Additional information about the network of providers and how your Benefits may be affected appears at the end of this *Schedule of Benefits*.**

If there is a conflict between this *Schedule of Benefits* and any summaries provided to you by the Enrolling Group, this *Schedule of Benefits* will control.

## Pre-service Benefit Confirmation

We require notification before you receive certain Covered Health Services. In general, Network providers are responsible for notifying us before they provide these services to you. There are some Network Benefits, however, for which you are responsible for notifying us. Services for which you must provide pre-service notification are identified below and in the *Schedule of Benefits* table within each Covered Health Service category.

**When you choose to receive certain Covered Health Services from non-Network providers, you are responsible for notifying us before you receive these services.**

**To notify us, call the telephone number for *Customer Care* on your ID card.**

**Covered Health Services which require pre-service notification:**

- Ambulance - non-emergent air and ground.
- Clinical trials.
- Congenital heart disease surgery.
- Dental services - accidental.
- Durable Medical Equipment over $1,000.

- Home health care.
- Hospice care - inpatient.
- Hospital inpatient care - all scheduled admissions and maternity stays exceeding 48 hours for normal vaginal delivery or 96 hours for a cesarean section delivery.
- Reconstructive procedures.
- Manipulative Treatment.
- Skilled Nursing Facility and Inpatient Rehabilitation Facility services.
- Therapeutics - only for the following services: dialysis.
- Transplants.

As we determine, if one or more alternative health services that meets the definition of a Covered Health Service in the *Certificate* under *Section 9: Defined Terms* are clinically appropriate and equally effective for prevention, diagnosis or treatment of a Sickness, Injury, Mental Illness, substance use disorder or their symptoms, we reserve the right to adjust Eligible Expenses for identified Covered Health Services based on defined clinical protocols. Defined clinical protocols shall be based upon nationally recognized scientific evidence and prevailing medical standards and analysis of cost-effectiveness. After you contact us for pre-service Benefit confirmation, we will identify the Benefit level available to you.

The process and procedures used to define clinical protocols and cost-effectiveness of a health service and a listing of services subject to these provisions (as revised from time to time), are available to Covered Persons on www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card, and to Physicians and other health care professionals on UnitedHealthcareOnline.

For all other services, when you choose to receive services from non-Network providers, we urge you to confirm with us that the services you plan to receive are Covered Health Services. That's because in some instances, certain procedures may not meet the definition of a Covered Health Service and therefore are excluded. In other instances, the same procedure may meet the definition of Covered Health Services. By calling before you receive treatment, you can check to see if the service is subject to limitations or exclusions.

If you request a coverage determination at the time notice is provided, the determination will be made based on the services you report you will be receiving. If the reported services differ from those actually received, our final coverage determination will be modified to account for those differences, and we will only pay Benefits based on the services actually delivered to you.

## Mental Health Services and Substance Use Disorder Services

Mental Health Services (including psychiatric services for Autism Spectrum Disorders) and Substance Use Disorder Services are not subject to the pre-service notification requirements described above. Instead, you must obtain prior authorization from the Mental Health/Substance Use Disorder Designee before you receive Covered Health Services. You can contact the Mental Health/Substance Use Disorder Designee at the telephone number on your ID card.

To receive the highest level of Benefits and to avoid incurring the penalties described in this *Schedule of Benefits* table within each Covered Health Service category, you must call the Mental Health/Substance Use Disorder Designee before obtaining Mental Health Services or Substance Use Disorder Services. This call starts the utilization review process.

The utilization review process is a set of formal techniques designed to monitor the use of, or evaluate the clinical necessity, appropriateness, efficacy, or efficiency of, health care services, procedures or settings. Such techniques may include, but are not limited to, ambulatory review, prospective review, second opinion, certification, concurrent review, case management, discharge planning or retrospective review. When you call the Mental Health/Substance Use Disorder Designee as required, you will be given the names of Network providers who are experienced in addressing your specific problems or concerns.

The Mental Health/Substance Use Disorder Designee performs utilization review to determine whether the requested service is a Covered Health Service. The Mental Health/Substance Use Disorder Designee does not make treatment decisions about the kind of behavioral health care you should or should not receive. You and your provider must make those treatment decisions.

## Care Coordination℠

When we are notified as required, we will work with you to implement the Care Coordination℠ process and to provide you with information about additional services that are available to you, such as disease management programs, health education, and patient advocacy.

## Special Note Regarding Medicare

.If you are enrolled in Medicare on a primary basis (Medicare pays before we pay Benefits under the Policy), the pre-service notification requirements do not apply to you. Since Medicare is the primary payer, we will pay as secondary payer as described in *Section 7: Coordination of Benefits.* You are not required to notify us before receiving Covered Health Services.

## Benefits

Annual Deductibles are calculated on a calendar year basis.

Out-of-Pocket Maximums are calculated on a calendar year basis.

When Benefit limits apply, the limit stated refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated.

Benefit limits are calculated on a calendar year basis unless otherwise specifically stated.

| Payment Term And Description | Amounts |
|---|---|
| **Annual Deductible** | |
| The amount of Eligible Expenses you pay for Covered Health Services per year before you are eligible to receive Benefits. The Annual Deductible applies to Covered Health Services under the Policy as indicated in this *Schedule of Benefits,* including Covered Health Services provided under the *Outpatient Prescription Drug Rider.*<br><br>Amounts paid toward the Annual Deductible for Covered Health Services that are subject to a visit or day limit will also be calculated against that maximum Benefit limit. As a result, the limited Benefit will be reduced by the number of days/visits used toward meeting the Annual Deductible.<br><br>When a Covered Person was previously covered under a group policy that was replaced by the group Policy, any amount already applied to that annual deductible provision of the prior policy will apply to the Annual Deductible provision under the Policy.<br><br>The amount that is applied to the Annual Deductible is calculated on the basis of Eligible Expenses. The Annual Deductible does not include any amount that exceeds Eligible Expenses. Details about the way in which Eligible Expenses are determined appear at the end of the *Schedule of Benefits* table. | **Network**<br><br>$2,500 per Covered Person, not to exceed $5,000 for all Covered Persons in a family.<br><br>**Non-Network**<br><br>$5,000 per Covered Person, not to exceed $15,000 for all Covered Persons in a family. |
| **Out-of-Pocket Maximum** | |
| The maximum you pay per year for the Annual Deductible, or Coinsurance. Once you reach the Out-of-Pocket Maximum, Benefits are payable at 100% of Eligible Expenses during the rest of that year. The Out-of-Pocket Maximum applies to Covered Health Services under the Policy as indicated in this *Schedule of Benefits,* including Covered Health Services provided under the *Outpatient Prescription Drug Rider.*<br><br>Details about the way in which Eligible Expenses are determined appear at the end of the *Schedule of Benefits* table.<br><br>The Out-of-Pocket Maximum does not include any of the following and, once the Out-of-Pocket Maximum has been reached, you still will be required to pay the following:<br><br>• Any charges for non-Covered Health Services. | **Network**<br><br>$3,500 per Covered Person, not to exceed $7,000 for all Covered Persons in a family.<br><br>The Out-of-Pocket Maximum includes the Annual Deductible.<br><br>**Non-Network**<br><br>$15,000 per Covered Person, not to exceed $45,000 for all Covered Persons in a family.<br><br>The Out-of-Pocket Maximum includes the Annual Deductible. |

| | |
|---|---|
| • The amount Benefits are reduced if you do not notify us as required.<br><br>• Charges that exceed Eligible Expenses.<br><br>• Copayments or Coinsurance for any Covered Health Service identified in the *Schedule of Benefits* table that does not apply to the Out-of-Pocket Maximum. | |
| **Maximum Policy Benefit** | |
| The maximum amount we will pay for Benefits during the entire period of time you are enrolled under the Policy. | *Network and Non-Network*<br>**$5,000,000 per Covered Person.** |

**Copayment**

Copayment is the amount you pay (calculated as a set dollar amount) each time you receive certain Covered Health Services. When Copayments apply, the amount is listed on the following pages next to the description for each Covered Health Service.

Please note that for Covered Health Services, you are responsible for paying the lesser of:

• The applicable Copayment.

• The Eligible Expense.

Details about the way in which Eligible Expenses are determined appear at the end of the *Schedule of Benefits* table.

**Coinsurance**

Coinsurance is the amount you pay (calculated as a percentage of Eligible Expenses) each time you receive certain Covered Health Services.

Details about the way in which Eligible Expenses are determined appear at the end of the *Schedule of Benefits* table.

## Benefit Limits

This Benefit plan does not have Benefit limits in addition to those stated below within the Covered Health Service categories in the *Schedule of Benefits* table.

| When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated. | | | |
|---|---|---|---|
| **Covered Health Service** | **Benefit (The Amount We Pay, based on Eligible Expenses)** | **Apply to the Out-of-Pocket Maximum?** | **Must You Meet Annual Deductible?** |
| **1. Ambulance Services** | | | |
| **Pre-service Notification Requirement**<br><br>In most cases, we will initiate and direct non-Emergency ambulance transportation. If you are requesting non-Emergency ambulance services, you must notify us as soon as possible prior to transport. If you fail to notify us as required, you will be responsible for paying all charges and no Benefits will be paid. | | | |
| **Emergency Ambulance** | *Network*<br><br>*Ground Ambulance:*<br><br>100% | Yes | Yes |
| | *Air Ambulance:*<br><br>100% | Yes | Yes |
| | *Non-Network*<br><br>Same as Network | Same as Network | Same as Network |
| **Non-Emergency Ambulance**<br>Ground or air ambulance, as we determine appropriate. | *Network*<br><br>*Ground Ambulance:*<br><br>100% | Yes | Yes |
| | *Air Ambulance:*<br><br>100% | Yes | Yes |

*When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated.*

| Covered Health Service | Benefit *(The Amount We Pay, based on Eligible Expenses)* | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| | *Non-Network*<br><br>Same as Network | Same as Network | Same as Network |
| **2. Clinical Trials** | | | |

<table>
<tr><td colspan="4"><strong>Pre-service Notification Requirement</strong><br><br>You must notify us as soon as the possibility of participation in a clinical trial arises. If you don't notify us, you will be responsible for paying all charges and no Benefits will be paid.</td></tr>
<tr><td colspan="2">Depending upon the Covered Health Service, Benefit limits are the same as those stated under the specific Benefit category in this <em>Schedule of Benefits</em>.</td><td colspan="2"><strong><em>Network</em></strong><br><br>Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this <em>Schedule of Benefits</em>.</td></tr>
<tr><td colspan="2">Benefits are available when the Covered Health Services are provided by either Network or non-Network providers, however the non-Network provider must agree to accept the Network level of reimbursement by signing a network provider agreement specifically for the patient enrolling in the trial. (Non-Network Benefits are not available if the non-Network provider does not agree to accept the Network level of reimbursement.)</td><td colspan="2"><strong><em>Non-Network</em></strong><br><br>Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this <em>Schedule of Benefits</em>.</td></tr>
</table>

| **3. Congenital Heart Disease Surgeries** | | | |
|---|---|---|---|

<table>
<tr><td colspan="4"><strong>Pre-service Notification Requirement</strong><br><br>For Non-Network Benefits you must notify us as soon as the possibility of a Congenital Heart Disease (CHD) surgery arises. If you don't notify us, Benefits will be reduced to 50% of Eligible Expenses.</td></tr>
<tr><td>Network and Non-Network Benefits under this section include only the Congenital Heart Disease (CHD) surgery. Depending upon where the Covered Health Service is provided, Benefits for diagnostic services, cardiac catheterization and non-surgical management</td><td><strong><em>Network</em></strong><br><br>100%</td><td>Yes</td><td>Yes</td></tr>
</table>

| When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated. | | | |
|---|---|---|---|
| Covered Health Service | Benefit (The Amount We Pay, based on Eligible Expenses) | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
| of CHD will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits.* | | | |
| Non-Network Benefits are limited to $30,000 per CHD surgery. | *Non-Network* 50% | Yes | Yes |
| **4. Dental Services - Accident Only** | | | |
| **Pre-service Notification Requirement** For Network and Non-Network Benefits you must notify us five business days before follow-up (post-Emergency) treatment begins. (You do not have to notify us before the initial Emergency treatment.) If you fail to notify us as required, Benefits will be reduced to 50% of Eligible Expenses. | | | |
| Limited to $3,000 per year. Benefits are further limited to a maximum of $900 per tooth. | *Network* 100% | Yes | Yes |
| | *Non-Network* Same as Network | Same as Network | Same as Network |
| **5. Diabetes Services** | | | |
| **Pre-service Notification Requirement** For Non-Network Benefits you must notify us before obtaining any Durable Medical Equipment for the management and treatment of diabetes that exceeds $1,000 in cost (either purchase price or cumulative rental of a single item). If you fail to notify us as required, you will be responsible for paying all charges and no Benefits will be paid. | | | |
| **Diabetes Self-Management and Training/Diabetic Eye Examinations/Foot Care** | *Network* Depending upon where the Covered Health Service is provided, Benefits for diabetes self-management and training/diabetic eye examinations/foot care will be the | | |

| *When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated.* | | | |
|---|---|---|---|
| **Covered Health Service** | **Benefit (The Amount We Pay, based on Eligible Expenses)** | **Apply to the Out-of-Pocket Maximum?** | **Must You Meet Annual Deductible?** |
|  | same as those stated under each Covered Health Service category in this *Schedule of Benefits*. | | |
|  | **Non-Network**<br>Depending upon where the Covered Health Service is provided, Benefits for diabetes self-management and training/diabetic eye examinations/foot care will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits*. | | |
| **Diabetes Self-Management Items**<br>Benefits for diabetes equipment that meets the definition of Durable Medical Equipment are subject to the limit stated under *Durable Medical Equipment*. | **Network**<br>Depending upon where the Covered Health Service is provided, Benefits for diabetes self-management items will be the same as those stated under *Durable Medical Equipment* and in the *Outpatient Prescription Drug Rider*. | | |
|  | **Non-Network**<br>Depending upon where the Covered Health Service is provided, Benefits for diabetes self-management items will be the same as those stated under *Durable Medical Equipment* and in the *Outpatient Prescription Drug Rider*. | | |
| **6. Durable Medical Equipment** | | | |
| **Pre-service Notification Requirement** –<br>For Non-Network Benefits you must notify us before obtaining any Durable Medical Equipment that exceeds $1,000 in cost (either purchase price or cumulative rental of a single item). If you fail to notify us as required, you will be responsible for paying all charges and no Benefits will be paid. | | | |
| Limited to $2,500 in Eligible Expenses per year. Benefits are limited to a single purchase of a type of DME (including repair/replacement) every three years.<br>Benefits for speech aid devices and tracheo-esophageal voice devices are limited to the purchase of one device during the entire period of time a Covered Person is enrolled under the Policy. Benefits for repair/replacement are limited to once every three | **Network**<br>100% | Yes | Yes |

| When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated. | | | |
|---|---|---|---|
| **Covered Health Service** | **Benefit** *(The Amount We Pay, based on Eligible Expenses)* | **Apply to the Out-of-Pocket Maximum?** | **Must You Meet Annual Deductible?** |
| years. Speech aid and tracheo-esophageal voice devices are included in the annual limits stated above.<br><br>To receive Network Benefits, you must purchase or rent the Durable Medical Equipment from the vendor we identify or purchase it directly from the prescribing Network Physician. | | | |
| | *Non-Network*<br><br>50% | Yes | Yes |
| **7. Emergency Health Services - Outpatient** | | | |
| Note: If you are confined in a non-Network Hospital after you receive outpatient Emergency Health Services, you must notify us within one business day or on the same day of admission if reasonably possible. We may elect to transfer you to a Network Hospital as soon as it is medically appropriate to do so. If you choose to stay in the non-Network Hospital after the date we decide a transfer is medically appropriate, Network Benefits will not be provided. Non-Network Benefits may be available if the continued stay is determined to be a Covered Health Service. | *Network*<br><br>100% | Yes | Yes |
| | *Non-Network*<br><br>Same as Network | Same as Network | Same as Network |
| **8. Hearing Aids** | | | |
| Limited to $2,500 in Eligible Expenses per year. Benefits are limited to a single purchase (including repair/replacement) every three years. | *Network*<br><br>100% | Yes | Yes |

| When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated. | | | |
|---|---|---|---|
| **Covered Health Service** | **Benefit (The Amount We Pay, based on Eligible Expenses)** | **Apply to the Out-of-Pocket Maximum?** | **Must You Meet Annual Deductible?** |
|  | **Non-Network** 50% | Yes | Yes |
| **9. Home Health Care** | | | |
| **Pre-service Notification Requirement** For Non-Network Benefits you must notify us five business days before receiving services or as soon as is reasonably possible. If you fail to notify us as required, Benefits will be reduced to 50% of Eligible Expenses. | | | |
| Limited to 60 visits per year. One visit equals up to four hours of skilled care services. Home Health Agency services that are provided in lieu of an Inpatient Stay are not subject to this limit. This visit limit does not include any service which is billed only for the administration of intravenous infusion. | **Network** 100% | Yes | Yes |
|  | **Non-Network** 50% | Yes | Yes |
| **10. Hospice Care** | | | |
| **Pre-service Notification Requirement** For Non-Network Benefits you must notify us five business days before admission for an Inpatient Stay in a hospice facility or as soon as is reasonably possible. If you fail to notify us as required, Benefits will be reduced to 50% of Eligible Expenses. In addition, for Non-Network Benefits, you must contact us within 24 hours of admission for an Inpatient Stay in a hospice facility. | | | |
|  | **Network** 100% | Yes | Yes |

| When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated. | | | |
|---|---|---|---|
| **Covered Health Service** | **Benefit (The Amount We Pay, based on Eligible Expenses)** | **Apply to the Out-of-Pocket Maximum?** | **Must You Meet Annual Deductible?** |
| | *Non-Network* 50% | Yes | Yes |
| **11. Hospital - Inpatient Stay** | | | |
| **Pre-service Notification Requirement** For Non-Network Benefits for a scheduled admission, you must notify us five business days before admission, or as soon as is reasonably possible for non-scheduled admissions (including Emergency admissions). If you fail to notify us as required, Benefits will be reduced to 50% of Eligible Expenses. In addition, for Non-Network Benefits you must contact us 24 hours before admission for scheduled admissions or as soon as is reasonably possible for non-scheduled admissions (including Emergency admissions). | | | |
| | *Network* 100% | Yes | Yes |
| | *Non-Network* 50% | Yes | Yes |
| **12. Lab, X-Ray and Diagnostics - Outpatient** | | | |
| | *Network* 100% | Yes | Yes |
| | *Non-Network* 50% | Yes | Yes |

| When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated. | | | |
|---|---|---|---|
| **Covered Health Service** | **Benefit (The Amount We Pay, based on Eligible Expenses)** | **Apply to the Out-of-Pocket Maximum?** | **Must You Meet Annual Deductible?** |
| **13. Lab, X-Ray and Major Diagnostics - CT, PET, MRI, MRA and Nuclear Medicine - Outpatient** | | | |
| | *Network*<br>100% | Yes | Yes |
| | *Non-Network*<br>50% | Yes | Yes |
| **14. Mental Health Services** | | | |
| **Prior Authorization Requirement**<br>You must obtain prior authorization through the Mental Health/Substance Use Disorder Designee in order to receive Benefits. Without authorization, you will be responsible for paying all charges and no Benefits will be paid. | | | |
| Benefits for any combination of *Mental Health Services* described in this section and *Substance Use Disorder Services* described below are limited as follows:<br>• 30 days per year for Inpatient/Intermediate *Mental Health Services* and *Substance Use Disorder Services*. | *Network*<br>*Inpatient/ Intermediate*<br>100% | Yes | Yes |
| • 20 visits per year for outpatient *Mental Health Services* and *Substance Use Disorder Services*. | *Outpatient*<br>100% | Yes | Yes |
| | *Non-Network*<br>*Inpatient/ Intermediate*<br>50% | Yes | Yes |

| When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated. | | | |
|---|---|---|---|
| **Covered Health Service** | **Benefit (The Amount We Pay, based on Eligible Expenses)** | **Apply to the Out-of-Pocket Maximum?** | **Must You Meet Annual Deductible?** |
| | *Outpatient* 50% | Yes | Yes |
| **15. Neurobiological Disorders - Autism Spectrum Disorder Services** | | | |
| **Prior Authorization Requirement** You must obtain prior authorization through the Mental Health/Substance Use Disorder Designee in order to receive Benefits. Without authorization, you will be responsible for paying all charges and no Benefits will be paid. | | | |
| Inpatient/Intermediate *Neurobiological Disorders - Autism Spectrum Disorders* are limited to 30 days per year. | *Network Inpatient/ Intermediate* 100% | Yes | Yes |
| Outpatient *Neurobiological Disorders - Autism Spectrum Disorders* are limited to 20 visits per year. | *Outpatient* 100% | Yes | Yes |
| | *Non-Network Inpatient/ Intermediate* 50% | Yes | Yes |
| | *Outpatient* 50% | Yes | Yes |

| When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated. | | | |
|---|---|---|---|
| **Covered Health Service** | **Benefit** *(The Amount We Pay, based on Eligible Expenses)* | **Apply to the Out-of-Pocket Maximum?** | **Must You Meet Annual Deductible?** |
| **16. Ostomy Supplies** | | | |
| Limited to $2,500 per year. | *Network* 100% | Yes | Yes |
| | *Non-Network* 50% | Yes | Yes |
| **17. Pharmaceutical Products - Outpatient** | | | |
| | *Network* 100% | Yes | Yes |
| | *Non-Network* 50% | Yes | Yes |
| **18. Physician Fees for Surgical and Medical Services** | | | |
| | *Network* 100% | Yes | Yes |
| | *Non-Network* 50% | Yes | Yes |

| When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated. | | | |
|---|---|---|---|
| **Covered Health Service** | **Benefit** *(The Amount We Pay, based on Eligible Expenses)* | **Apply to the Out-of-Pocket Maximum?** | **Must You Meet Annual Deductible?** |
| **19. Physician's Office Services - Sickness and Injury** | | | |
| | *Network* 100% | Yes | Yes |
| | *Non-Network* 50% | Yes | Yes |
| **20. Pregnancy - Maternity Services** | | | |
| **Pre-service Notification Requirement**<br><br>For Non-Network Benefits you must notify us as soon as reasonably possible if the Inpatient Stay for the mother and/or the newborn will be more than 48 hours for the mother and newborn child following a normal vaginal delivery, or more than 96 hours for the mother and newborn child following a cesarean section delivery. If you fail to notify us as required, Benefits will be reduced to 50% of Eligible Expenses.<br><br>**It is important that you notify us regarding your Pregnancy. Your notification will open the opportunity to become enrolled in prenatal programs that are designed to achieve the best outcomes for you and your baby.** | | | |
| The coverage for birth costs for an adopted child under this Policy is secondary to any coverage for maternity-related expenses that the birth-mother may have and Benefits will be coordinated as described in *Section 7: Coordination of Benefits*. | *Network*<br><br>Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits* except that an Annual Deductible will not apply for a newborn child whose length of stay in the Hospital is the same as the mother's length of stay. | | |
| | *Non-Network*<br><br>Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits* except that an Annual Deductible will not apply for a newborn child whose length of stay in the Hospital is the same as the mother's length of stay. | | |

| When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated. | | | |
|---|---|---|---|
| **Covered Health Service** | **Benefit (The Amount We Pay, based on Eligible Expenses)** | **Apply to the Out-of-Pocket Maximum?** | **Must You Meet Annual Deductible?** |
| **21. Preventive Care Services** | | | |
| Physician office services | *Network* 100% | No | No |
| | *Non-Network* 50% | Yes | Yes |
| Lab, X-ray or other preventive tests | *Network* 100% | No | No |
| | *Non-Network* 50% | Yes | Yes |
| **22. Prosthetic Devices** | | | |
| Limited to $2,500 per year. Benefits are limited to a single purchase of each type of prosthetic device every three years. | *Network* 100% | Yes | Yes |
| Once this limit is reached, Benefits continue to be available for items required by the *Women's Health and Cancer Rights Act of 1998*. Benefits must be available for al least two external post-operative breast prostheses. | *Non-Network* 50% | Yes | Yes |

**When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated.**

| Covered Health Service | Benefit *(The Amount We Pay, based on Eligible Expenses)* | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| **23. Reconstructive Procedures** | | | |
| **Pre-service Notification Requirement**<br><br>For Non-Network Benefits you must notify us five business days before a scheduled reconstructive procedure is performed or, for non-scheduled procedures, within one business day or as soon as is reasonably possible. If you fail to notify us as required, Benefits will be reduced to 50% of Eligible Expenses.<br><br>In addition, for Non-Network Benefits you must contact us 24 hours before admission for scheduled inpatient admissions or as soon as is reasonably possible for non-scheduled inpatient admissions (including Emergency admissions). | | | |
| | *Network*<br><br>*Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this Schedule of Benefits.* | | |
| | *Non-Network*<br><br>*Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this Schedule of Benefits.* | | |
| **24. Rehabilitation Services - Outpatient Therapy and Manipulative Treatment** | | | |
| **Pre-service Notification Requirement**<br><br>For Non-Network Benefits you must notify us five business days before receiving Manipulative Treatment or as soon as is reasonably possible. If you fail to notify us as required, Benefits will be reduced to 50% of Eligible Expenses. | | | |
| Limited per year as follows:<br><br>• Visit limits not applied for Manipulative Treatment.<br><br>• 20 visits of physical therapy.<br><br>• 20 visits of occupational therapy. | *Network*<br><br>100% | Yes | Yes |

| When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated. | | | |
|---|---|---|---|
| **Covered Health Service** | **Benefit (The Amount We Pay, based on Eligible Expenses)** | **Apply to the Out-of-Pocket Maximum?** | **Must You Meet Annual Deductible?** |
| • 20 visits of speech therapy.<br>• 20 visits of pulmonary rehabilitation therapy.<br>• 36 visits of cardiac rehabilitation therapy.<br>• 30 visits of post-cochlear implant aural therapy. | | | |
| | **Non-Network**<br>50% | Yes | Yes |
| **25. Scopic Procedures - Outpatient Diagnostic and Therapeutic** | | | |
| | **Network**<br>100% | Yes | Yes |
| | **Non-Network**<br>50% | Yes | Yes |
| **26. Skilled Nursing Facility/Inpatient Rehabilitation Facility Services** | | | |
| **Pre-service Notification Requirement**<br><br>For Non-Network Benefits for a scheduled admission, you must notify us five business days before admission, or as soon as is reasonably possible for non-scheduled admissions. If you fail to notify us as required, Benefits will be reduced to 50% of Eligible Expenses.<br><br>In addition, for Non-Network Benefits you must contact us 24 hours before admission for scheduled admissions or as soon as is reasonably possible for non-scheduled admissions (including Emergency admissions). | | | |
| Limited to 60 days per year. | **Network**<br>100% | Yes | Yes |

| When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated. | | | |
|---|---|---|---|
| **Covered Health Service** | **Benefit (The Amount We Pay, based on Eligible Expenses)** | **Apply to the Out-of-Pocket Maximum?** | **Must You Meet Annual Deductible?** |
| | **Non-Network** 50% | Yes | Yes |
| **27. Substance Use Disorder Services** | | | |
| **Prior Authorization Requirement** You must obtain prior authorization through the Mental Health/Substance Use Disorder Designee in order to receive Benefits. Without authorization, you will be responsible for paying all charges and no Benefits will be paid. | | | |
| Benefits for any combination of *Substance Use Disorder Services* described in this section and *Mental Health Services* described above are limited as follows:<br><br>• **30 days per year for inpatient/intermediate *Mental Health Services* and *Substance Use Disorder Services*.** | *Network* Inpatient/ Intermediate 100% | Yes | Yes |
| • **20 visits per year for outpatient *Mental Health Services* and *Substance Use Disorder Services*.** | *Outpatient* 100% | Yes | Yes |
| | *Non-Network* Inpatient/ Intermediate 50% | Yes | Yes |
| | *Outpatient* 50% | Yes | Yes |

**When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated.**

| Covered Health Service | Benefit *(The Amount We Pay, based on Eligible Expenses)* | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| **28. Surgery - Outpatient** | | | |
| | *Network* 100% | Yes | Yes |
| | *Non-Network* 50% | Yes | Yes |
| **29. Therapeutic Treatments - Outpatient** | | | |
| **Pre-service Notification Requirement**<br><br>For Non-Network Benefits you must notify us for the following outpatient therapeutic services five business days before scheduled services are received or, for non-scheduled services, within one business day or as soon as is reasonably possible. Services that require notification: dialysis. If you fail to notify us as required, Benefits will be reduced to 50% of Eligible Expenses. | | | |
| | *Network* 100% | Yes | Yes |
| | *Non-Network* 50% | Yes | Yes |

| When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated. | | | |
|---|---|---|---|
| **Covered Health Service** | **Benefit** *(The Amount We Pay, based on Eligible Expenses)* | **Apply to the Out-of-Pocket Maximum?** | **Must You Meet Annual Deductible?** |
| **30. Transplantation Services** | | | |
| **Pre-service Notification Requirement**<br><br>For Network Benefits you must notify us as soon as the possibility of a transplant arises (and before the time a pre-transplantation evaluation is performed at a transplant center). If you don't notify us and if, as a result, the services are not performed at a Designated Facility, Network Benefits will not be paid. Non-Network Benefits will apply.<br><br>For Non-Network Benefits you must notify us as soon as the possibility of a transplant arises (and before the time a pre-transplantation evaluation is performed at a transplant center). If you fail to notify us as required, Benefits will be reduced to 50% of Eligible Expenses.<br><br>In addition, for Non-Network Benefits you must contact us 24 hours before admission for scheduled admissions or as soon as is reasonably possible for non-scheduled admissions (including Emergency admissions). | | | |
| For Network Benefits, transplantation services must be received at a Designated Facility. We do not require that cornea transplants be performed at a Designated Facility in order for you to receive Network Benefits. | *Network*<br>100% | Yes | Yes |
| Non-Network Benefits are limited to $30,000 per transplant. | *Non-Network*<br>50% | Yes | Yes |
| **31. Urgent Care Center Services** | | | |
| | *Network*<br>100% | Yes | Yes |
| | *Non-Network*<br>50% | Yes | Yes |

| When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated. | | | |
|---|---|---|---|
| **Covered Health Service** | **Benefit (The Amount We Pay, based on Eligible Expenses)** | **Apply to the Out-of-Pocket Maximum?** | **Must You Meet Annual Deductible?** |
| **32. Vision Examinations** | | | |
| Limited to 1 exam every 2 years. | **Network** 100% | Yes | Yes |
| | **Non-Network** 50% | Yes | Yes |

## Eligible Expenses

Eligible Expenses are the amount we determine that we will pay for Benefits. For Network Benefits, you are not responsible for any difference between Eligible Expenses and the amount the provider bills. For Non-Network Benefits, you are responsible for paying, directly to the non-Network provider, any difference between the amount the provider bills you and the amount we will pay for Eligible Expenses. Eligible Expenses are determined solely in accordance with our reimbursement policy guidelines, as described in the *Certificate*.

If one or more alternative health services that meets the definition of Covered Health Service in the *Certificate* under *Section 9: Defined Terms* are clinically appropriate and equally effective for prevention, diagnosis or treatment of a Sickness, Injury, Mental Illness, substance use disorder or their symptoms, we reserve the right to adjust Eligible Expenses for identified Covered Health Services based on defined clinical protocols. Defined clinical protocols shall be based upon nationally recognized scientific evidence and prevailing medical standards and analysis of cost-effectiveness.

For Network Benefits, Eligible Expenses are based on either of the following:

- When Covered Health Services are received from a Network provider, Eligible Expenses are our contracted fee(s) with that provider.
- When Covered Health Services are received from a non-Network provider as a result of an Emergency or as otherwise arranged by us, Eligible Expenses are billed charges unless a lower amount is negotiated or authorized by state law.

For Non-Network Benefits, Eligible Expenses are based on either of the following:

- When Covered Health Services are received from a non-Network provider, Eligible Expenses are determined, based on the lesser of:
  - Fee(s) that are negotiated with the provider.
  - 110% of the published rates allowed by the *Centers for Medicare and Medicaid Services (CMS)* for Medicare for the same or similar service.
  - 50% of the billed charge.
  - A fee schedule that we develop.
- When Covered Health Services are received from a Network provider, Eligible Expenses are our contracted fee(s) with that provider.

## Provider Network

We arrange for health care providers to participate in a Network. Network providers are independent practitioners. They are not our employees. It is your responsibility to select your provider.

Our credentialing process confirms public information about the providers' licenses and other credentials, but does not assure the quality of the services provided.

Before obtaining services you should always verify the Network status of a provider. A provider's status may change. You can verify the provider's status by calling *Customer Care*. A directory of providers is available online at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card to request a copy.

It is possible that you might not be able to obtain services from a particular Network provider. The network of providers is subject to change. Or you might find that a particular Network provider may not be accepting new patients. If a provider leaves the Network or is otherwise not available to you, you must choose another Network provider to get Network Benefits.

If you are currently undergoing a course of treatment utilizing a non-Network Physician or health care facility, you may be eligible to receive transition of care Benefits. This transition period is available for specific medical services and for limited periods of time. If you have questions regarding this transition of care reimbursement policy or would like help determining whether you are eligible for transition of care Benefits, please contact *Customer Care* at the telephone number on your ID card.

Do not assume that a Network provider's agreement includes all Covered Health Services. Some Network providers contract with us to provide only certain Covered Health Services, but not all Covered Health Services. Some Network providers choose to be a Network provider for only some of our products. Refer to your provider directory or contact us for assistance.

## Designated Facilities and Other Providers

If you have a medical condition that we believe needs special services, we may direct you to a Designated Facility or Designated Physician chosen by us. If you require certain complex Covered Health Services for which expertise is limited, we may direct you to a Network facility or provider that is outside your local geographic area. If you are required to travel to obtain such Covered Health Services from a Designated Facility or Designated Physician, we may reimburse certain travel expenses at our discretion.

In both cases, Network Benefits will only be paid if your Covered Health Services for that condition are provided by or arranged by the Designated Facility, Designated Physician or other provider chosen by us.

You or your Network Physician must notify us of special service needs (such as transplants or cancer treatment) that might warrant referral to a Designated Facility or Designated Physician. If you do not notify us in advance, and if you receive services from a non-Network facility (regardless of whether it is a Designated Facility) or other non-Network provider, Network Benefits will not be paid. Non-Network Benefits may be available if the special needs services you receive are Covered Health Services for which Benefits are provided under the Policy.

## Health Services from Non-Network Providers Paid as Network Benefits

If specific Covered Health Services are not available from a Network provider, you may be eligible for Network Benefits when Covered Health Services are received from non-Network providers. In this situation, your Network Physician will notify us and, if we confirm that care is not available from a Network provider, we will work with you and your Network Physician to coordinate care through a non-Network provider.

## Limitations on Selection of Providers

If we determine that you are using health care services in a harmful or abusive manner, or with harmful frequency, your selection of Network providers may be limited. If this happens, we may require you to select a single Network Physician to provide and coordinate all future Covered Health Services.

If you don't make a selection within 31 days of the date we notify you, we will select a single Network Physician for you.

If you fail to use the selected Network Physician, Covered Health Services will be paid as Non-Network Benefits.

# Mental Health Parity and Addiction Equity Act of 2008 (MHPAEA) Amendment

## UnitedHealthcare Insurance Company

As described in this Amendment, the Policy is modified as stated below.

Because this Amendment is part of a legal document (the group Policy), we want to give you information about the document that will help you understand it. Certain capitalized words have special meanings. We have defined these words in the *Certificate of Coverage (Certificate)* in *Section 9: Defined Terms* and in this Amendment below.

**Prior authorization requirements listed under *Mental Health Services and Substance Use Disorder Services* in the *Schedule of Benefits* are deleted. The following services are added to the list of services requiring pre-service notification under *Pre-service Benefit Confirmation* in the *Schedule of Benefits:***

## Pre-service Benefit Confirmation

**When you choose to receive certain Covered Health Services from non-Network providers, you are responsible for notifying us before you receive these services.**

**To notify us, call the telephone number for *Customer Care* on your ID card.**

**Covered Health Services which require pre-service notification:**

- Mental Health Services - Inpatient services (including Partial Hospitalization/Day Treatment and services at a Residential Treatment Facility); intensive outpatient program treatment; outpatient electro-convulsive treatment; psychological testing; extended outpatient treatment visits beyond 45 - 50 minutes in duration, with or without medication management; outpatient treatment provided in your home.

- Neurobiological Disorders - Autism Spectrum Disorder Services - Inpatient services (including Partial Hospitalization/Day Treatment and services at a Residential Treatment Facility), intensive outpatient program treatment; psychological testing; extended outpatient treatment visits beyond 45 - 50 minutes in duration, with or without medication management; outpatient treatment provided in your home; Applied Behavioral Analysis (ABA).

- Substance Use Disorder Services - inpatient services (including Partial Hospitalization/Day Treatment and services at a Residential Treatment Facility); intensive outpatient program treatment; psychological testing; outpatient treatment of opioid dependence; extended outpatient treatment visits beyond 45 - 50 minutes in duration, with or without medication management; outpatient treatment provided in your home.

**Mental Health Services, Neurobiological Disorders - Autism Spectrum Disorder Services and Substance Use Disorder Services in the Certificate, Section 1: Covered Health Services are deleted and replaced with the following:**

## Mental Health Services

Mental Health Services include those received on an inpatient basis in a Hospital or an Alternate Facility, and those received on an outpatient basis in a provider's office or at an Alternate Facility.

Benefits include the following services provided on either an outpatient or inpatient basis:

- Diagnostic evaluations and assessment.
- Treatment planning.
- Referral services.
- Medication management.

- Individual, family, therapeutic group and provider-based case management services.
- Crisis intervention.

Benefits include the following services provided on an inpatient basis:

- Partial Hospitalization/Day Treatment.
- Services at a Residential Treatment Facility.

Benefits include the following services provided on an outpatient basis:

- Intensive Outpatient Treatment.

The Mental Health/Substance Use Disorder Designee determines coverage for all levels of care. If an Inpatient Stay is required, it is covered on a Semi-private Room basis.

We encourage you to contact the Mental Health/Substance Use Disorder Designee for referrals to providers and coordination of care.

### Special Mental Health Programs and Services

Special programs and services that are contracted under the Mental Health/Substance Use Disorder Designee may become available to you as a part of your Mental Health Services Benefit. The Mental Health Services Benefits and financial requirements assigned to these programs or services are based on the designation of the program or service to inpatient, Partial Hospitalization/Day Treatment, Intensive Outpatient Treatment, outpatient or a Transitional Care category of Benefit use. Special programs or services provide access to services that are beneficial for the treatment of your Mental Illness which may not otherwise be covered under the Policy. You must be referred to such programs through the Mental Health/Substance Use Disorder Designee, who is responsible for coordinating your care or through other pathways as described in the program introductions . Any decision to participate in such a program or service is at the discretion of the Covered Person and is not mandatory.

## Neurobiological Disorders - Autism Spectrum Disorder Services

Psychiatric services for Autism Spectrum Disorders that are both of the following:

- Provided by or under the direction of an experienced psychiatrist and/or an experienced licensed psychiatric provider.
- Focused on treating maladaptive/stereotypic behaviors that are posing danger to self, others and property, and impairment in daily functioning.

This section describes only the psychiatric component of treatment for Autism Spectrum Disorders. Medical treatment of Autism Spectrum Disorders is a Covered Health Service for which Benefits are available under the applicable medical Covered Health Services categories in this *Certificate.*

Benefits include the following services provided on either an outpatient or inpatient basis:

- Diagnostic evaluations and assessment.
- Treatment planning.
- Referral services.
- Medication management.
- Individual, family, therapeutic group and provider-based case management services.
- Crisis intervention.

Benefits include the following services provided on an inpatient basis:

- Partial Hospitalization/Day Treatment.
- Services at a Residential Treatment Facility.

Benefits include the following services provided on an outpatient basis:

- Intensive Outpatient Treatment.

The Mental Health/Substance Use Disorder Designee determines coverage for all levels of care. If an Inpatient Stay is required, it is covered on a Semi-private Room basis.

We encourage you to contact the Mental Health/Substance Use Disorder Designee for referrals to providers and

coordination of care.

## Substance Use Disorder Services

Substance Use Disorder Services include those received on an inpatient basis in a Hospital or an Alternate Facility, and those received on an outpatient basis in a provider's office or at an Alternate Facility.

Benefits include the following services provided on either an outpatient or inpatient basis:

- Diagnostic evaluations and assessment.
- Treatment planning.
- Referral services.
- Medication management.
- Individual, family, therapeutic group and provider-based case management services.
- Crisis Intervention.

Benefits include the following services provided on an inpatient basis:

- Partial Hospitalization/Day Treatment.
- Services at a Residential Treatment Facility.

Benefits include the following services provided on an outpatient basis:

- Intensive Outpatient Treatment.

The Mental Health/Substance Use Disorder Designee determines coverage for all levels of care. If an Inpatient Stay is required, it is covered on a Semi-private Room basis.

We encourage you to contact the Mental Health/Substance Use Disorder Designee for referrals to providers and coordination of care.

### Special Substance Use Disorder Programs and Services

Special programs and services that are contracted under the Mental Health/Substance Use Disorder Designee may become available to you as a part of your Substance Use Disorder Services Benefit. The Substance Use Disorder Services Benefits and financial requirements assigned to these programs or services are based on the designation of the program or service to Inpatient, Partial Hospitalization/Day Treatment, Intensive Outpatient Treatment, outpatient or a Transitional Care category of Benefit use. Special programs or services provide access to services that are beneficial for the treatment of your substance use disorder which may not otherwise be covered under the Policy. You must be referred to such programs through the Mental Health/Substance Use Disorder Designee, who is responsible for coordinating your care or through other pathways as described in the program introductions. Any decision to participate in such a program or service is at the discretion of the Covered Person and is not mandatory.

***Mental Health Services, Neurobiological Disorders - Autism Spectrum Disorder Services*** and ***Substance Use Disorder Services*** in the ***Schedule of Benefits*** are deleted and replaced with the following:

| When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated. | | | |
|---|---|---|---|
| **Covered Health Service** | **Benefit (The Amount We Pay, based on Eligible Expenses)** | **Apply to the Out-of-Pocket Maximum?** | **Must You Meet Annual Deductible?** |
| **Mental Health Services** | | | |
| **Pre-Service Notification Requirement**<br><br>For Non-Network Benefits for a scheduled admission for Mental Health Services (including an admission for Partial Hospitalization/Day Treatment and services at a Residential Treatment Facility), you must notify us prior to the admission, or as soon as is reasonably possible for non-scheduled admissions (including Emergency admissions).<br><br>In addition, for Non-Network Benefits you must notify us before the following services are received: intensive outpatient program treatment; outpatient electro-convulsive treatment; psychological testing; extended outpatient treatment visits beyond 45 - 50 minutes in duration, with or without medication management; outpatient treatment provided in your home.<br><br>If you fail to notify us as required, Benefits will be reduced to 50% of Eligible Expenses. | | | |
| Benefits for any combination of *Mental Health Services* described in this section and *Substance Use Disorder Services* described below are limited as follows:<br><br>• 30 days per year for Inpatient *Mental Health Services* and *Substance Use Disorder Services*. | *Network*<br><br>*Inpatient*<br><br>100% | Yes | Yes |
| • 20 visits per year for outpatient *Mental Health Services* and *Substance Use Disorder Services*. | *Outpatient*<br><br>100% | Yes | Yes |
| | *Non-Network*<br><br>*Inpatient*<br><br>50% | Yes | Yes |

*i*

**When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated.**

| Covered Health Service | Benefit (The Amount We Pay, based on Eligible Expenses) | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| | Outpatient 50% | Yes | Yes |
| **Neurobiological Disorders - Autism Spectrum Disorder Services** | | | |

**Pre-Service Notification Requirement**

For Non-Network Benefits for a scheduled admission for Neurobiological Disorders - Autism Spectrum Disorder Services (including an admission for Partial Hospitalization/Day Treatment and services at a Residential Treatment Facility), you must notify us prior to the admission, or as soon as is reasonably possible for non-scheduled admissions (including Emergency admissions).

In addition, for Non-Network Benefits you must notify us before the following services are received: intensive outpatient program treatment; psychological testing; extended outpatient treatment visits beyond 45 - 50 minutes in duration, with or without medication management; outpatient treatment provided in your home.

If you fail to notify us as required, Benefits will be reduced to 50% of Eligible Expenses.

| | | | |
|---|---|---|---|
| Inpatient *Neurobiological Disorders - Autism Spectrum Disorder Services* are limited to 30 days per year. | *Network* *Inpatient* 100% | Yes | Yes |
| Outpatient *Neurobiological Disorders - Autism Spectrum Disorder Services* are limited to 20 visits per year. | *Outpatient* 100% | Yes | Yes |
| | *Non-Network* *Inpatient* 50% | Yes | Yes |
| | *Outpatient* 50% | Yes | Yes |

**When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated.**

| Covered Health Service | Benefit (The Amount We Pay, based on Eligible Expenses) | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| **Substance Use Disorder Services** | | | |

**Pre-Service Notification Requirement**

For Non-Network Benefits for a scheduled admission for Substance Use Disorder Services (including an admission for Partial Hospitalization/Day Treatment and services at a Residential Treatment Facility), you must notify us prior to the admission, or as soon as is reasonably possible for non-scheduled admissions (including Emergency admissions).

In addition, for Non-Network Benefits you must notify us before the following services are received: Services requiring pre-service notification: intensive outpatient program treatment; psychological testing; outpatient treatment of opioid dependence; extended outpatient treatment visits beyond 45 - 50 minutes in duration, with or without medication management; outpatient treatment provided in your home.

If you fail to notify us as required, Benefits will be reduced to 50% of Eligible Expenses.

| | | | |
|---|---|---|---|
| Benefits for any combination of *Substance Use Disorder Services* described in this section and *Mental Health Services* described above are limited as follows:<br><br>• 30 days per year for inpatient *Mental Health Services* and *Substance Use Disorder Services.* | *Network*<br><br>*Inpatient*<br><br>100% | Yes | Yes |
| • 20 visits per year for outpatient *Mental Health Services* and *Substance Use Disorder Services.* | *Outpatient*<br><br>100% | Yes | Yes |
| | *Non-Network*<br><br>*Inpatient*<br><br>50% | Yes | Yes |
| | *Outpatient*<br><br>50% | Yes | Yes |

**Exclusions for *Mental Health, Neurobiological Disorders - Autism Spectrum Disorders* and *Substance Use Disorders* in the *Certificate* under *Section 2: Exclusions and Limitations* are deleted and replaced with the following:**

## Mental Health

Exclusions listed directly below apply to services described under *Mental Health Services* in *Section 1: Covered Health Services*.

1. Services performed in connection with conditions not classified in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*.

2. Mental Health Services as treatments for V-code conditions as listed within the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*.

3. Mental Health Services as treatment for a primary diagnosis of insomnia and other sleep disorders, sexual dysfunction disorders, feeding disorders, neurological disorders and other disorders with a known physical basis.

4. Treatments for the primary diagnoses of learning disabilities, conduct and impulse control disorders, personality disorders and paraphilias.

5. Educational/behavioral services that are focused on primarily building skills and capabilities in communication, social interaction and learning.

6. Tuition for or services that are school-based for children and adolescents under the *Individuals with Disabilities Education Act*.

7. Learning, motor skills and primary communication disorders as defined in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*.

8. Mental retardation and autism spectrum disorder as a primary diagnosis defined in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*. Benefits for autism spectrum disorder as a primary diagnosis are described under *Neurobiological Disorders - Autism Spectrum Disorder Services* in *Section 1: Covered Health Services*.

9. Services or supplies for the diagnosis or treatment of Mental Illness that, in the reasonable judgment of the Mental Health/Substance Use Disorder Designee, are any of the following:

   ■ Not consistent with generally accepted standards of medical practice for the treatment of such conditions.

   ■ Not consistent with services backed by credible research soundly demonstrating that the services or supplies will have a measurable and beneficial health outcome, and therefore considered experimental.

   ■ Not consistent with the Mental Health/Substance Use Disorder Designee's level of care guidelines or best practices as modified from time to time.

   ■ Not clinically appropriate for the patient's Mental Illness or condition based on generally accepted standards of medical practice and benchmarks.

## Neurobiological Disorders - Autism Spectrum Disorders

Exclusions listed directly below apply to services described under *Neurobiological Disorders - Autism Spectrum Disorder Services* in *Section 1: Covered Health Services*.

1. Services as treatments of sexual dysfunction and feeding disorders as listed in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*.

2. Any treatments or other specialized services designed for Autism Spectrum Disorder that are not backed by credible research demonstrating that the services or supplies have a measurable and beneficial health outcome and therefore considered Experimental or Investigational or Unproven Services.

3. Mental retardation as the primary diagnosis defined in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*.

MHPAMD.I.09.AZ                                7

4. Tuition for or services that are school-based for children and adolescents under the *Individuals with Disabilities Education Act*.

5. Learning, motor skills and primary communication disorders as defined in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association* and which are not a part of Autism Spectrum Disorder.

6. Treatments for the primary diagnoses of learning disabilities, conduct and impulse control disorders, personality disorders and paraphilias.

7. Intensive behavioral therapies such as applied behavioral analysis for Autism Spectrum Disorder.

8. Services or supplies for the diagnosis or treatment of Mental Illness that, in the reasonable judgment of the Mental Health/Substance Use Disorder Designee, are any of the following:

   ■ Not consistent with generally accepted standards of medical practice for the treatment of such conditions.

   ■ Not consistent with services backed by credible research soundly demonstrating that the services or supplies will have a measurable and beneficial health outcome, and therefore considered experimental.

   ■ Not consistent with the Mental Health/Substance Use Disorder Designee's level of care guidelines or best practices as modified from time to time.

   ■ Not clinically appropriate for the patient's Mental Illness or condition based on generally accepted standards of medical practice and benchmarks.

## Substance Use Disorders

Exclusions listed directly below apply to services described under *Substance Use Disorder Services* in *Section 1: Covered Health Services.*

1. Services performed in connection with conditions not classified in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*.

2. Methadone treatment as maintenance, L.A.A.M. (1-Alpha-Acetyl-Methadol), Cyclazocine, or their equivalents.

3. Educational/behavioral services that are focused on primarily building skills and capabilities in communication, social interaction and learning.

4. Services or supplies for the diagnosis or treatment of alcoholism or substance use disorders that, in the reasonable judgment of the Mental Health/Substance Use Disorder Designee, are any of the following:

   ■ Not consistent with generally accepted standards of medical practice for the treatment of such conditions.

   ■ Not consistent with services backed by credible research soundly demonstrating that the services or supplies will have a measurable and beneficial health outcome, and therefore considered experimental.

   ■ Not consistent with the Mental Health/Substance Use Disorder Designee's level of care guidelines or best practices as modified from time to time.

   ■ Not clinically appropriate for the patient's substance use disorder or condition based on generally accepted standards of medical practice and benchmarks.

## The definition of Intermediate Care is deleted.

UnitedHealthcare Insurance Company

**President**

# Patient Protection and Affordable Care Act (PPACA) Amendment

# UnitedHealthcare Insurance Company

As described in this Amendment, the Policy is modified as stated below.

Because this Amendment is part of a legal document (the group Policy), we want to give you information about the document that will help you understand it. Certain capitalized words have special meanings. We have defined these words in the *Certificate of Coverage (Certificate)* in *Section 9: Defined Terms* and in this Amendment below.

## Maximum Policy Benefit/Limits on Essential Benefits

The Maximum Policy Benefit provision in the *Schedule of Benefits*, the definition of Maximum Policy Benefit in the *Certificate* and all references to a Maximum Policy Benefit are deleted. Benefits under the Policy are not limited by a Maximum Policy Benefit.

Lifetime limits on the dollar amount of essential benefits available to you under the terms of your plan are no longer permitted. In addition, any annual dollar limit applicable to the essential benefits listed below is no longer applicable. Essential benefits include the following:

Ambulatory patient services; emergency services; hospitalization; maternity and newborn care; mental health and substance use disorder services (including behavioral health treatment); prescription drugs; rehabilitative and habilitative services and devices; laboratory services; preventive and wellness services and chronic disease management; and pediatric services, including oral and vision care.

On or before the first day of the first plan year beginning on or after September 23, 2010, the Enrolling Group will provide a 30 day enrollment period for those individuals who are still eligible under the plan's eligibility terms but whose coverage ended by reason of reaching a lifetime limit on the dollar value of all Benefits.

## Preventive Care

Network Benefits for preventive care that are payable at 100% of Eligible Expenses (without application of any Copayment, Coinsurance, or deductible) apply to the following:

- Evidence-based items or services that have in effect a rating of "A" or "B" in the current recommendations of the *United States Preventive Services Task Force*.

- Immunizations that have in effect a recommendation from the *Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention*.

- With respect to infants, children and adolescents, evidence-informed preventive care and screenings provided for in the comprehensive guidelines supported by the *Health Resources and Services Administration*.

- With respect to women, such additional preventive care and screenings as provided for in comprehensive guidelines supported by the *Health Resources and Services Administration*.

## Preexisting Conditions

Preexisting condition exclusions do not apply to Covered Persons under age 19. The preexisting condition exclusion in the *Certificate, Section 2: Exclusions and Limitations* is replaced with the following:

## M. Preexisting Conditions

1. Benefits for the treatment of a Preexisting Condition are excluded until the earlier of the following:

   ▪ The date you have had Continuous Creditable Coverage for 12 months.

   ■ The date you have had Continuous Creditable Coverage for 18 months if you are a Late Enrollee.

   This exclusion does not apply to Covered Persons under age 19.

## Dependent Children

The following *Dependent Child Special Open Enrollment* provision is added to the *Certificate, Section 3: When Coverage Begins:*

## Dependent Child Special Open Enrollment Period

On or before the first day of the first plan year beginning on or after September 23, 2010, the Enrolling Group will provide a 30 day dependent child special open enrollment period for Dependent children who are not currently enrolled under the Policy and who have not yet reached the limiting age. During this dependent child special open enrollment period, Subscribers who are adding a Dependent child and who have a choice of coverage options will be allowed to change options.

Coverage begins on the first day of the plan year beginning on or after September 23, 2010, if we receive the completed enrollment form and any required Premium within 31 days of the date the Dependent becomes eligible to enroll under this special open enrollment period.

**All references to Full-time Student status requirements are deleted. The definition of Dependent is replaced with the following:**

**Dependent** - the Subscriber's legal spouse or a child of the Subscriber or the Subscriber's spouse. The term child includes any of the following:

- A natural child.
- A stepchild.
- A legally adopted child.
- A child placed for adoption.
- A child for whom legal guardianship has been awarded to the Subscriber or the Subscriber's spouse.

To be eligible for coverage under the Policy, a Dependent must reside within the United States.

The definition of Dependent is subject to the following conditions and limitations:

- A Dependent includes any child listed above under 26 years of age.
- A Dependent includes an unmarried dependent child age 26 or older who is or becomes disabled and dependent upon the Subscriber.

The Subscriber must reimburse us for any Benefits that we pay for a child at a time when the child did not satisfy these conditions.

A Dependent also includes a child for whom health care coverage is required through a *Qualified Medical Child Support Order* or other court or administrative order. The Enrolling Group is responsible for determining if an order meets the criteria of a *Qualified Medical Child Support Order*.

A Dependent does not include anyone who is also enrolled as a Subscriber. No one can be a Dependent of more than one Subscriber.

## Fraud or Intentional Misrepresentation of a Material Fact

The provision for *Other Events Ending Your Coverage* in the *Certificate, Section 4: When Coverage Ends* is replaced with the following:

## Other Events Ending Your Coverage

When the following happens, we will provide written notice to the Subscriber that coverage has ended on the date we identify in the notice:

- **Fraud or Intentional Misrepresentation of a Material Fact**

  You committed an act, practice, or omission that constituted fraud, or an intentional misrepresentation of a material fact. Examples include false information relating to another person's eligibility or status as a Dependent.

  During the first two years the Policy is in effect, we have the right to demand that you pay back all Benefits we paid to you, or paid in your name, during the time you were incorrectly covered under the Policy. After the first two years, we can only demand that you pay back these Benefits if the written application contained a fraudulent misstatement.

## Claims and Appeals

Other changes provided for under the *PPACA* impact how claims and appeals are handled and are applicable to your plan:

- You have the right to appeal a rescission of coverage determination.
- If any new or additional evidence is relied upon or generated by us during the determination of an appeal we will provide it to you free of charge and sufficiently in advance of the due date of the response to the adverse benefit determination.
- With respect to any urgent request for Benefits you will receive the notice of benefit determination within 24 hours after we have received all necessary information.

## Other changes provided for under the *PPACA:*

*Other changes provided for under the PPACA* do not impact your plan because your plan already contains these provisions. These include:

- Direct access to OB/GYN care without a referral or authorization requirement.
- The ability to designate a pediatrician as a primary care physician (PCP) if your plan requires a PCP designation.
- The ability to designate any primary care physician (PCP) that is accepting new patients.
- Prior authorization is not required before you receive services in the emergency department of a Hospital.
- If you seek emergency care from non-Network providers in the emergency department of a Hospital your cost sharing obligations (Copayments/Coinsurance) will be the same as would be applied to care received from Network providers.

UnitedHealthcare Insurance Company

President

# Questions, Complaints and Appeals Amendment

# UnitedHealthcare Insurance Company

Because this Amendment reflects changes in requirements of Federal law, to the extent it may conflict with any Amendment issued to you previously, the provisions of this Amendment will govern.

As described in this Amendment, the Policy is modified by replacing *Section 6: Questions, Complaints and Appeals* of the *Certificate of Coverage* with the provision below.

# Section 6: Questions, Complaints and Appeals

To resolve a question, complaint, or appeal, just follow these steps:

## What to Do if You Have a Question

Contact *Customer Care* at the telephone number shown on your ID card. *Customer Care* representatives are available to take your call during regular business hours, Monday through Friday.

## What to Do if You Have a Complaint

If you are dissatisfied with our products, services benefits, operations or policies, you should contact our *Customer Care* Department at the telephone number or address shown on your ID card. The *Customer Care* representative will attempt to address your concern through informal discussion.

If the issue is not resolved through informal discussion, you may send a written complaint to the National Appeals Service Center at UnitedHealthcare Appeals, P.O. Box 30573, Salt Lake City, UT 84130-0573 who will notify you of the resolution of the complaint within 30 days following its receipt. If you are dissatisfied with the resolution of the complaint, you have 30 days following the receipt of the resolution to request reconsideration of that decision in writing. However, we may be required to keep some information to your complaint confidential. Our *Customer Care* representative will contact you.

## What to Do if You Want to Appeal a Claim Decision

### Post-service Claims

Post-service claims are those claims that are filed for payment of Benefits after medical care has been received.

### Pre-service Requests for Benefits

Pre-service requests for Benefits are those requests that require notification or benefit confirmation prior to receiving medical care.

## Appeal Process

If you disagree with either a pre-service request for Benefits determination, post-service claim determination or a rescission of coverage determination, you can contact us to formally request an appeal.

Your request for an appeal should include:

* The patient's name and the identification number from the ID card.
* The date(s) of medical service(s).
* The provider's name.
* The reason you believe the claim should be paid.
* Any documentation or other written information to support your request for claim payment.

A qualified individual who was not involved in the decision being appealed will be appointed to decide the appeal. If your appeal is related to clinical matters, the review will be done in consultation with a health care professional with appropriate expertise in the field, who was not involved in the prior determination. We may consult with, or seek the participation of, medical experts as part of the appeal resolution process. You consent to this referral and the sharing of pertinent medical claim information. Upon request and free of charge, you have the right to reasonable access to and copies of all documents, records and other information relevant to your claim for Benefits. In addition, if any new or additional evidence is relied upon or generated by us during the determination of the appeal, we will provide it to you free of charge and sufficiently in advance of the due date of the response to the adverse benefit determination.

If you are not satisfied with a decision we have made regarding a request for Benefits or payment of a claim for a health care service or supply, you may pursue the levels of review available to you through our appeals process. The *Health Care Insurer Appeals Process Packet*, attached to your Certificate, contains important information on how to appeal decisions we make. At any time during the process you may obtain copies of any supporting documentation, which may include medical records from your treating provider. If you have any questions regarding the appeals process, or need a replacement copy of the *Health Care Insurer Appeals Process Packet*, you should contact our *Customer Care* Department at the telephone number on the back of your identification card.

If you participate in the appeal process, you waive any privilege of confidentiality of your medical records regarding any person who examined or will examine your medical records in connection with the review process for the medical condition under review.

## Levels of Review

The following levels of review are available to you through the appeals process:

### Expedited Review Process:

This process is only available for the review of services that you have not yet received. Except as described in the first bullet below, this process is not available for review of denied pre-service requests for Benefits.

*   **Expedited Medical Review.** In cases of denied pre-service requests for Benefits where a Physician certifies that a delay in receiving the services will result in a significant negative impact to your medical condition, you or your representative may request an expedited medical review. We will resolve the request and notify your provider within one business day of when we receive the request and all supporting documentation.

*   **Expedited Appeal.** If you are not satisfied with the response at the expedited medical review level, you may request an expedited appeal, using the appropriate information listed at the end of this section. You or your treating provider must submit a written appeal to us and provide any additional justification or documentation supporting the request for services. We will make a determination regarding the request within three business days of the receipt of the expedited appeal request.

*   **Expedited External, Independent Review.** At any of the previous levels, we may escalate your request to the external, independent review level. If you are not satisfied with the outcome of a determination after any expedited appeal, you may also request an external, independent review. Your request must be submitted in writing within five business days of receipt of the expedited appeal determination. We will acknowledge the request within one business day of receipt of the request for an expedited external, independent review. Within that same business day, we will send the Arizona Department of Insurance copies of all relevant medical records, your Certificate and any supporting documentation used to make our decision.

    An external, independent review Physician will determine medical review issues, and the Arizona Department of Insurance will determine coverage issues. For medical review cases, the Arizona Department of Insurance will forward a copy of this material to the external, independent reviewer within two business days. The reviewer must notify the Department of Insurance of its decision within five business days. The Department of Insurance will notify the Covered Person of the outcome of the external, independent review within one business day. For coverage issues, the Arizona Department of Insurance has two business days to review the information we provided and to make its decision. The Department of Insurance will then notify the Covered Person, your provider and us of the decision.

## Standard Appeals Process:

- **Informal Reconsideration.** In the case of a denied pre-service request for services where an expedited medical review is not requested or necessary, you or your representative may request, within two years of the date of the denied request, an informal reconsideration of the denied request. We will acknowledge your request within five business days. We have 30 calendar days from our receipt of your request for an informal reconsideration to make a determination and notify you and your provider of our decision. You may also use the Informal Reconsideration process for a denied post-service claim for Benefits.

- **Formal Appeal.** In the case of a denied post-service claim for Benefits, or if you are not satisfied with the response at the informal reconsideration level, you may request a formal appeal using the appropriate information listed at the end of this section. You must submit a written request within 60 calendar days from the date of response to an informal reconsideration, or in the case of a denied post-service claim for Benefits, within two years of the initial denial of services. We will acknowledge the request for a formal appeal within five business days of our receipt of your request. In the case of a denied pre-service request for services, we will make a determination regarding the request within 30 calendar days, or in the case of a denied post-service request for Benefits, within 60 calendar days of our receipt of the request for a formal appeal.

- **External, Independent Review.** At any of the previous levels, we may escalate your request to the external, independent review level. If you are not satisfied with the outcome of a determination after a formal appeal, you may also request an external, independent review. External, independent review requests from the Covered Person must be submitted in writing within 60 calendar days of receipt of the formal appeal determination. We will acknowledge the request within five business days of receipt of the request for an external, independent review. Within that same business day, we will send the Arizona Department of Insurance copies of all relevant medical records, your Certificate and any supporting documentation used to make our decision.

  An external, independent review Physician will determine medical review issues, and the Arizona Department of Insurance will determine coverage issues. For medical review cases, the Arizona Department of Insurance will forward a copy of this material to the external, independent reviewer within five business days. The reviewer must notify the Department of Insurance of its decision within 21 calendar days. The Department of Insurance will notify the Covered Person of the outcome of the external, independent review within five business days. For coverage issues, the Arizona Department of Insurance has 15 business days to review the information provided and to make its decision. The Department of Insurance will then notify the Covered Person, your provider and us of the decision.

  If the Department of Insurance is unable to determine if the claim is covered, it may then send the appeal to an independent review organization. The review organization will have 21 calendar days to make a decision and notify the Department of Insurance, which will notify you of the decision within five business days. The external, independent reviewer's decision is legally binding on you and us, even if you or we disagree with the decision. Either you or we may go to court following the completion of the external, independent review based on an issue of medical necessity of a service. If you or we disagree with the Department of Insurance's decision dealing with an issue of coverage, either of us may request a hearing with the Office of Administrative Hearings. Hearings must be requested within 30 calendar days after receiving the coverage determination. Instructions for requesting a hearing will be sent along with the notice of the Department of Insurance's decision.

## Contact Person for Processing the Review

Our contact person who is responsible for processing the review is listed below. If you have any questions regarding the appeals process, or need a copy of the *Health Care Insurer Appeals Process Packet*, contact the *Customer Care* Department.

**Physical Health Issues**

UnitedHealthcare Appeals

UnitedHealthcare

P.O. Box 30573

Salt Lake City, UT 84130-0573

Telephone: 800-442-4119

Fax: 801-567-5498

**Mental Health Issues**
United Behavior Health Appeals Coordinator
UnitedHealthcare
1900 East Golf Road, Suite 300
Schaumburg, IL 60173
Telephone: 866-556-8166
Fax: 800-322-9104

UnitedHealthcare Insurance Company

President

APPEALSAMD.I.09.AZ                    4

# Outpatient Prescription Drug Rider

# UnitedHealthcare Insurance Company

This Rider to the Policy is issued to the Enrolling Group and provides Benefits for Prescription Drug Products.

Because this Rider is part of a legal document, we want to give you information about the document that will help you understand it. Certain capitalized words have special meanings. We have defined these words in the *Certificate of Coverage (Certificate)* in *Section 9: Defined Terms* and in this Rider in *Section 3: Defined Terms.*

When we use the words "we," "us," and "our" in this document, we are referring to UnitedHealthcare Insurance Company. When we use the words "you" and "your" we are referring to people who are Covered Persons, as the term is defined in the *Certificate* in *Section 9: Defined Terms.*

NOTE: The Coordination of Benefits provision in the *Certificate* in *Section 7: Coordination of Benefits* applies to Prescription Drug Products covered through this Rider. Benefits for Prescription Drug Products will be coordinated with those of any other health plan in the same manner as Benefits for Covered Health Services described in the *Certificate.*

UnitedHealthcare Insurance Company

President

# Introduction

## Coverage Policies and Guidelines

Our Prescription Drug List (PDL) Management Committee is authorized to make tier placement changes on our behalf. The PDL Management Committee makes the final classification of an FDA-approved Prescription Drug Product to a certain tier by considering a number of factors including, but not limited to, clinical and economic factors. Clinical factors may include, but are not limited to, evaluations of the place in therapy, relative safety or relative efficacy of the Prescription Drug Product, as well as whether certain supply limits or notification requirements should apply. Economic factors may include, but are not limited to, the Prescription Drug Product's acquisition cost including, but not limited to, available rebates and assessments on the cost effectiveness of the Prescription Drug Product.

Some Prescription Drug Products are more cost effective for specific indications as compared to others; therefore, a Prescription Drug Product may be listed on multiple tiers according to the indication for which the Prescription Drug Product was prescribed.

We may periodically change the placement of a Prescription Drug Product among the tiers. These changes generally will occur quarterly, but no more than six times per calendar year. These changes may occur without prior notice to you.

When considering a Prescription Drug Product for tier placement, the PDL Management Committee reviews clinical and economic factors regarding Covered Persons as a general population. Whether a particular Prescription Drug Product is appropriate for an individual Covered Person is a determination that is made by the Covered Person and the prescribing Physician.

NOTE: The tier status of a Prescription Drug Product may change periodically based on the process described above. As a result of such changes, you may be required to pay more or less for that Prescription Drug Product. Please access www.myuhc.com through the Internet or call *Customer Care* at the telephone number on your ID card for the most up-to-date tier status.

## Identification Card (ID Card) - Network Pharmacy

You must either show your ID card at the time you obtain your Prescription Drug Product at a Network Pharmacy or you must provide the Network Pharmacy with identifying information that can be verified by us during regular business hours.

If you don't show your ID card or provide verifiable information at a Network Pharmacy, you will be required to pay the Usual and Customary Charge for the Prescription Drug Product at the pharmacy.

You may seek reimbursement from us as described in the *Certificate* in *Section 5: How to File a Claim.* When you submit a claim on this basis, you may pay more because you failed to verify your eligibility when the Prescription Drug Product was dispensed. The amount you are reimbursed will be based on the Prescription Drug Cost, less the required Copayment and/or Coinsurance, and any deductible that applies.

Submit your claim to:

Medco Health Solutions, Inc.

P.O. Box 14711

Lexington, KY 40512

## Designated Pharmacies

If you require certain Prescription Drug Products, including, but not limited to, Specialty Prescription Drug Products, we may direct you to a Designated Pharmacy with whom we have an arrangement to provide those Prescription Drug Products.

If you are directed to a Designated Pharmacy and you choose not to obtain your Prescription Drug Product from a Designated Pharmacy, you will be subject to the non-Network Benefit for that Prescription Drug Product.

## Rebates and Other Payments

We may receive rebates for certain drugs included on the Prescription Drug List. We do not pass these rebates on to you, nor are they taken into account in determining your Copayments and/or Coinsurance.

We, and a number of our affiliated entities, conduct business with various pharmaceutical manufacturers separate and apart from this Prescription Drug Rider. Such business may include, but is not limited to, data collection, consulting, educational grants and research. Amounts received from pharmaceutical manufacturers pursuant to such arrangements are not related to this Prescription Drug Rider. We are not required to pass on to you, and do not pass on to you, such amounts.

## Coupons, Incentives and Other Communications

At various times, we may send mailings to you or to your Physician that communicate a variety of messages, including information about Prescription Drug Products. These mailings may contain coupons or offers from pharmaceutical manufacturers that enable you, at your discretion, to purchase the described drug product at a discount or to obtain it at no charge. Pharmaceutical manufacturers may pay for and/or provide the content for these mailings. Only your Physician can determine whether a change in your Prescription Order or Refill is appropriate for your medical condition.

## Special Programs

You may access information on these programs through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

# Outpatient Prescription Drug Rider Table of Contents

**Section 1: Benefits for Prescription Drug Products** ............................... 5
**Section 2: Exclusions** ............................................................................. 6
**Section 3: Defined Terms** ...................................................................... 8

# Section 1: Benefits for Prescription Drug Products

Benefits are available for Prescription Drug Products at either a Network Pharmacy or a non-Network Pharmacy and are subject to Copayments and/or Coinsurance or other payments that vary depending on which of the tiers of the Prescription Drug List the Prescription Drug Product is listed. Refer to the *Outpatient Prescription Drug Schedule of Benefits* for applicable Copayments and/or Coinsurance requirements.

Benefits for Prescription Drug Products are available when the Prescription Drug Product meets the definition of a Covered Health Service or is prescribed to prevent conception.

**Specialty Prescription Drug Products**

Benefits are provided for Specialty Prescription Drug Products.

If you require Specialty Prescription Drug Products, we may direct you to a Designated Pharmacy with whom we have an arrangement to provide those Specialty Prescription Drug Products.

If you are directed to a Designated Pharmacy and you choose not to obtain your Specialty Prescription Drug Product from a Designated Pharmacy, you will be subject to the non-Network Benefit for that Specialty Prescription Drug Product.

Please see *Section 3: Defined Terms* for a full description of Specialty Prescription Drug Product and Designated Pharmacy.

Refer to the *Outpatient Prescription Drug Schedule of Benefits* for details on Specialty Prescription Drug Product supply limits.

**Prescription Drugs from a Retail Network Pharmacy**

Benefits are provided for Prescription Drug Products dispensed by a retail Network Pharmacy.

Refer to the *Outpatient Prescription Drug Schedule of Benefits* for details on retail Network Pharmacy supply limits.

**Prescription Drugs from a Retail Non-Network Pharmacy**

Benefits are provided for Prescription Drug Products dispensed by a retail non-Network Pharmacy.

If the Prescription Drug Product is dispensed by a retail non-Network Pharmacy, you must pay for the Prescription Drug Product at the time it is dispensed and then file a claim for reimbursement with us, as described in *Section 5* of your *Certificate*. We will not reimburse you for the difference between the Predominant Reimbursement Rate and the non-Network Pharmacy's Usual and Customary Charge for that Prescription Drug Product. We will not reimburse you for any non-covered drug product.

In most cases, you will pay more if you obtain Prescription Drug Products from a non-Network Pharmacy.

Refer to the *Outpatient Prescription Drug Schedule of Benefits* for details on retail non-Network Pharmacy supply limits.

**Prescription Drug Products from a Mail Order Network Pharmacy**

Benefits are provided for certain Prescription Drug Products dispensed by a mail order Network Pharmacy.

Refer to the *Outpatient Prescription Drug Schedule of Benefits* for details on mail order Network Pharmacy supply limits.

Please access www.myuhc.com through the Internet or call *Customer Care* at the telephone number on your ID card to determine if Benefits are provided for your Prescription Drug Product and for information on how to obtain your Prescription Drug Product through a mail order Network Pharmacy.

# Section 2: Exclusions

Exclusions from coverage listed in the *Certificate* apply also to this Rider, except that any preexisting condition exclusion in the *Certificate* is not applicable to this Rider. In addition, the exclusions listed below apply.

1.  Coverage for Prescription Drug Products for the amount dispensed (days' supply or quantity limit) which exceeds the supply limit.

2.  Prescription Drug Products dispensed outside the United States, except as required for Emergency treatment.

3.  Drugs which are prescribed, dispensed or intended for use during an Inpatient Stay.

4.  Experimental or Investigational or Unproven Services and medications; medications used for experimental indications and/or dosage regimens determined by us to be experimental, investigational or unproven. This exclusion will not apply to drugs prescribed for the treatment of cancer if the drug has been recognized by the *Food and Drug Administration* as safe and effective for treatment of that specific type of cancer in one or more of the following acceptable standard medical reference compendia, or in medical literature listed below:

    *   The acceptable standard medical reference compendia are the following:

        *   The *American Hospital Formulary Service Drug Information*, a publication of the *American Society of Health System Pharmacists.*

        *   The *National Comprehensive Cancer Network Drugs and Biologics Compendium.*

        *   *Thomson Micromedex Compendium DRUGDEX.*

        *   *Elsevier Gold Standard's Clinical Pharmacology Compendium.*

        *   Other authoritative compendia as identified by the Secretary of the *United States Department of Health and Human Services.*

    *   Medical literature may be accepted if all of the following apply:

        *   At least two articles from major peer-reviewed professional medical journals have recognized, based on scientific or medical criteria, the drug's safety and effectiveness for treatment of the indication for which the drug has been prescribed.

        *   No article from a major peer-reviewed professional medical journal has concluded, based on scientific or medical criteria, that the drug is unsafe or ineffective or that the drug's safety and effectiveness cannot be determined for the treatment of the indication for which the drug has been prescribed.

        *   The literature meets the uniform requirements for manuscripts submitted to biomedical journals established by the *International Committee of Medical Journal Editors*, or is published in a journal specified by the *United States Department of Health and Human Services* as acceptable peer-reviewed medical literature, pursuant to Section 186(t)(2)(B) of the Social Security Act (42 United States Code section 1395x(t)(2)(B).

5.  Prescription Drug Products furnished by the local, state or federal government. Any Prescription Drug Product to the extent payment or benefits are provided or available from the local, state or federal government (for example, Medicare) whether or not payment or benefits are received, except as otherwise provided by law.

6.  Prescription Drug Products for any condition, Injury, Sickness or mental illness arising out of, or in the course of, employment for which benefits are available under any workers' compensation law or other similar laws, whether or not a claim for such benefits is made or payment or benefits are received.

7.  Any product dispensed for the purpose of appetite suppression or weight loss.

8.  A Pharmaceutical Product for which Benefits are provided in your *Certificate*. This exclusion does not apply to Depo Provera and other injectable drugs used for contraception.

9.  Durable Medical Equipment. Prescribed and non-prescribed outpatient supplies, other than the diabetic supplies and inhaler spacers specifically stated as covered.

10. General vitamins, except the following which require a Prescription Order or Refill: prenatal vitamins, vitamins with fluoride, and single entity vitamins.

11. Unit dose packaging of Prescription Drug Products.

12. Medications used for cosmetic purposes.

13. Prescription Drug Products, including New Prescription Drug Products or new dosage forms, that we determine do not meet the definition of a Covered Health Service.

14. Prescription Drug Products as a replacement for a previously dispensed Prescription Drug Product that was lost, stolen, broken or destroyed.

15. Prescription Drug Products when prescribed to treat Infertility.

16. Prescription Drug Products for smoking cessation.

17. Compounded drugs that do not contain at least one ingredient that has been approved by the *U.S. Food and Drug Administration (FDA)* and requires a Prescription Order or Refill. Compounded drugs that are available as a similar commercially available Prescription Drug Product. (Compounded drugs that contain at least one ingredient that requires a Prescription Order or Refill are assigned to Tier-3.)

18. Drugs available over-the-counter that do not require a Prescription Order or Refill by federal or state law before being dispensed, unless we have designated the over-the-counter medication as eligible for coverage as if it were a Prescription Drug Product and it is obtained with a Prescription Order or Refill from a Physician. Prescription Drug Products that are available in over-the-counter form or comprised of components that are available in over-the-counter form or equivalent. Certain Prescription Drug Products that we have determined are Therapeutically Equivalent to an over-the-counter drug. Such determinations may be made up to six times during a calendar year, and we may decide at any time to reinstate Benefits for a Prescription Drug Product that was previously excluded under this provision.

19. New Prescription Drug Products and/or new dosage forms until the date they are assigned to a tier by our PDL Management Committee.

20. Growth hormone for children with familial short stature (short stature based upon heredity and not caused by a diagnosed medical condition).

21. Any product for which the primary use is a source of nutrition, nutritional supplements, or dietary management of disease, even when used for the treatment of Sickness or Injury, except for Eosinophilic Gastrointestinal Disorder Formula or for Medical Foods prescribed for the treatment of Inherited Metabolic Disorder, as specified in *Section 3: Defined Terms* of this *Rider.*

22. A Prescription Drug Product that contains (an) active ingredient(s) available in and Therapeutically Equivalent to another covered Prescription Drug Product. Such determinations may be made up to six times during a calendar year, and we may decide at any time to reinstate Benefits for a Prescription Drug Product that was previously excluded under this provision.

23. A Prescription Drug Product that contains (an) active ingredient(s) which is (are) a modified version of and Therapeutically Equivalent to another covered Prescription Drug Product. Such determinations may be made up to six times during a calendar year, and we may decide at any time to reinstate Benefits for a Prescription Drug Product that was previously excluded under this provision.

# Section 3: Defined Terms

**Brand-name** - a Prescription Drug Product: (1) which is manufactured and marketed under a trademark or name by a specific drug manufacturer; or (2) that we identify as a Brand-name product, based on available data resources including, but not limited to, First DataBank, that classify drugs as either brand or generic based on a number of factors. You should know that all products identified as a "brand name" by the manufacturer, pharmacy, or your Physician may not be classified as Brand-name by us.

**Chemically Equivalent** - when Prescription Drug Products contain the same active ingredient.

**Designated Pharmacy** - a pharmacy that has entered into an agreement with us or with an organization contracting on our behalf, to provide specific Prescription Drug Products, including, but not limited to, Specialty Prescription Drug Products. The fact that a pharmacy is a Network Pharmacy does not mean that it is a Designated Pharmacy.

**Eosinophilic Gastrointestinal Disorder Formula** - amino acid-based formula used in the treatment of a Covered Person who has been diagnosed as having an eosinophilic gastrointestinal disorder, subject to the following conditions:

* The Covered Person must be under the continuous supervision of a Physician who is licensed under Title 32, Chapter 13 or 17 of the Arizona Revised Statutes or a registered nurse practitioner who is licensed under Title 32, Chapter 15 of the Arizona Revised Statutes.

* The formula must be prescribed or ordered by a Physician or a registered nurse practitioner.

* There must be a risk of mental or physical impairment to the Covered Person without the use of the formula.

**Generic** - a Prescription Drug Product: (1) that is Chemically Equivalent to a Brand-name drug; or (2) that we identify as a Generic product based on available data resources including, but not limited to, First DataBank, that classify drugs as either brand or generic based on a number of factors. You should know that all products identified as a "generic" by the manufacturer, pharmacy or your Physician may not be classified as a Generic by us.

**Inherited Metabolic Disorder** - a disease or disorder caused by an inherited abnormality or body chemistry, including a disease or disorder tested under the newborn screening program:

* Which involves amino acid, carbóhydrate and fat metabolism.

* For which medically standard methods of diagnosis, treatment, and monitoring exist.

* Which requires specially processed or treated Medical Foods that are generally available only under the supervision and direction of a Physician or a registered nurse practitioner with special training in the diagnosis and treatment of patients with genetic inborn errors of metabolism and that must be consumed throughout life and without which the person may suffer serious mental or physical impairment.

**Maximum Allowable Cost (MAC) List** - a list of Generic Prescription Drug Products that will be covered at a price level that we establish. This list is subject to our periodic review and modification.

**Medical Foods** - modified nutritional substances in any form that are all of the following:

* Used in the treatment of Inherited Metabolic Disorders to compensate for the metabolic abnormality and to maintain adequate nutritional status.

* Formulated to be consumed or administered enterally under the supervision of a Physician or a registered nurse practitioner.

* Specifically processed or formulated to be deficient in one or more nutrients present in typical foodstuffs. This does not include a natural food or food product that is naturally low in protein.

* Intended for the medical and nutritional management of patients who have limited capacity to metabolize ordinary foodstuffs or certain nutrients contained in ordinary foodstuffs or who have other specific nutrient requirements as established by medical evaluation.

* Essential to optimize growth, health, and metabolic homeostasis.

**Network Pharmacy** - a pharmacy that has:

* Entered into an agreement with us or an organization contracting on our behalf to provide Prescription Drug Products to Covered Persons.

- Agreed to accept specified reimbursement rates for dispensing Prescription Drug Products.
- Been designated by us as a Network Pharmacy.

**New Prescription Drug Product** - a Prescription Drug Product or new dosage form of a previously approved Prescription Drug Product, for the period of time starting on the date the Prescription Drug Product or new dosage form is approved by the *U.S. Food and Drug Administration (FDA)* and ending on the earlier of the following dates:

- The date it is assigned to a tier by our PDL Management Committee.
- December 31st of the following calendar year.

**Predominant Reimbursement Rate** - the amount we will pay to reimburse you for a Prescription Drug Product that is dispensed at a non-Network Pharmacy. The Predominant Reimbursement Rate for a particular Prescription Drug Product dispensed at a non-Network Pharmacy includes a dispensing fee and any applicable sales tax. We calculate the Predominant Reimbursement Rate using our Prescription Drug Cost that applies for that particular Prescription Drug Product at most Network Pharmacies.

**Prescription Drug Cost** - the rate we have agreed to pay our Network Pharmacies, including a dispensing fee and any applicable sales tax, for a Prescription Drug Product dispensed at a Network Pharmacy.

**Prescription Drug List** - a list that categorizes into tiers medications, products or devices that have been approved by the *U.S. Food and Drug Administration (FDA)*. This list is subject to our periodic review and modification (generally quarterly, but no more than six times per calendar year). You may determine to which tier a particular Prescription Drug Product has been assigned through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

**Prescription Drug List (PDL) Management Committee** - the committee that we designate for, among other responsibilities, classifying Prescription Drug Products into specific tiers.

**Prescription Drug Product** - a medication, product or device that has been approved by the *U.S. Food and Drug Administration (FDA)* and that can, under federal or state law, be dispensed only pursuant to a Prescription Order or Refill. A Prescription Drug Product includes a medication that, due to its characteristics, is appropriate for self-administration or administration by a non-skilled caregiver. For the purpose of Benefits under the Policy, this definition includes:

- Inhalers (with spacers).
- Insulin.
- The following diabetic supplies:
    - blood glucose monitors;
    - blood glucose monitors for the legally blind;
    - test strips for glucose monitors and visual reading and urine testing strips;
    - insulin preparations and glucagon;
    - insulin cartridges;
    - drawing up devices and monitors for the visually impaired;
    - injection aids;
    - insulin cartridges for the legally blind;
    - syringes and lancets, including automatic lancing devices;
    - prescribed oral agents for controlling blood sugar; and
    - any other device, medication, equipment or supply for which coverage is required under Medicare on or after January 1, 1999.

**Prescription Order or Refill** - the directive to dispense a Prescription Drug Product issued by a duly licensed health care provider whose scope of practice permits issuing such a directive.

**Specialty Prescription Drug Product** - Prescription Drug Products that are generally high cost, self-administered biotechnology drugs used to treat patients with certain illnesses. You may access a complete list of Specialty

Prescription Drug Products through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

**Therapeutically Equivalent** - when Prescription Drug Products can be expected to produce essentially the same therapeutic outcome and toxicity.

**Usual and Customary Charge** - the usual fee that a pharmacy charges individuals for a Prescription Drug Product without reference to reimbursement to the pharmacy by third parties. The Usual and Customary Charge includes a dispensing fee and any applicable sales tax.

# Outpatient Prescription Drug

# UnitedHealthcare Insurance Company

## Schedule of Benefits

### Benefits for Prescription Drug Products

Benefits are available for Prescription Drug Products at either a Network Pharmacy or a non-Network Pharmacy and are subject to Copayments and/or Coinsurance' or other payments that vary depending on which of the tiers of the Prescription Drug List the Prescription Drug Product is listed.

Benefits for Prescription Drug Products are available when the Prescription Drug Product meets the definition of a Covered Health Service or is prescribed to prevent conception.

### If a Brand-name Drug Becomes Available as a Generic

If a Generic becomes available for a Brand-name Prescription Drug Product, the tier placement of the Brand-name Prescription Drug Product may change, and therefore your Copayment and/or Coinsurance may change. You will pay the Copayment and/or Coinsurance applicable for the tier to which the Prescription Drug Product is assigned.

### Supply Limits

Benefits for Prescription Drug Products are subject to the supply limits that are stated in the "Description and Supply Limits" column of the Benefit Information table. For a single Copayment and/or Coinsurance, you may receive a Prescription Drug Product up to the stated supply limit.

Note: Some products are subject to additional supply limits based on criteria that we have developed, subject to our periodic review and modification. The limit may restrict the amount dispensed per Prescription Order or Refill and/or the amount dispensed per month's supply.

You may determine whether a Prescription Drug Product has been assigned a supply limit for dispensing through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

### Notification Requirements

Before certain Prescription Drug Products are dispensed to you, either your Physician, your pharmacist or you are required to notify us or our designee. The reason for notifying us is to determine whether the Prescription Drug Product, in accordance with our approved guidelines, is each of the following:

- It meets the definition of a Covered Health Service.
- It is not an Experimental or Investigational or Unproven Service.

**Network Pharmacy Notification**

When Prescription Drug Products are dispensed at a Network Pharmacy, the prescribing provider, the pharmacist, or you are responsible for notifying us.

**Non-Network Pharmacy Notification**

When Prescription Drug Products are dispensed at a non-Network Pharmacy, you or your Physician are responsible for notifying us as required.

If we are not notified before the Prescription Drug Product is dispensed, you may pay more for that Prescription Order or Refill. The Prescription Drug Products requiring notification are subject to our periodic review and modification. You may determine whether a particular Prescription Drug Product requires notification through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

If we are not notified before the Prescription Drug Product is dispensed, you can ask us to consider reimbursement after you receive the Prescription Drug Product. You will be required to pay for the Prescription Drug Product at the pharmacy. Our contracted pharmacy reimbursement rates (our Prescription Drug Cost) will not be available to you at a non-Network Pharmacy. You may seek reimbursement from us as described in the *Certificate of Coverage (Certificate)* in *Section 5: How to File a Claim.*

When you submit a claim on this basis, you may pay more because you did not notify us before the Prescription Drug Product was dispensed. The amount you are reimbursed will be based on the Prescription Drug Cost (for Prescription Drug Products from a Network Pharmacy) or the Predominant Reimbursement Rate (for Prescription Drug Products from a non-Network Pharmacy), less the required Copayment and/or Coinsurance and any deductible that applies.

Benefits may not be available for the Prescription Drug Product after we review the documentation provided and we determine that the Prescription Drug Product is not a Covered Health Service or it is an Experimental or Investigational or Unproven Service.

## Step Therapy

Certain Prescription Drug Products for which Benefits are described under this Prescription Drug Rider or Pharmaceutical Products for which Benefits are described in your *Certificate* are subject to step therapy requirements. This means that in order to receive Benefits for such Prescription Drug Products or Pharmaceutical Products you are required to use a different Prescription Drug Product(s) or Pharmaceutical Product(s) first.

You may determine whether a particular Prescription Drug Product or Pharmaceutical Product is subject to step therapy requirements through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

## What You Must Pay

You are responsible for paying the Annual Deductible stated in the *Schedule of Benefits* which is attached to your *Certificate* before Benefits for Prescription Drug Products under this Rider are available to you.

You are responsible for paying the applicable Copayment and/or Coinsurance described in the Benefit Information table.

The amount you pay for any of the following under this Rider will not be included in calculating any Out-of-Pocket Maximum stated in your *Certificate:*

- Any non-covered drug product. You are responsible for paying 100% of the cost (the amount the pharmacy charges you) for any non-covered drug product and our contracted rates (our Prescription Drug Cost) will not be available to you.

## Payment Information

The Eosinophilic Gastrointestinal Disorder Formula Annual Maximum Drug Benefit is calculated on a calendar year basis.

The Medical Foods Annual Maximum Drug Benefit is calculated on a calendar year basis.

| Payment Term And Description | Amounts |
|---|---|
| **Eosinophilic Gastrointestinal Disorder Formula Annual Maximum Benefit** | |
| The maximum amount we will pay for covered Prescription Drug Products for the treatment of eosinophilic gastrointestinal disorders during a year. | $20,000 for Prescription Drug Products for the treatment of eosinophilic gastrointestinal disorders per Covered Person. |
| **Medical Foods Annual Maximum Benefit** | |
| The maximum amount we will pay for covered Prescription Drug Products for the treatment of Inherited Metabolic Disorder during a year. | $5,000 for Prescription Drug Products for the treatment of Inherited Metabolic Disorder per Covered Person. |
| **Copayment and Coinsurance** | |
| *Copayment*<br>Copayment for a Prescription Drug Product at a Network or non-Network Pharmacy is a specific dollar amount.<br><br>*Coinsurance*<br>Coinsurance for a Prescription Drug Product at a Network Pharmacy is a percentage of the Prescription Drug Cost.<br><br>Coinsurance for a Prescription Drug Product at a non-Network Pharmacy is a percentage of the Predominant Reimbursement Rate.<br><br>*Copayment and Coinsurance*<br>Your Copayment and/or Coinsurance is determined by the tier to which the Prescription Drug List (PDL) Management Committee has assigned a Prescription Drug Product.<br><br>NOTE: The tier status of a Prescription Drug Product can change periodically, generally quarterly but no more than six times per calendar year, based on the Prescription Drug List (PDL) Management Committee's periodic tiering decisions. When that occurs, you may pay more or less for a Prescription Drug Product, depending on its tier assignment. Please | For Prescription Drug Products at a retail Network Pharmacy, you are responsible for paying the lower of:<br><br>•  The applicable Copayment and/or Coinsurance or<br><br>•  The Network Pharmacy's Usual and Customary Charge for the Prescription Drug Product.<br><br>For Prescription Drug Products from a mail order Network Pharmacy, you are responsible for paying the lower of:<br><br>•  The applicable Copayment and/or Coinsurance or<br><br>•  The Prescription Drug Cost for that Prescription Drug Product.<br><br>See the Copayments and/or Coinsurance stated in the Benefit Information table for amounts. |

| Payment Term And Description | Amounts |
|---|---|
| access www.myuhc.com through the Internet or call *Customer Care* at the telephone number on your ID card for the most up-to-date tier status. | |

## Benefit Information

| Description and Supply Limits | Benefit (The Amount We Pay) |
|---|---|
| **Specialty Prescription Drug Products** | |
| The following supply limits apply.<br><br>• As written by the provider, up to a consecutive 31-day supply of a Specialty Prescription Drug Product, unless adjusted based on the drug manufacturer's packaging size, or based on supply limits.<br><br>When a Specialty Prescription Drug Product is packaged or designed to deliver in a manner that provides more than a consecutive 31-day supply, the Copayment and/or Coinsurance that applies will reflect the number of days dispensed.<br><br>Supply limits apply to Specialty Prescription Drug Products obtained at a Network Pharmacy, a non-Network Pharmacy, a mail order Network Pharmacy or a Designated Pharmacy. | Your Copayment and/or Coinsurance is determined by the tier to which the Prescription Drug List (PDL) Management Committee has assigned the Specialty Prescription Drug Product. All Specialty Prescription Drug Products on the Prescription Drug List are assigned to Tier-1, Tier-2, or Tier-3. Please access www.myuhc.com through the Internet or call *Customer Care* at the telephone number on your ID card to determine tier status.<br><br>**Network Pharmacy**<br><br>For a Tier-1 Specialty Prescription Drug Product: 100% of the Prescription Drug Cost after you pay a Copayment of $10 per Prescription Order or Refill.<br><br>For a Tier-2 Specialty Prescription Drug Product: 100% of the Prescription Drug Cost after you pay a Copayment of $35 per Prescription Order or Refill.<br><br>For a Tier-3 Specialty Prescription Drug Product: 100% of the Prescription Drug Cost after you pay a Copayment of $60 per Prescription Order or Refill.<br><br>**Non-Network Pharmacy**<br><br>For a Tier-1 Specialty Prescription Drug Product: 100% of the Predominant Reimbursement Rate after you pay a Copayment of $10 per Prescription Order or Refill.<br><br>For a Tier-2 Specialty Prescription Drug Product: 100% of the Predominant Reimbursement Rate after you pay a Copayment of $35 per Prescription Order or Refill.<br><br>For a Tier-3 Specialty Prescription Drug Product: 100% of the Predominant Reimbursement Rate after you pay a Copayment of $60 per Prescription Order or Refill. |
| **Prescription Drugs from a Retail Network Pharmacy** | |
| The following supply limits apply:<br><br>• As written by the provider, up to a consecutive 31-day supply of a Prescription Drug Product, unless adjusted based on the drug manufacturer's packaging size, or based on supply limits.<br><br>• A one-cycle supply of a contraceptive. You may obtain up to three cycles at one time if you pay a Copayment and/or Coinsurance for each cycle supplied. | Your Copayment and/or Coinsurance is determined by the tier to which the *Prescription Drug List (PDL) Management Committee* has assigned the Prescription Drug Product. All Prescription Drug Products on the Prescription Drug List are assigned to Tier-1, Tier-2, or Tier-3. Please access www.myuhc.com through the Internet or call *Customer Care* at the telephone number on your ID card to determine tier status.<br><br>For a Tier-1 Prescription Drug Product: 100% of the Prescription Drug Cost after you pay a Copayment of $10 per Prescription Order or Refill.<br><br>For a Tier-2 Prescription Drug Product: 100% of the Prescription Drug Cost after you pay a Copayment of $35 per Prescription |

| Description and Supply Limits | Benefit (The Amount We Pay) |
|---|---|
| When a Prescription Drug Product is packaged or designed to deliver in a manner that provides more than a consecutive 31-day supply, the Copayment and/or Coinsurance that applies will reflect the number of days dispensed. | Order or Refill. For a Tier-3 Prescription Drug Product: 100% of the Prescription Drug Cost after you pay a Copayment of $60 per Prescription Order or Refill. |
| **Prescription Drugs from a Retail Non-Network Pharmacy** | |
| The following supply limits apply:<br><br>• As written by the provider, up to a consecutive 31-day supply of a Prescription Drug Product, unless adjusted based on the drug manufacturer's packaging size, or based on supply limits.<br><br>• A one-cycle supply of a contraceptive. You may obtain up to three cycles at one time if you pay a Copayment and/or Coinsurance for each cycle supplied.<br><br>When a Prescription Drug Product is packaged or designed to deliver in a manner that provides more than a consecutive 31-day supply, the Copayment and/or Coinsurance that applies will reflect the number of days dispensed. | Your Copayment and/or Coinsurance is determined by the tier to which the Prescription Drug List (PDL) Management Committee has assigned the Prescription Drug Product. All Prescription Drug Products on the Prescription Drug List are assigned to Tier-1, Tier-2, or Tier-3. Please access www.myuhc.com through the Internet or call *Customer Care* at the telephone number on your ID card to determine tier status.<br><br>For a Tier-1 Prescription Drug Product: 100% of the Predominant Reimbursement Rate after you pay a Copayment of $10 per Prescription Order or Refill.<br><br>For a Tier-2 Prescription Drug Product: 100% of the Predominant Reimbursement Rate after you pay a Copayment of $35 per Prescription Order or Refill.<br><br>For a Tier-3 Prescription Drug Product: 100% of the Predominant Reimbursement Rate after you pay a Copayment of $60 per Prescription Order or Refill. |
| **Prescription Drug Products from a Mail Order Network Pharmacy** | |
| The following supply limits apply:<br><br>• As written by the provider, up to a consecutive 90-day supply of a Prescription Drug Product, unless adjusted based on the drug manufacturer's packaging size, or based on supply limits. These supply limits do not apply to Specialty Prescription Drug Products. Specialty Prescription Drug Products from a mail order Network Pharmacy are subject to the supply limits stated above under the heading *Specialty Prescription Drug Products*.<br><br>To maximize your Benefit, ask your Physician to write your Prescription Order or Refill for a 90-day supply, with refills when appropriate. You will be charged a mail order Copayment and/or Coinsurance | Your Copayment and/or Coinsurance is determined by the tier to which the Prescription Drug List (PDL) Management Committee has assigned the Prescription Drug Product. All Prescription Drug Products on the Prescription Drug List are assigned to Tier-1, Tier-2, or Tier-3. Please access www.myuhc.com through the Internet or call *Customer Care* at the telephone number on your ID card to determine tier status.<br><br>For up to a 90-day supply, we pay:<br><br>For a Tier-1 Prescription Drug Product: 100% of the Prescription Drug Cost after you pay a Copayment of $25 per Prescription Order or Refill.<br><br>For a Tier-2 Prescription Drug Product: 100% of the Prescription Drug Cost after you pay a Copayment of $87.50 per Prescription Order or Refill.<br><br>For a Tier-3 Prescription Drug Product: 100% of the Prescription Drug Cost after you pay a Copayment of $150 per Prescription Order or Refill. |

| Description and Supply Limits | Benefit (The Amount We Pay) |
|---|---|
| for any Prescription Orders or Refills sent to the mail order pharmacy regardless of the number-of-days' supply written on the Prescription Order or Refill. Be sure your Physician writes your Prescription Order or Refill for a 90-day supply, not a 30-day supply with three refills. | |

## Important Notices under the Patient Protection and Affordable Care Act (PPACA)

**IMPORTANT NOTICE:** If you have a dependent child whose coverage ended or who was denied coverage (or was not eligible for coverage) because dependent coverage of children was not available up to age 26, you may have the right to enroll that dependent under a special dependent child enrollment period. This right applies as of the first day of the first plan year beginning on or after September 23, 2010 and your employer (or enrolling group) must provide you with at least a 30 day enrollment period. If you are adding a dependent child during this special enrollment period and have a choice of coverage options under the plan, you will be allowed to change options. This child special open enrollment may coincide with your annual open enrollment, if you have one. Please contact your employer or group plan administrator for more information.

**IMPORTANT NOTICE:** If coverage or benefits for you or a dependent ended due to reaching a lifetime limit, be advised that a lifetime limit on the dollar value of benefits no longer applies. If you are covered under the plan, you are once again eligible for benefits. Additionally, if you are not enrolled in the plan, but are still eligible for coverage, then you will have a 30 day opportunity to request enrollment. This 30 day enrollment opportunity will begin no later than the first day of the first plan year beginning on or after September 23, 2010. This 30 day enrollment period may coincide with your annual open enrollment, if you have one. Please contact your employer or group health plan administrator for more information.

## Changes in Federal Law that Impact Benefits

There are changes in Federal law which may impact coverage and Benefits stated in the *Certificate of Coverage (Certificate)* and *Schedule of Benefits*. A summary of those changes and the dates the changes are effective appear below.

### Patient Protection and Affordable Care Act (PPACA)

Effective for policies that are new or renewing on or after September 23, 2010, the requirements listed below apply.

- Lifetime limits on the dollar amount of essential benefits available to you under the terms of your plan are no longer permitted. In addition, any annual dollar limit applicable to the essential benefits listed below is no longer applicable. Essential benefits include the following:

  Ambulatory patient services; emergency services, hospitalization; maternity and newborn care, mental health and substance use disorder services (including behavioral health treatment); prescription drugs; rehabilitative and habilitative services and devices; laboratory services; preventive and wellness services and chronic disease management; and pediatric services, including oral and vision care.

- On or before the first day of the first plan year beginning on or after September 23, 2010, the enrolling group will provide a 30 day enrollment period for those individuals who are still eligible under the plan's eligibility terms but whose coverage ended by reason of reaching a lifetime limit on the dollar value of all benefits.

- Any pre-existing condition exclusions (including denial of benefits or coverage) will not apply to covered persons under the age of 19.

- Coverage for enrolled dependent children is no longer conditioned upon full-time student status or other dependency requirements and will remain in place until the child's 26th birthday.

  On or before the first day of the first plan year beginning on or after September 23, 2010, the enrolling group will provide a 30 day dependent child special open enrollment period for dependent children who are not currently enrolled under the policy and who have not yet reached age 26. During this dependent child special open enrollment period, subscribers who are adding a dependent child and who have a choice of coverage options will be allowed to change options.

- If your plan includes coverage for enrolled dependent children beyond the age of 26, which is conditioned upon full-time student status, the following applies:

  Coverage for enrolled dependent children who are required to maintain full-time student status in order to continue eligibility under the policy is subject to the statute known as *Michelle's Law*. This law amends *ERISA, the Public Health Service Act,* and the *Internal Revenue Code* and requires group health plans, which provide coverage for dependent children who are post-secondary school students, to continue such coverage if the student loses the required student status because he or she must take a medically necessary leave of absence from studies due to a serious illness or injury.

- In-network benefits for preventive care services described below will be paid at 100%, and not subject to any deductible, coinsurance or copayment. If you have pharmacy benefit coverage, your plan may also be required to cover preventive care medications that are obtained at a network pharmacy at 100%, and not subject to any deductible, coinsurance or copayment, as required by applicable law under any of the following:

  - Evidence-based items or services that have in effect a rating of "A" or "B" in the current recommendations of the *United States Preventive Services Task Force.*

  - Immunizations that have in effect a recommendation from the *Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention.*

  - With respect to infants, children and adolescents, evidence-informed preventive care and screenings provided for in the comprehensive guidelines supported by the *Health Resources and Services Administration.*

  - With respect to women, such additional preventive care and screenings as provided for in comprehensive guidelines supported by the *Health Resources and Services Administration.*

- Retroactive rescission of coverage under the policy is permitted, with 30 days advance written notice, only in the following two circumstances:
  - The individual performs an act, practice or omission that constitutes fraud.
  - The individual makes an intentional misrepresentation of a material fact.
- Other changes provided for under the *PPACA* do not impact your plan because your plan already contains these benefits. These include:
  - Direct access to OB/GYN care without a referral or authorization requirement.
  - The ability to designate a pediatrician as a primary care physician (PCP) if your plan requires a PCP designation.
  - Prior authorization is not required before you receive services in the emergency department of a hospital.

    If you seek emergency care from out-of-network providers in the emergency department of a hospital your cost sharing obligations (copayments/coinsurance) will be the same as would be applied to care received from in-network providers.

## Some Important Information About Appeal and External Review Rights Under PPACA

If you are enrolled in a non-grandfathered plan with an effective date or plan year anniversary on or after September 23, 2010, the *Patient Protection and Affordable Care Act of 2010 (PPACA)*, as amended, sets forth new and additional internal appeal and external review rights beyond those that some plans may have previously offered. Also, certain grandfathered plans are complying with the additional internal appeal and external review rights provisions on a voluntary basis. Please refer to your benefit plan documents, including amendments and notices, or speak with your employer or UnitedHealthcare for more information on the appeal rights available to you. (Also, please refer to the *Claims and Appeal Notice* section of this document.)

**What if I receive a denial, and need help understanding it?** Please call UnitedHealthcare at the number listed on the back of your health plan ID card.

**What if I don't agree with the denial?** You have a right to appeal any decision to not pay for an item or service.

**How do I file an appeal?** The initial denial letter or *Explanation of Benefits* that you receive from UnitedHealthcare will give you the information and the timeframe to file an appeal.

**What if my situation is urgent?** If your situation is urgent, your review will be conducted as quickly as possible. If you believe your situation is urgent, you may request an expedited review, and, if applicable, file an external review at the same time. For help call UnitedHealthcare at the number listed on the back of your health plan ID card.

Generally, an urgent situation is when your health may be in serious jeopardy. Or when, in the opinion of your doctor, you may be experiencing severe pain that cannot be adequately controlled while you wait for a decision on your appeal.

**Who may file an appeal?** Any member or someone that member names to act as an authorized representative may file an appeal. For help call UnitedHealthcare at the number listed on the back of your health plan ID card.

**Can I provide additional information about my claim?** Yes, you may give us additional information supporting your claim. Send the information to the address provided in the initial denial letter or *Explanation of Benefits*.

**Can I request copies of information relating to my claim?** Yes. There is no cost to you for these copies. Send your request to the address provided in the initial denial letter or *Explanation of Benefits*.

**What happens if I don't agree with the outcome of my appeal?** If you appeal, we will review our decision. We will also send you our written decision within the time allowed. If you do not agree with the decision, you may be able to request an external review of your claim by an independent third party. They will review the denial and issue a final decision.

**If I need additional help, what should I do?** For questions on your appeal rights, you may call UnitedHealthcare at the number listed on the back of your health plan ID card. You may also contact the support groups listed below.

**Are verbal translation services available to me during an appeal?** Yes. Contact UnitedHealthcare at the number listed on the back of your health plan ID card. Ask for verbal translation services for your questions.

**Is there other help available to me?** For questions about appeal rights, an unfavorable benefit decision, or for help, you may also contact the *Employee Benefits Security Administration* at 1-866-444-EBSA (3272). Your state consumer assistance program may also be able to help you.

For information on appeals and other *PPACA* regulations, visit www.healthcare.gov.

## Mental Health/Substance Use Disorder Parity

Effective for Policies that are new or renewing on or after July 1, 2010, Benefits are subject to final regulations supporting the *Mental Health Parity and Addiction Equity Act of 2008 (MHPAEA)*. Benefits for mental health conditions and substance use disorder conditions that are Covered Health Services under the Policy must be treated in the same manner and provided at the same level as Covered Health Services for the treatment of other Sickness or Injury.

*MHPAEA* requires that the financial requirements for coinsurance and copayments for mental health and substance use disorder conditions must be no more restrictive than those coinsurance and copayment requirements for substantially all medical/surgical benefits. *MHPAEA* requires specific testing to be applied to classifications of benefits to determine the impact of these financial requirements on mental health and substance use disorder benefits. Based upon the results of that testing, it is possible that coinsurance or copayments that apply to mental health conditions and substance use disorder conditions in your benefit plan may be reduced.

Changes that result from this requirement affect both prior authorization requirements and excluded services listed in your *Certificate* as described below.

Exclusions listed in your *Certificate* for mental health conditions, neurobiological disorders (autism spectrum disorders) and substance use disorders that were specific to these conditions, but that were not applicable to other Sickness or medical conditions, no longer apply.

Prior authorization requirements no longer apply to mental health conditions, neurobiological disorders (autism spectrum disorders) and substance use disorders. Instead, these services will be subject to the pre-service notification requirements that apply to other Covered Health Services described in the *Schedule of Benefits* attached to your *Certificate*.

When Benefits are provided for any of the following services, you must provide pre-service notification as described below. If you fail to notify us as required, Benefits will be reduced in the same manner and at the same level as Covered Health Services for the treatment of other Sickness or Injury. You are not required to provide pre-service notification when you seek these services from Network providers. Network providers are responsible for notifying us before they provide these services to you.

- Mental Health Services - inpatient services (including partial hospitalization/day treatment and residential treatment); intensive outpatient program treatment; outpatient electro-convulsive treatment; psychological testing; extended outpatient treatment visits beyond 45 - 50 minutes in duration, with or without medication management; outpatient treatment provided in your home.
- Neurobiological Disorders - Autism Spectrum Disorder services - inpatient services (including partial hospitalization/day treatment and residential treatment); intensive outpatient program treatment; psychological testing; extended outpatient treatment visits beyond 45 - 50 minutes in duration, with or without medication management; outpatient treatment provided in your home. If Benefits are provided for Applied Behavioral Analysis (ABA), pre-service notification is required.
- Substance Use Disorder Services - inpatient services (including partial hospitalization/day treatment and residential treatment); intensive outpatient program treatment; psychological testing; outpatient treatment of opioid dependence; extended outpatient treatment visits beyond 45 - 50 minutes in duration, with or without medication management; outpatient treatment provided in your home.

For a scheduled admission, you must notify us five business days before admission, or as soon as is reasonably possible for non-scheduled admissions (including Emergency admissions).

In addition, you must notify us before the following services are received:

- Intensive outpatient program treatment.
- Outpatient electro-convulsive treatment.

IV

- **Psychological testing.**
- **Outpatient treatment of opioid dependence.**
- **Extended outpatient treatment visits beyond 45 - 50 minutes in duration, with or without medication management.**
- **Outpatient treatment provided in your home.**

## Women's Health and Cancer Rights Act of 1998

As required by the *Women's Health and Cancer Rights Act of 1998*, Benefits under the Policy are provided for mastectomy, including reconstruction and surgery to achieve symmetry between the breasts, prostheses, and complications resulting from a mastectomy (including lymphedema).

If you are receiving Benefits in connection with a mastectomy, Benefits are also provided for the following Covered Health Services, as you determine appropriate with your attending Physician:

- All stages of reconstruction of the breast on which the mastectomy was performed;
- Surgery and reconstruction of the other breast to produce a symmetrical appearance; and
- Prostheses and treatment of physical complications of the mastectomy, including lymphedema.

The amount you must pay for such Covered Health Services (including Copayments, Coinsurance and any Annual Deductible) are the same as are required for any other Covered Health Service. Limitations on Benefits are the same as for any other Covered Health Service.

## Statement of Rights under the Newborns' and Mothers' Health Protection Act

Under Federal law, group health plans and health insurance issuers offering group health insurance coverage generally may not restrict Benefits for any Hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a delivery by cesarean section. However, the plan or issuer may pay for a shorter stay if the attending provider (e.g. your Physician, nurse midwife, or physician assistant), after consultation with the mother, discharges the mother or newborn earlier.

Also, under Federal law, plans and issuers may not set the level of Benefits or out-of-pocket costs so that any later portion of the 48-hour (or 96-hour) stay is treated in a manner less favorable to the mother or newborn than any earlier portion of the stay.

In addition, a plan or issuer may not, under Federal law, require that a Physician or other health care provider obtain authorization for prescribing a length of stay of up to 48 hours (or 96 hours). However, to use certain providers or facilities, or to reduce your out-of-pocket costs, you may be required to obtain precertification. For information on precertification, contact your issuer.

## Claims and Appeal Notice

*This Notice is provided to you in order to describe our responsibilities under Federal law for making benefit determinations and your right to appeal adverse benefit determinations. To the extent that state law provides you with more generous timelines or opportunities for appeal, those rights also apply to you. Please refer to your benefit documents for information about your rights under state law.*

### Benefit Determinations

#### Post-service Claims

Post-service claims are those claims that are filed for payment of Benefits after medical care has been received. If your post-service claim is denied, you will receive a written notice from us within 30 days of receipt of the claim, as long as all needed information was provided with the claim. We will notify you within this 30 day period if additional information is needed to process the claim, and may request a one time extension not longer than 15 days and pend your claim until all information is received.

Once notified of the extension, you then have 45 days to provide this information. If all of the needed information is received within the 45-day time frame, and the claim is denied, we will notify you of the denial within 15 days after the information is received. If you don't provide the needed information within the 45-day period, your claim will be denied.

A denial notice will explain the reason for denial, refer to the part of the plan on which the denial is based, and provide the claim appeal procedures.

If you have prescription drug Benefits and are asked to pay the full cost of a prescription when you fill it at a retail or mail-order pharmacy, and if you believe that it should have been paid under the Policy, you may submit a claim for reimbursement in accordance with the applicable claim filing procedures. If you pay a Copayment and believe that the amount of the Copayment was incorrect, you also may submit a claim for reimbursement in accordance with the applicable claim filing procedures. When you have filed a claim, your claim will be treated under the same procedures for post-service group health plan claims as described in this section.

#### Pre-service Requests for Benefits

Pre-service requests for Benefits are those requests that require notification or approval prior to receiving medical care. If you have a pre-service request for Benefits, and it was submitted properly with all needed information, you will receive written notice of the decision from us within 15 days of receipt of the request. If you filed a pre-service request for Benefits improperly, we will notify you of the improper filing and how to correct it within five days after the pre-service request for Benefits was received. If additional information is needed to process the pre-service request, we will notify you of the information needed within 15 days after it was received, and may request a one time extension not longer than 15 days and pend your request until all information is received. Once notified of the extension you then have 45 days to provide this information. If all of the needed information is received within the 45-day time frame, we will notify you of the determination within 15 days after the information is received. If you don't provide the needed information within the 45-day period, your request for Benefits will be denied. A denial notice will explain the reason for denial, refer to the part of the plan on which the denial is based, and provide the appeal procedures.

If you have prescription drug Benefits and a retail or mail order pharmacy fails to fill a prescription that you have presented, you may file a pre-service health request for Benefits in accordance with the applicable claim filing procedure. When you have filed a request for Benefits, your request will be treated under the same procedures for pre-service group health plan requests for Benefits as described in this section.

### Urgent Requests for Benefits that Require Immediate Attention

Urgent requests for Benefits are those that require notification or a benefit determination prior to receiving medical care, where a delay in treatment could seriously jeopardize your life or health, or the ability to regain maximum function or, in the opinion of a Physician with knowledge of your medical condition, could cause severe pain. In these situations:

- You will receive notice of the benefit determination in writing or electronically within 24 hours after we receive all necessary information, taking into account the seriousness of your condition.

- Notice of denial may be oral with a written or electronic confirmation to follow within three days.

If you filed an urgent request for Benefits improperly, we will notify you of the improper filing and how to correct it within 24 hours after the urgent request was received. If additional information is needed to process the request, we will notify you of the information needed within 24 hours after the request was received. You then have 48 hours to provide the requested information.

You will be notified of a benefit determination no later than 48 hours after:

- Our receipt of the requested information; or
- The end of the 48-hour period within which you were to provide the additional information, if the information is not received within that time.

A denial notice will explain the reason for denial, refer to the part of the plan on which the denial is based, and provide the claim appeal procedures.

## Concurrent Care Claims

If an on-going course of treatment was previously approved for a specific period of time or number of treatments, and your request to extend the treatment is an urgent request for Benefits as defined above, your request will be decided within 24 hours, provided your request is made at least 24 hours prior to the end of the approved treatment. We will make a determination on your request for the extended treatment within 24 hours from receipt of your request.

If your request for extended treatment is not made at least 24 hours prior to the end of the approved treatment, the request will be treated as an urgent request for Benefits and decided according to the timeframes described above. If an on-going course of treatment was previously approved for a specific period of time or number of treatments, and you request to extend treatment in a non-urgent circumstance, your request will be considered a new request and decided according to post-service or pre-service timeframes, whichever applies.

## Questions or Concerns about Benefit Determinations

If you have a question or concern about a benefit determination, you may informally contact our *Customer Care* department before requesting a formal appeal. If the *Customer Care* representative cannot resolve the issue to your satisfaction over the phone, you may submit your question in writing. However, if you are not satisfied with a benefit determination as described above, you may appeal it as described below, without first informally contacting a *Customer Care* representative. If you first informally contact our *Customer Care* department and later wish to request a formal appeal in writing, you should again contact *Customer Care* and request an appeal. If you request a formal appeal, a *Customer Care* representative will provide you with the appropriate address.

If you are appealing an urgent claim denial, please refer to *Urgent Appeals that Require Immediate Action* below and contact our *Customer Care* department immediately.

## How to Appeal a Claim Decision

If you disagree with a pre-service request for Benefits determination or post-service claim determination or a rescission of coverage determination after following the above steps, you can contact us in writing to formally request an appeal.

Your request should include:

- The patient's name and the identification number from the ID card.
- The date(s) of medical service(s).
- The provider's name.
- The reason you believe the claim should be paid.
- Any documentation or other written information to support your request for claim payment.

Your first appeal request must be submitted to us within 180 days after you receive the claim denial.

## Appeal Process

A qualified individual who was not involved in the decision being appealed will be appointed to decide the appeal. If your appeal is related to clinical matters, the review will be done in consultation with a health care professional with appropriate expertise in the field, who was not involved in the prior determination. We may consult with, or seek the participation of, medical experts as part of the appeal resolution process. You consent to this referral and the sharing of pertinent medical claim information. Upon request and free of charge, you have the right to reasonable access to and copies of all documents, records, and other information relevant to your claim for Benefits. In addition, if any new or additional evidence is relied upon or generated by us during the determination of the appeal, we will provide it to you free of charge and sufficiently in advance of the due date of the response to the adverse benefit determination.

## Appeals Determinations

### Pre-service Requests for Benefits and Post-service Claim Appeals

You will be provided written or electronic notification of the decision on your appeal as follows:

- For appeals of pre-service requests for Benefits as identified above, the first level appeal will be conducted and you will be notified of the decision within 15 days from receipt of a request for appeal of a denied request for Benefits. The second level appeal will be conducted and you will be notified of the decision within 15 days from receipt of a request for review of the first level appeal decision.

- For appeals of post-service claims as identified above, the first level appeal will be conducted and you will be notified of the decision within 30 days from receipt of a request for appeal of a denied claim. The second level appeal will be conducted and you will be notified of the decision within 30 days from receipt of a request for review of the first level appeal decision.

For procedures associated with urgent requests for Benefits, see *Urgent Appeals that Require Immediate Action* below.

If you are not satisfied with the first level appeal decision, you have the right to request a second level appeal. Your second level appeal request must be submitted to us within 60 days from receipt of the first level appeal decision.

Please note that our decision is based only on whether or not Benefits are available under the Policy for the proposed treatment or procedure. We don't determine whether the pending health service is necessary or appropriate. That decision is between you and your Physician.

## Urgent Appeals that Require Immediate Action

Your appeal may require immediate action if a delay in treatment could significantly increase the risk to your health, or the ability to regain maximum function, or cause severe pain. In these urgent situations:

- The appeal does not need to be submitted in writing. You or your Physician should call us as soon as possible.

- We will provide you with a written or electronic determination within 72 hours following receipt of your request for review of the determination, taking into account the seriousness of your condition.

# HEALTH PLAN NOTICES OF PRIVACY PRACTICES

## MEDICAL INFORMATION PRIVACY NOTICE

*This notice describes how medical information about you may be used and disclosed and how you can get access to this information. Please review it carefully.*

We* are required by law to protect the privacy of your health information. We are also required to send you this notice, which explains how we may use information about you and when we can give out or "disclose" that information to others. You also have rights regarding your health information that are described in this notice. We are required by law to abide by the terms of this notice.

The terms "information" or "health information" in this notice include any information we maintain that reasonably can be used to identify you and that relates to your physical or mental health condition, the provision of health care to you, or the payment for such health care.

We have the right to change our privacy practices and the terms of this notice. If we make a material change to our privacy practices, we will provide a revised notice by direct mail to you reflecting that change within 60 days of the change and we will otherwise post the revised notice on our website www.myuhc.com. We reserve the right to make any revised or changed notice effective for information we already have and for information that we receive in the future.

*For purposes of this Notice of Privacy Practices, "we" or "us" refers to the following health plans that are affiliated with UnitedHealth Group:*

*ACN Group of California, Inc.; All Savers Insurance Company; All Savers Insurance Company of California; American Medical Security Life Insurance Company; AmeriChoice of Connecticut, Inc.; AmeriChoice of Georgia, Inc.; AmeriChoice of New Jersey, Inc.; AmeriChoice of Pennsylvania, Inc.; Arizona Physicians IPA, Inc.; Arnett HMO, Inc.; Dental Benefit Providers of California, Inc.; Dental Benefit Providers of Illinois, Inc.; Evercare of Arizona, Inc.; Evercare of New Mexico, Inc.; Evercare of Texas, LLC; Golden Rule Insurance Company; Great Lakes Health Plan, Inc.; Health Plan of Nevada, Inc.; IBA Health and Life Assurance Company; MAMSI Life and Health Insurance Company; MD - Individual Practice Association, Inc.; Midwest Security Life Insurance Company; National Pacific Dental, Inc.; Neighborhood Health Partnership, Inc.; Nevada Pacific Dental; Optimum Choice, Inc.; Oxford Health Insurance, Inc.; Oxford Health Plans (CT), Inc.; Oxford Health Plans (NJ), Inc.; Oxford Health Plans (NY), Inc.; Pacific Union Dental, Inc.; PacifiCare Behavioral Health of California, Inc.; PacifiCare Behavioral Health, Inc.; PacifiCare Dental; PacifiCare Dental of Colorado, Inc.; PacifiCare Insurance Company; PacifiCare Life and Health Insurance Company; PacifiCare Life Assurance Company; PacifiCare of Arizona, Inc.; PacifiCare of California; PacifiCare of Colorado, Inc.; PacifiCare of Nevada, Inc.; PacifiCare of Oklahoma, Inc.; PacifiCare of Oregon, Inc.; PacifiCare of Texas, Inc.; PacifiCare of Washington, Inc.; Sierra Health & Life Insurance Co., Inc.; Spectera, Inc.; U.S. Behavioral Health Plan, California; Unimerica Insurance Company; Unimerica Life Insurance Company of New York; Unison Family Health Plan of Pennsylvania, Inc.; Unison Health Plan of Delaware, Inc.; Unison Health Plan of Ohio, Inc.; Unison Health Plan of Pennsylvania, Inc.; Unison Health Plan of South Carolina, Inc.; Unison Health Plan of Tennessee, Inc.; Unison Health Plan of the Capital Area, Inc.; Unitad Behavioral Health; UnitedHealthcare Insurance Company; UnitedHealthcare Insurance Company of Illinois; UnitedHealthcare Insurance Company of New York; UnitedHealthcare Insurance Company of the River Valley; UnitedHealthcare Insurance Company of Ohio; UnitedHealthcare of Alabama, Inc.; UnitedHealthcare of Arizona, Inc.; UnitedHealthcare of Arkansas, Inc.; UnitedHealthcare of Colorado, Inc.; UnitedHealthcare of Florida, Inc.; United HealthCare of Georgia, Inc.; UnitedHealthcare of Illinois, Inc.; UnitedHealthcare of Kentucky, Ltd.; United HealthCare of Louisiana, Inc.; UnitedHealthcare of Mid-Atlantic, Inc.; UnitedHealthcare of the Midlands, Inc.; UnitedHealthcare of the Midwest, Inc.; United HealthCare of Mississippi, Inc.; UnitedHealthcare of New England, Inc.; UnitedHealthcare of New York, Inc.; UnitedHealthcare of North Carolina, Inc.; UnitedHealthcare of Ohio, Inc.; UnitedHealthcare of Tennessee, Inc.; UnitedHealthcare of Texas, Inc.; United HealthCare of Utah; UnitedHealthcare of Wisconsin, Inc.; UnitedHealthcare Plan of the River Valley, Inc.*

x

## How We Use or Disclose Information

**We must use and disclose** your health information to provide that information:

* To you or someone who has the legal right to act for you (your personal representative) in order to administer your rights as described in this notice; and
* To the *Secretary of the Department of Health and Human Services,* if necessary, to make sure your privacy is protected.

**We have the right to use and disclose** health information for your treatment, to pay for your health care and to operate our business. For example, we may use or disclose your health information:

* **For Payment** of premiums due us, to determine your coverage, and to process claims for health care services you receive, including for subrogation or coordination of other benefits you may have. For example, we may tell a doctor whether you are eligible for coverage and what percentage of the bill may be covered.
* **For Treatment.** We may use or disclose health information to aid in your treatment or the coordination of your care. For example, we may disclose information to your physicians or hospitals to help them provide medical care to you.
* **For Health Care Operations.** We may use or disclose health information as necessary to operate and manage our business activities related to providing and managing your health care coverage. For example, we might talk to your physician to suggest a disease management or wellness program that could help improve your health or we may analyze data to determine how we can improve our services.
* **To Provide Information on Health Related Programs or Products** such as alternative medical treatments and programs or about health-related products and services, subject to limits imposed by law as of February 17, 2010.
* **For Plan Sponsors.** If your coverage is through an employer sponsored group health plan, we may share summary health information and enrollment and disenrollment information with the plan sponsor. In addition, we may share other health information with the plan sponsor for plan administration if the plan sponsor agrees to special restrictions on its use and disclosure of the information in accordance with federal law.
* **For Reminders.** We may use or disclose health information to send you reminders about your benefits or care, such as appointment reminders with providers who provide medical care to you.

**We may use or disclose** your health information for the following purposes under limited circumstances:

* **As Required by Law.** We may disclose information when required to do so by law.
* **To Persons Involved With Your Care.** We may use or disclose your health information to a person involved in your care or who helps pay for your care, such as a family member, when you are incapacitated or in an emergency, or when you agree or fail to object when given the opportunity. If you are unavailable or unable to object, we will use our best judgment to decide if the disclosure is in your best interests.
* **For Public Health Activities** such as reporting or preventing disease outbreaks.
* **For Reporting Victims of Abuse, Neglect or Domestic Violence** to government authorities that are authorized by law to receive such information, including a social service or protective service agency.
* **For Health Oversight Activities** to a health oversight agency for activities authorized by law, such as licensure, governmental audits and fraud and abuse investigations.
* **For Judicial or Administrative Proceedings** such as in response to a court order, search warrant or subpoena.
* **For Law Enforcement Purposes.** We may disclose your health information to a law enforcement official for purposes such as providing limited information to locate a missing person or report a crime.
* **To Avoid a Serious Threat to Health or Safety** to you, another person, or the public, for example, disclosing information to public health agencies or law enforcement authorities, or in the event of an emergency or natural disaster.
* **For Specialized Government Functions** such as military and veteran activities, national security and intelligence activities, and the protective services for the President and others.
* **For Workers' Compensation** as authorized by, or to the extent necessary to comply with, state workers compensation laws that govern job-related injuries or illness.

- **For Research Purposes** such as research related to the evaluation of certain treatments or the prevention of disease or disability, if the research study meets privacy law requirements.
- **To Provide Information Regarding Decedents.** We may disclose information to a coroner or medical examiner to identify a deceased person, determine a cause of death, or as authorized by law. We may also disclose information to funeral directors as necessary to carry out their duties.
- **For Organ Procurement Purposes.** We may use or disclose information to entities that handle procurement, banking or transplantation of organs, eyes or tissue to facilitate donation and transplantation.
- **To Correctional Institutions or Law Enforcement Officials** if you are an inmate of a correctional institution or under the custody of a law enforcement official, but only if necessary (1) for the institution to provide you with health care; (2) to protect your health and safety or the health and safety of others; or (3) for the safety and security of the correctional institution.
- **To Business Associates** that perform functions on our behalf or provide us with services if the information is necessary for such functions or services. Our business associates are required, under contract with us, to protect the privacy of your information and are not allowed to use or disclose any information other than as specified in our contract. As of February 17, 2010, our business associates also will be directly subject to federal privacy laws.
- **For Data Breach Notification Purposes.** We may use your contact information to provide legally-required notices of unauthorized acquisition, access, or disclosure of your health information. We may send notice directly to you or provide notice to the sponsor of your plan through which you receive coverage.

## Additional Restrictions on Use and Disclosure

Certain federal and state laws may require special privacy protections that restrict the use and disclosure of certain health information, including highly confidential information about you. "Highly confidential information" may include confidential information under Federal laws governing alcohol and drug abuse information and genetic information as well as state laws that often protect the following types of information:

- HIV/AIDS;
- Mental health;
- Genetic tests;
- Alcohol and drug abuse;
- Sexually transmitted diseases and reproductive health information; and
- Child or adult abuse or neglect, including sexual assault.

If a use or disclosure of health information described above in this notice is prohibited or materially limited by other laws that apply to us, it is our intent to meet the requirements of the more stringent law. Attached to this notice is a *Summary of Federal and State Laws on Use and Disclosure of Certain Types of Medical Information.*

Except for uses and disclosures described and limited as set forth in this notice, we will use and disclose your health information only with a written authorization from you. Once you give us authorization to release your health information, we cannot guarantee that the person to whom the information is provided will not disclose the information. You may take back or "revoke" your written authorization at anytime in writing, except if we have already acted based on your authorization. To find out where to mail your written authorization and how to revoke an authorization, contact the phone number listed on the back of your ID card.

## What Are Your Rights

The following are your rights with respect to your health information:

- **You have the right to ask to restrict** uses or disclosures of your information for treatment, payment, or health care operations. You also have the right to ask to restrict disclosures to family members or to others who are involved in your health care or payment for your health care. We may also have policies on dependent access that authorize your dependents to request certain restrictions. **Please note that while we will try to honor your request and will permit requests consistent with our policies, we are not required to agree to any restriction.**

- **You have the right to request** that a provider not send health information to us in certain circumstances if the health information concerns a health care item or service for which you have paid the provider out of pocket in full.

- **You have the right to ask to receive confidential communications** of information in a different manner or at a different place (for example, by sending information to a P.O. Box instead of your home address). We will accommodate reasonable requests where a disclosure of all or part of your health information otherwise could endanger you. We will accept verbal requests to receive confidential communications, but requests to modify or cancel a previous confidential communication request must be made in writing. Mail your request to the address listed below.

- **You have the right to see and obtain a copy** of health information that may be used to make decisions about you such as claims and case or medical management records. You also may in some cases receive a summary of this health information. You must make a written request to inspect and copy your health information. Mail your request to the address listed below. In certain limited circumstances, we may deny your request to inspect and copy your health information. We may charge a reasonable fee for any copies. If we deny your request, you have the right to have the denial reviewed. As of February 17, 2010, if we maintain an electronic health record containing your health information, you have the right to request that we send a copy of your health information in an electronic format to you or to a third party that you identify. We may charge a reasonable fee for sending the electronic copy of your health information.

- **You have the right to ask to amend** information we maintain about you if you believe the health information about you is wrong or incomplete. Your request must be in writing and provide the reasons for the requested amendment. Mail your request to the address listed below. If we deny your request, you may have a statement of your disagreement added to your health information.

- **You have the right to receive an accounting** of certain disclosures of your information made by us during the six years prior to your request. This accounting will not include disclosures of information made: (i) prior to April 14, 2003; (ii) for treatment, payment, and health care operations purposes; (iii) to you or pursuant to your authorization; and (iv) to correctional institutions or law enforcement officials; and (v) other disclosures for which federal law does not require us to provide an accounting.

- **You have the right to a paper copy of this notice.** You may ask for a copy of this notice at any time. Even if you have agreed to receive this notice electronically, you are still entitled to a paper copy of this notice. You may also obtain a copy of this notice at our website, www.myuhc.com.

## Exercising Your Rights

- **Contacting your Health Plan.** If you have any questions about this notice or want to exercise any of your rights, please call the phone number on the back of your ID card or you may contact the *UnitedHealth Group Customer Call Center* at 866-633-2446.

- **Submitting a Written Request.** Mail to us your written requests for modifying or cancelling a confidential communication, for copies of your records, or for amendments to your record, at the following address:

UnitedHealthcare

*Customer Service - Privacy Unit*

PO Box 740815

Atlanta, GA 30374-0815

- **Filing a Complaint.** If you believe your privacy rights have been violated, you may file a complaint with us at the address listed above.

You may also notify the *Secretary of the U.S. Department of Health and Human Services* of your complaint. We will not take any action against you for filing a complaint.

## FINANCIAL INFORMATION PRIVACY NOTICE

*This notice describes how financial information about you may be used and disclosed and how you can get access to this information. Please review it carefully.*

We* are committed to maintaining the confidentiality of your personal financial information. For the purposes of this notice, "personal financial information" means information, other than health information, about an enrollee or an applicant for health care coverage that identifies the individual, is not generally publicly available and is collected from the individual or is obtained in connection with providing health care coverage to the individual.

### Information We Collect

We collect personal financial information about you from the following sources:

* Information we receive from you on applications or other forms, such as name, address, age and social security number; and

* Information about your transactions with us, our affiliates or others, such as premium payment history.

### Disclosure of Information

We do not disclose personal financial information about our enrollees or former enrollees to any third party, except as required or permitted by law.

In the course of our general business practices, we may disclose personal financial information about you or others without your permission to our corporate affiliates to provide them with information about your transactions, such as your premium payment history.

### Confidentiality and Security

We restrict access to personal financial information about you to our employees and service providers who are involved in administering your health care coverage and providing services to you. We maintain physical, electronic and procedural safeguards in compliance with federal standards to guard your personal financial information. We conduct regular audits to guarantee appropriate and secure handling and processing of our enrollees' information.

*For purposes of this Financial Information Privacy Notice, "we" or "us" refers to the entities listed on the first page of the Health Plan Notices of Privacy Practices, plus the following UnitedHealthcare affiliates: ACN Group IPA of New York, Inc.; ACN Group, Inc.; Administration Resources Corporation; AmeriChoice Health Services, Inc.; Behavioral Health Administrators; DBP Services of New York IPA, Inc.; DCG Resource Options, LLC; Dental Benefit Providers, Inc.; Disability Consulting Group, LLC; HealthAllies, Inc.; Innoviant, Inc.; MAMSI Insurance Resources, LLC; Managed Physical Network, Inc.; Mid Atlantic Medical Services, LLC; Midwest Security Care, Inc.; National Benefit Resources, Inc.; OneNet PPO, LLC; OptumHealth Bank, Inc.; Oxford Benefit Management, Inc.; Oxford Health Plans LLC; PacifiCare Health Plan Administrators, Inc.; PacificDental Benefits, Inc.; ProcessWorks, Inc.; RxSolutions, Inc.; Spectera of New York, IPA, Inc.; UMR, Inc.; Unison Administrative Services, LLC; United Behavioral Health of New York I.P.A., Inc.; United HealthCare Services, Inc.; UnitedHealth Advisors, LLC; United Healthcare Service LLC; UnitedHealthcare Services Company of the River Valley, Inc.; UnitedHealthOne Agency, Inc. This Financial Information Privacy Notice only applies where required by law. Specifically, it does not apply to (1) health care insurance products offered in Nevada by Health Plan of Nevada, Inc. and Sierra Health and Life Insurance Company, Inc.; or (2) other UnitedHealth Group health plans in states that provide exceptions for HIPAA covered entities or health insurance products.*

**Your Right to Access and Correct Personal Information**

If you reside in certain states (California and Massachusetts), you may have a right to request access to the personal financial information that we record about you. Your right includes the right to know the source of the information and the identity of the persons, institutions, or types of institutions to whom we have disclosed such information within 2 years prior to your request. Your right includes the right to view such information and copy it in person, or request that a copy of it be sent to you by mail (for which we may charge you a reasonable fee to cover our costs). Your right also includes the right to request corrections, amendments or deletions of any information in our possession. The procedures that you must follow to request access to or an amendment of your information are as follows:

- **To obtain access to your information:** Submit a request in writing that includes your name, address, social security number, telephone number, and the recorded information to which you would like access. State in the request whether you would like access in person or a copy of the information sent to you by mail. Upon receipt of your request, we will contact you within 30 business days to arrange providing you with access in person or the copies that you have requested.

- **To correct, amend, or delete any of your information:** Submit a request in writing that includes your name, address, social security number, telephone number, the specific information in dispute, and the identity of the document or record that contains the disputed information. Upon receipt of your request, we will contact you within 30 business days to notify you either that we have made the correction, amendment or deletion, or that we refuse to do so and the reasons for the refusal, which you will have an opportunity to challenge.

**Send written requests to access, correct, amend or delete information to:**

UnitedHealthcare

*Customer Service - Privacy Unit*

PO Box 740815

Atlanta, GA 30374-0815

**UNITEDHEALTH GROUP**

## HEALTH PLAN NOTICE OF PRIVACY PRACTICES: FEDERAL AND STATE AMENDMENTS

The first part of this Notice, which provides our privacy practices for Medical Information, describes how we may use and disclose your health information under federal privacy rules. There are other laws that may limit our rights to use and disclose your health information beyond what we are allowed to do under the federal privacy rules. The purpose of the charts below is to:

* Show the categories of health information that are subject to these more restrictive laws.
* Give you a general summary of when we can use and disclose your health information without your consent.

If your written consent is required under the more restrictive laws, the consent must meet the particular rules of the applicable federal or state law.

### Summary of Federal Laws

| Alcohol and Drug Abuse |
|---|
| We are allowed to use and disclose alcohol and drug abuse information that is protected by federal law only (1) in certain limited circumstances, and/or disclose only (2) to specific recipients. |

| Genetic Information |
|---|
| We are not allowed to use genetic information for underwriting purposes. |

### Summary of State Laws

| General Health Information | |
|---|---|
| We are allowed to disclose general health information only (1) under certain limited circumstances, and /or (2) to specific recipients. | CA, NE, RI, VT, WA, WI |
| HMOs must give enrollees an opportunity to approve or refuse disclosures, subject to certain exceptions. | KY |
| You may be able to restrict certain electronic disclosures of such health information. | NV |
| We are not allowed to use health information for certain purposes. | CA, NH |
| **Prescriptions** | |
| We are allowed to disclose prescription-related information only (1) under certain limited circumstances, and /or (2) to specific recipients. | ID, NV |
| **Communicable Diseases** | |
| We are allowed to disclose communicable disease information only (1) under certain limited circumstances, and /or (2) to specific recipients. | AZ, IN, MI, OK |
| You may be able to restrict certain electronic disclosures of such health information. | NV |

| Sexually Transmitted Diseases and Reproductive Health | |
|---|---|
| We are allowed to disclose sexually transmitted disease and/or reproductive health information only (1) under certain limited circumstances and/or (2) to specific recipients. | MT, NJ, WA |
| You may be able to restrict certain electronic disclosures of such health information. | NV |
| **Alcohol and Drug Abuse** | |
| We are allowed to use and disclose alcohol and drug abuse information (1) under certain limited circumstances, and/or disclose only (2) to specific recipients. | CT, HI, KY, IL, IN, IA, LA, MD, MA, NH, NV, WA, WI |
| Disclosures of alcohol and drug abuse information may be restricted by the individual who is the subject of the information. | WA |
| **Genetic Information** | |
| We are not allowed to disclose genetic information without your written consent. | CA, CO, HI, IL, KY, NY, TN |
| We are allowed to disclose genetic information only (1) under certain limited circumstances and/or (2) to specific recipients. | GA, MD, MA, MO, NV, NH, NM, RI, TX, UT, VT |
| Restrictions apply to (1) the use, and/or (2) the retention of genetic information. | FL, GA, LA, MD, OH, SD, UT, VT |
| **HIV / AIDS** | |
| We are allowed to disclose HIV/AIDS-related information only (1) under certain limited circumstances and/or (2) to specific recipients. | AZ, AR, CA, CT, DE, FL, HI, IL, IN, MI, MT, NY, NC, PA, PR, RI, TX, VT, WV |
| Certain restrictions apply to oral disclosures of HIV/AIDS-related information. | CT |
| You may be able to restrict certain electronic disclosures of such health information. | NV |
| **Mental Health** | |
| We are allowed to disclose mental health information only (1) under certain limited circumstances and/or (2) to specific recipients. | CA, CT, DC, HI, IL, IN, KY, MA, MI, PR, WA, WI |
| Disclosures may be restricted by the individual who is the subject of the information. | WA |
| Certain restrictions apply to oral disclosures of mental health information. | CT |
| Certain restrictions apply to the use of mental health information. | ME |

| Child or Adult Abuse | |
|---|---|
| We are allowed to use and disclose child and/or adult abuse information only (1) under certain limited circumstances, and/or disclose only (2) to specific recipients. | AL, CO, IL, LA, NE, NJ, NM, RI, TN, TX, UT, WI |
| You may be able to limit restrict certain electronic disclosures of such health information. | NV |

# Statement of Employee Retirement Income Security Act of 1974 (ERISA) Rights

As a participant in the plan, you are entitled to certain rights and protections under the *Employee Retirement Income Security Act of 1974 (ERISA)*.

## Receive Information about Your Plan and Benefits

You are entitled to examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the plan with the *U.S. Department of Labor* and available at the *Public Disclosure Room* of the *Employee Benefits Security Administration*.

You are entitled to obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated *Summary Plan Description*. The Plan Administrator may make a reasonable charge for the copies.

## Continue Group Health Plan Coverage

You are entitled to continue health care coverage for yourself, spouse or Dependents if there is a loss of coverage under the plan as a result of a qualifying event. You or your Dependents may have to pay for such coverage. The Plan Sponsor is responsible for providing you notice of your *COBRA* continuation rights. Review the *Summary Plan Description* and the documents governing the plan on the rules governing your *COBRA* continuation coverage rights.

You are entitled to a reduction or elimination of exclusionary periods of coverage for preexisting conditions under your group health plan, if you have creditable coverage from another group health plan. You should be provided a certificate of creditable coverage, in writing, free of charge, from your group health plan or health insurance issuer when you lose coverage under the plan, when you become entitled to elect *COBRA* continuation coverage, when your *COBRA* continuation coverage ceases, if you request it before losing coverage, or if you request it up to 24 months after losing coverage. You may request a certificate of creditable coverage by calling the number on the back of your ID card. Without evidence of creditable coverage, you may be subject to a preexisting condition exclusion for 12 months (18 months for late enrollees) after your enrollment date in your coverage.

## Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants, *ERISA* imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under *ERISA*.

## Enforce Your Rights

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules. Under *ERISA*, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator. If you have a claim for Benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in Federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the *U.S. Department of Labor*, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you

lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

## Assistance with Your Questions

If you have any questions about your plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the *Employee Benefits Security Administration, U. S. Department of Labor* listed in your telephone directory or the *Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor,* 200 Constitution Avenue, N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under *ERISA* by calling the publication hotline of the *Employee Benefits Security Administration.*

**XX**

# General Notice of Pre-existing Condition

**IMPORTANT: This Notice is provided to you in order to describe our responsibilities under the *Health Insurance Portability and Accountability Act (HIPAA)*. To the extent that state law provides you with more generous timelines, those rights also apply to you. Please refer to your Certificate of Coverage for information about your rights under state law.**

This plan imposes a pre-existing condition exclusion, which means that if you have a medical condition before coming to this plan, you may have to wait a certain period of time before the plan will provide medical coverage for that condition. Additional information is provided below.

**What is a pre-existing condition?**

A pre-existing condition is a physical or medical illness present before the date coverage began. Under the *Health Insurance Portability and Accountability Act (HIPAA)*, a pre-existing condition is limited to a medical condition that you received medical advice, diagnosis, care or treatment for within the three-month period before your enrollment date.

**Pregnancy is not considered a pre-existing condition. Any references to pre-existing conditions, or exclusions resulting from a pre-existing condition, do not apply to anyone under the age of 19 whose plan is subject to insurance reforms contained in the Affordable Care Act.**

**What is an enrollment date?** An enrollment date is your first day of coverage, or, if there is a waiting period before coverage takes effect, the first day of your waiting period. Typically, your enrollment date is your first day of work or the first of the following month.

**What are pre-existing condition exclusions?** Your group health benefit plan restricts coverage for medical conditions present before enrollment in a new plan. These restrictions are called "pre-existing condition exclusions." Pre-existing condition exclusions apply only to conditions for which medical advice, diagnosis, care or treatment was recommended or received within the three months before your enrollment date. The maximum exclusion period for a pre-existing condition is 12 months after your enrollment date, or 18 months if you are a late enrollee. The exclusion period may be reduced by the length of time you had previous health care coverage (creditable coverage). Pre-existing condition exclusions cannot apply to pregnancy or to a child who is enrolled in a health benefit plan within 30 days after birth, adoption or placement for adoption.

**What is creditable coverage?** Creditable coverage is prior health benefit plan coverage that is considered by your new plan to determine the length of time for pre-existing condition exclusions. In other words, your current plan will give you credit for coverage you had under a previous plan. Most health care coverage is creditable coverage, including group health benefit plan coverage, COBRA continuation coverage, coverage under an individual health policy, *Medicare*, *Medicaid*, the *State Children's Health Insurance Program (SCHIP)*, and coverage through high-risk pools and the *Peace Corps*. Most, but not all, prior health plans are required to provide a *Certificate of Creditable Coverage (COCC)* that you can provide to your current plan administrator as proof of your prior coverage. If you did not receive a COCC or would like assistance in obtaining one, please contact your prior plan administrator or the member phone number on the back of your ID card.

The amount of credit you receive depends on how long you were covered under your previous health benefit plan(s) and whether you had a break in coverage. If the amount of creditable coverage you have is equal to or longer than the exclusion period, no exclusion period can be imposed on you. However, if at any time you had a break in coverage (not covered under a health benefit plan for 63 days or more); your prior coverage may not reduce your exclusion period.

**What is a break in coverage?** A break in coverage is a period of 63 or more days during which you had no continuous health care coverage. (If you get health care coverage by midnight on the 63rd day, you did not incur a break in coverage.) It is important not to have a break in coverage. If you do, your prior coverage before the break may not reduce your exclusion period.

**For more information:** Call the member phone number on the back of your ID card or *Customer Care* at 800/347-0978. You may also contact the *Issues Resolution Unit* at the following address:

Attn: IRU

UnitedHealthcare Insurance Company

**Greensboro Service Center**
**PO Box 740800**
**Atlanta, GA 30374-0800**

MICHAEL K. JEANES, CLERK
BY
I. Garcia
DEP
I. GARCIA FILED

**2017 JAN -4  AM 11: 27**

Paul L. Stoller (Bar No. 016773)
paul.stoller@gknet.com
Katherine E. Hollist (Bar No. 033085)
kate.hollist@gknet.com
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:    (602) 530-8000
Facsimile:    (602) 530-8500
Attorneys for Plaintiff

## SUPERIOR COURT OF THE STATE OF ARIZONA

## COUNTY OF MARICOPA

| | |
|---|---|
| M.F., an individual, | No.  CV 2017-000347 |
| Plaintiff, | |
| v. | **CERTIFICATE REGARDING COMPULSORY ARBITRATION** |
| UNITED HEALTHCARE; UNITED HEALTH GROUP; UNITED BEHAVIORAL HEALTH, | |
| Defendants. | |

Pursuant to Rule 3.10(a), Maricopa County Local Rules of Practice, and Rule 72(e), Arizona Rules of Civil Procedure, undersigned counsel hereby certifies that this case **is not** subject to arbitration as provided by Rules 72 through 77, Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 3rd day of January 2017.

GALLAGHER & KENNEDY, P.A.

By: /s/ Kat Hollist
Paul L. Stoller
Katherine E. Hollist
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Attorneys for Petitioner

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225

MICHAEL A. JEANES, CLERK
BY _____ DEP
I. Garcia

I. GARCIA FILED

2017 JAN -4  AM 11: 27

1  Paul L. Stoller (Bar No. 016773)
   paul.stoller@gknet.com
2  Katherine E. Hollist (Bar No. 033085)
   kate.hollist@gknet.com
3  GALLAGHER & KENNEDY, P.A.
   2575 East Camelback Road
   Phoenix, Arizona 85016-9225
4  Telephone:  (602) 530-8000
   Facsimile:   (602) 530-8500
5  Attorneys for Plaintiff

        SUPERIOR COURT OF THE STATE OF ARIZONA

6                    COUNTY OF MARICOPA

7                                    CV 2017-000347
   M.F., an individual,
8                          Plaintiff,    No.
   v.
                                    **MOTION TO UTILIZE**
9                                   **FICTITIOUS NAME STATUS**
   UNITED HEALTHCARE; UNITED
10 HEALTH GROUP; UNITED
   BEHAVIORAL HEALTH,
11                         Defendants.

12         Plaintiff respectfully requests the Court to order that she may file and appear in

13  filings in this Court as Plaintiff M.F. without disclosing her name.  The following

14  Memorandum of Points and Authorities supports this motion.

15             **MEMORANDUM OF POINTS AND AUTHORITIES**

16  I.    **Background Facts**

17         Plaintiff is a married mother of two minor children who is a business owner in and

18  resident of Maricopa County, Arizona.  In 2014, as a result of mental health issues,

19  Plaintiff ingested a potentially fatal amount of prescription drugs in an attempt to end her

20  life.  Thereafter, Plaintiff was hospitalized at two inpatient health facilities for treatment of

21  her mental health conditions.

22

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225

1    At the time of her event and her stay at the health facilities, Plaintiff was insured

2    under a health insurance contract with Defendants that included coverage for mental health

3    care (the "policy"). Plaintiff contends that the policy provided for coverage of the

4    expenses she incurred at both mental health facilities.

5    Despite the coverage afforded to her under the policy, Defendants subsequently

6    failed and refused to pay for Plaintiff's mental health treatment at one of the facilities.

7    Defendants further failed to respond time (and several times at all) to Plaintiff's attempts to

8    invoke her rights to information and appeals under the policy. Defendants' actions toward

9    Plaintiff have breached the policy and were taken in a manner intentionally to frustrate her

10   and in bad faith.

11   Plaintiff believes, and on information and belief alleges, that Defendants have failed

12   and refused to pay her claim in part because doing places her in the position of having to

13   file a lawsuit to collect on the policy. Defendants are aware of the facts and circumstances

14   of Plaintiff's claim and that the claim involves her personal, highly sensitive mental health

15   condition information. Plaintiff further believes, and on information and belief alleges,

16   that Defendants have used the inherent threat of public exposure of Plaintiff's personal,

17   highly sensitive mental health condition information as part of the reason for the bad faith

18   denial of her claim.

19   Plaintiff's mental health condition and her treatment for that condition are personal

20   and highly sensitive pieces of information – the exposure to the public of which would

21   subject Plaintiff to embarrassment and potential ridicule. Those facts are directly relevant

22   to her claims for coverage under the policy and her claims against Defendants. Plaintiff

2

1    desires to pursue her claims against Defendants but also to preserve the confidentiality of

2    her personal, sensitive mental health information.

3    **II.    This Court Should Grant Plaintiff Leave to Proceed on Her Claims under A**

4    **Fictitious Name.**

5    In Arizona, a plaintiff may proceed under a fictitious name upon motion to the

6    court. *Beasley v. Glenn.* 110 Ariz. 438, 520 P.2d 310 (1974). Use of fictitious names is

7    appropriate to protect anonymity where a person may be subject to harassment, injury,

8    ridicule, or personal embarrassment. *See United States v. Doe,* 655 F.2d 920 (9th Cir.

9    1981).

10    The facts and circumstances of Plaintiffs' medical and mental conditions that will

11    be at issue in this suit are personal, private, and federally-protected from disclosure under

12    the federal Health Insurance Portability and Accountability Act (HIPAA), 42 U.S. Code §

13    1320d-6. Indeed, A.R.S. § 36-509 provides that mental healthcare records and information

14    are confidential and must be maintained as such by healthcare entities. Additionally,

15    Plaintiff has a protected interest in not being publicly labeled mentally ill. *See Cleburne v.*

16    *Cleburne Living Center, Inc.*, 473 U.S. 432 (1985); *Parham v. J.R.*, 442 U.S. 584 (1979);

17    *Addington v. Texas*, 441 U.S. 418 (1979).

18    Defendants' denial of Plaintiff's claim for coverage under the policy put at issue

19    both Plaintiff's mental health condition and the necessity of the mental health treatment

20    she received. And, their actions taken in bad faith to deny her coverage similarly require

21    the disclosure of such information. Plaintiff has a recognized protected interest in the

22

3

1    privacy of that information, and Arizona courts allow her to protect such information from

2    public disclosure by proceeding on her claims under a fictitious name.

3          Accordingly, Plaintiff respectfully requests that she be allowed to utilize fictitious

4    name status for the present action.

5          RESPECTFULLY SUBMITTED this 3rd day of January 2017.

6                      GALLAGHER & KENNEDY, P.A.

7

8                      By: _Kats Hollist_____
                  Paul L. Stoller

9                      Katherine E. Hollist
                  2575 East Camelback Road
                  Phoenix, Arizona  85016-9225

10                     Attorneys for Petitioner

11

12

13

14

15

16

17

18

19

20

21

22

In the Superior Court of the State of Arizona
In    For

## CV2017-000347

MICHAEL K. JEANES, CLERK.
BY I. Garcia
DEP

Is Interpreter Needed?  ☐ Yes  ☐ No    FILED
If yes, what language: _____    2017 JAN -4  AM 11: 26

_____

### CIVIL COVER SHEET- NEW FILING ONLY
(Please Type or Print)

Plaintiff's Attorney  Paul Stoller

Attorney Bar Number  016773

Plaintiff's Name(s):  (List all)    Plaintiff's Address:    Phone #:    Email Address:

M.F., an individual _____

(List additional plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)  United Healthcare Services, Inc., United
Health Group; United Behavioral Health dba Optum
(List additional defendants on page two and/or attach a separate sheet)

EMERGENCY ORDER SOUGHT:  ☐ Temporary Restraining Order    ☐ Provisional Remedy    ☐ OSC

☐ Election Challenge    ☐ Employer Sanction    ☐ Other _____
(Specify)

☐ **RULE 8(i) COMPLEX LITIGATION APPLIES.** Rule 8(i) of the Rules of Civil Procedure defines a "Complex Case" as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a substantial amount of documentary evidence, and a large number of separately represented parties.

(Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category.)

☐ **THIS CASE IS ELIGIBLE FOR THE COMMERCIAL COURT UNDER EXPERIMENTAL RULE 8.1. (Maricopa County** only.) Rule 8.1 defines a commercial case and establishes eligibility criteria for the commercial court. Generally, a commercial case primarily involves issues arising from a business contract or business transaction. However, consumer transactions are not eligible. A consumer transaction is one that is primarily for personal, family or household purposes. Please review Rule 8.1 for a complete list of the criteria. See http://www.superiorcourt.maricopa.gov/commercial-court/. You must check this box if this is an eligible commercial case. In addition, mark the appropriate box below in the "Nature of Action" case category. The words "commercial court assignment requested" must appear in the caption of the original complaint.

## NATURE OF ACTION

(Place an "X" next to the **one** case category that most accurately describes your primary case.)

#### 100 TORT MOTOR VEHICLE:

☐ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death

#### 110 TORT NON-MOTOR VEHICLE:

☒ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☐ 113 Intentional Tort

☐ 114 Property Damage
☐ 115 Legal Malpractice
☐ 115 Malpractice – Other professional
☐ 117 Premises Liability
☐ 118 Slander/Libel/Defamation
☐ 116 Other (Specify) _____

#### 120 MEDICAL MALPRACTICE:

☐ 121 Physician M.D.    ☐ 123 Hospital
☐ 122 Physician D.O    ☐ 124 Other

Case No._____

**130 CONTRACTS:**

☐ 131 Account (Open or Stated)
☐ 132 Promissory Note
☐ 133 Foreclosure
☐ 138 Buyer-Plaintiff
☐ 139 Fraud
☐ 134 Other Contract (i.e. Breach of Contract)
☐ 135 Excess Proceeds-Sale
☐ Construction Defects (Residential/Commercial)
  ☐ 136 Six to Nineteen Structures
  ☐ 137 Twenty or More Structures

**150-199 OTHER CIVIL CASE TYPES:**

☐ 156 Eminent Domain/Condemnation
☐ 151 Eviction Actions (Forcible and Special Detainers)
☐ 152 Change of Name
☐ 153 Transcript of Judgment
☐ 154 Foreign Judgment
☐ 158 Quiet Title
☐ 160 Forfeiture
☐ 175 Election Challenge
☐ 179 NCC-Employer Sanction Action
  (A.R.S. §23-212)
☐ 180 Injunction against Workplace Harassment
☐ 181 Injunction against Harassment
☐ 182 Civil Penalty
☐ 186 Water Rights (Not General Stream Adjudication)
☐ 187 Real Property
☐ Special Action against Lower Courts
  (See lower court appeal cover sheet in Maricopa)

☐ 194 Immigration Enforcement Challenge
  (§§1-501, 1-502, 11-1051)

**150-199 UNCLASSIFIED CIVIL:**

☐ Administrative Review
  (See lower court appeal cover sheet in Maricopa)
☐ 150 Tax Appeal
  (All other tax matters must be filed in the AZ Tax Court)
☐ 155 Declaratory Judgment
☐ 157 Habeas Corpus
☐ 184 Landlord Tenant Dispute- Other
☐ 190 Declaration of Factual Innocence
  (A.R.S. §12-771)
☐ 191 Declaration of Factual Improper Party Status
☐ 193 Vulnerable Adult (A.R.S. §46-451)
☐ 165 Tribal Judgment
☐ 167 Structured Settlement (A.R.S. §12-2901)
☐ 169 Attorney Conservatorships (State Bar)
☐ 170 Unauthorized Practice of Law (State Bar)
☐ 171 Out-of-State Deposition for Foreign Jurisdiction
☐ 172 Secure Attendance of Prisoner
☐ 173 Assurance of Discontinuance
☐ 174 In-State Deposition for Foreign Jurisdiction
☐ 176 Eminent Domain– Light Rail Only
☐ 177 Interpleader– Automobile Only
☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐ 183 Employment Dispute- Discrimination
☐ 185 Employment Dispute-Other
☐ 195(a) Amendment of Marriage License
☐ 195(b) Amendment of Birth Certificate
☐ 163 Other _____
  (Specify)

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

☐ Antitrust/Trade Regulation
☐ Construction Defect with many parties or structures
☐ Mass Tort
☐ Securities Litigation with many parties
☐ Environmental Toxic Tort with many parties
☐ Class Action Claims
☒ Insurance Coverage Claims arising from the above-listed case types
☐ A Complex Case as defined by Rule 8(i) ARCP

**Additional Plaintiff(s)**

_____

_____

**Additional Defendant(s)**

_____

_____

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
K. Laird, Deputy
1/25/2017 2:49:00 PM
Filing ID 8047246

1  Paul L. Stoller (Bar No. 016773)
   paul.stoller@gknet.com
2  Katherine E. Hollist (Bar No. 033085)
   kate.hollist@gknet.com
3  GALLAGHER & KENNEDY, P.A.
   2575 East Camelback Road
4  Phoenix, Arizona 85016-9225
   Telephone:  (602) 530-8000
5  Facsimile:  (602) 530-8500
   Attorneys for Plaintiff
6

7           SUPERIOR COURT OF THE STATE OF ARIZONA

8                    COUNTY OF MARICOPA

9  M.F., an individual,                No. CV2017-000347

10                  Plaintiff,

11 v.                                   **DEMAND FOR JURY TRIAL**

12

13 UNITED HEALTHCARE; UNITED
   HEALTH GROUP; UNITED
14 BEHAVIORAL HEALTH,

15                  Defendants.

16

17        Plaintiff, through undersigned counsel, hereby demands a trial by jury of all issues

18 so triable, in accordance with Rule 38(b), Arizona Rules of Civil Procedure.

19        RESPECTFULLY SUBMITTED this 25th day of January 2017.

20
                                  GALLAGHER & KENNEDY, P.A.
21

22                                By: /s/ Katherine E. Hollist
                                      Paul L. Stoller
23                                    Katherine E. Hollist
                                      2575 East Camelback Road
24                                    Phoenix, Arizona 85016-9225
                                      Attorneys for Plaintiff
25

26

27

28

1/27/16 11:41 pm

1    Paul L. Stoller (Bar No. 016773)
      paul.stoller@gknet.com
2    Katherine E. Hollist (Bar No. 033085)
      kate.hollist@gknet.com
3    GALLAGHER & KENNEDY, P.A.
      2575 East Camelback Road
4    Phoenix, Arizona 85016-9225
      Telephone:  (602) 530-8000
5    Facsimile:   (602) 530-8500
      Attorneys for Plaintiff
6

7              **SUPERIOR COURT OF THE STATE OF ARIZONA**

8                         **COUNTY OF MARICOPA**

9    M.F., an individual,                     No.  CV2017-000347

10                    Plaintiff,

11   v.
                                              **SUMMONS**
12
13   UNITED HEALTHCARE SERVICES,       If you would like legal advice from a lawyer,
      INC.; UNITEDHEALTH GROUP;         contact the Lawyer Referral Service at
14   UNITED BEHAVIORAL HEALTH d/b/a            602-257-4434
      OPTUM,                                       or
15                                        www.maricopalawyers.org
                      Defendants.              Sponsored by the
16                                       Maricopa County Bar Association

17   **THE STATE OF ARIZONA TO:**     United Healthcare Services, Inc.
                                     c/o CT Corporation System
18                                   3800 North Central Avenue, Suite 460
                                     Phoenix, AZ 85012
19

20          YOU ARE HEREBY SUMMONED and required to appear and defend, within the
      time applicable, in this action in this Court. If served within Arizona, you shall appear and
21   defend within 20 days after the service of the Summons and Complaint upon you, exclusive
      of the day of service. If served out of the State of Arizona -- whether by direct service, by
22   registered or certified mail, or by publication -- you shall appear and defend within 30 days
      after the service of the Summons and Complaint upon you is complete, exclusive of the day
23   of service. Where process is served upon the Arizona Director of Insurance as an insurer's
      attorney to receive service of legal process against it in this state, the insurer shall not be
24   required to appear, answer or plead until expiration of 40 days after date of such service
      upon the Director. Service by registered or certified mail without the State of Arizona is
25   complete 30 days after the date of filing the receipt and affidavit of service with the Court.
      Service by publication is complete 30 days after the date of first publication. Direct service
26   is complete when made. Service upon the Arizona Motor Vehicle Superintendent is
      complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's
27   Return. Rule 4, Ariz. R. Civ. Proc., A.R.S. §§ 20-222, 28-502, 28-503.

28

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

1        REQUESTS FOR REASONABLE accommodation for persons with disabilities
2    must be made to the division assigned to the case by the party needing accommodation or
     his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.
3    Requests for an interpreter for persons with limited English proficiency must be made to
     the division assigned to the case by the party needing the interpreter and/or translator or
4    his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

5        YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend
     within the time applicable, judgment by default may be rendered against you for the relief
6    demanded in the Complaint.

7        YOU ARE CAUTIONED that in order to appear and defend, you must file an
     Answer or proper response in writing with the Clerk of this Court, accompanied by the
8    necessary filing fee, within the time required, and you are required to serve a copy of any
     Answer or response upon the plaintiff's attorney. Rules 5 and 10(d), Ariz. R. Civ. Proc.,
9    A.R.S. § 12-311.

10       SIGNED AND SEALED this date: _____.

11             CLERK OF THE SUPERIOR COURT

12             By:_____    JAN 2 7 2017
13                Deputy Clerk

MICHAEL K. JEANES, CLERK
D. RODRIGUEZ
DEPUTY CLERK

2

Keith Blanchard
P.O. Box 4552
Scottsdale, Arizona 85261
602-488-9762

FEB 0 1 2017  FILED  12:00 p.m

MICHAEL K. JEANES, CLERK

By E. Parris
E. Parris, Deputy

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

M.F., an individual,

                Plaintiff,

    vs.

UNITED HEALTHCARE SERVICES, INC.,
UNITEDHEALTH GROUP; UNITED BEHAVIORAL
HEALTH d/b/a OPTUM,

                Defendants.

Case No.: CV2017-000347

Certificate of Service

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Keith Blanchard, being duly sworn states: That I am qualified to serve process in this cause, having been so appointed by the Superior Court in Maricopa County. I swear under the penalty of perjury that the following is true and accurate. I received the following documents in this action Summons, Complaint, Certificate Re: Compulsory Arbitration, Demand for a Jury Trial and Motion to Utilize Fictitious Name from Paul L. Stoller (016773) of GALLAGHER & KENNEDY, P.A., on January 26, 2017, and in each instance, I personally served a copy of each document listed above on those named below in the manner and at the time and place shown:

Service upon: United Behavioral Health dba Optum. by leaving one true copy of the above documents with Scott Whaley, agent for CT Corporation Commission, Statutory Agent, at its usual place of business. Service was effectuated at 3800 N. Central Avenue, Suite 460, Phoenix, AZ 85012. Documents were served on January 27, 2017 at 11:41 a.m.

I declare under penalty of perjury that the forgoing is true and correct and was executed on this date: January 27, 2017.

Keith Blanchard, Affiant

| | | |
|---|---|---|
| $ | 16.00 | Service |
| $ | | Mileage |
| $ | 10.00 | Processing Fee |
| $ | 26.00 | Total |

Keith Blanchard
P.O. Box 4552
Scottsdale, Arizona 85261
602-488-9762

FEB 0 1 2017 FILED  12:00p.m

MICHAEL K. JEANES, CLERK

By E. Paris
E. Parris, Deputy

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

M.F., an individual,

        Plaintiff,

   vs.

UNITED HEALTHCARE SERVICES, INC.,
UNITEDHEALTH GROUP; UNITED BEHAVIORAL
HEALTH d/b/a OPTUM,

        Defendants.

Case No.: CV2017-000347

Certificate of Service

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Keith Blanchard, being duly sworn states: That I am qualified to serve process in this cause, having been so appointed by the Superior Court in Maricopa County. I swear under the penalty of perjury that the following is true and accurate. I received the following documents in this action Summons, Complaint, Certificate Re: Compulsory Arbitration, Demand for a Jury Trial and Motion to Utilize Fictitious Name from Paul L. Stoller (016773) of GALLAGHER & KENNEDY, P.A., on January 26, 2017, and in each instance, I personally served a copy of each document listed above on those named below in the manner and at the time and place shown:

Service upon: United Healthcare Services, Inc. by leaving one true copy of the above documents with Scott Whaley, agent for CT Corporation Commission, Statutory Agent, at its usual place of business. Service was effectuated at 3800 N. Central Avenue, Suite 460, Phoenix, AZ 85012. Documents were served on January 27, 2017 at 11:41 a.m.

I declare under penalty of perjury that the forgoing is true and correct and was executed on this date: January 27, 2017.

               Keith Blanchard, Affiant

| | | |
|---|---|---|
| $ | 16.00 | Service |
| $ | 24.00 (min) | Mileage |
| $ | 10.00 | Processing Fee |
| $ | 50.00 | Total |

FEB 07 2017   FILED 4:29 p.m.

MICHAEL K. JEANES, CLERK

By C. Cruz
   C. Cruz, Deputy

1   Paul L. Stoller (Bar No. 016773)
    paul.stoller@gknet.com
2   Katherine E. Hollist (Bar No. 033085)
    kate.hollist@gknet.com
3   GALLAGHER & KENNEDY, P.A.
    2575 East Camelback Road
4   Phoenix, Arizona 85016-9225
    Telephone:   (602) 530-8000
5   Facsimile:   (602) 530-8500
    Attorneys for Plaintiff
6

7              SUPERIOR COURT OF THE STATE OF ARIZONA

8                         COUNTY OF MARICOPA

9   M.F., an individual,                  No. CV2017-000347

10                Plaintiff,

11  v.                                     **AFFIDAVIT RE SERVICE BY
                                           MAIL ON DEFENDANT
12                                         UNITEDHEALTH GROUP
                                           INCORPORATED**

13  UNITED HEALTHCARE SERVICES,
    INC.; UNITEDHEALTH GROUP;              (Assigned to the Hon.
14  UNITED BEHAVIORAL HEALTH,               Daniel Kiley)
    d/b/a/ OPTUM;
15
                  Defendants.
16

17  STATE OF ARIZONA     )
                          ) ss
18  County of Maricopa    )

19        Katherine E. Hollist, being first duly sworn upon her oath, states as follows:

20        1.    I am an associate at Gallagher & Kennedy, P.A., and I make this affidavit on

21  personal knowledge.

22        2.    Pursuant to Ariz. R. Civ. P. 4.2(c), on January 30, 2017, my secretary,

23  Gloria Kannberg, mailed **via certified mail** copies of the following documents:

24        a.    Summons;

25        b.    Complaint;

26        c.    Certificate Regarding Compulsory Arbitration;

27        d.    Demand for Jury Trial; and

28        e.    Motion to Utilize Fictitious Name Status.

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

1   to: CT Corporation System, 1010 Dale Street N., St. Paul, MN 55117-5603 as registered

2   agent for service of process for Defendant UnitedHealth Group Incorporated, a Minnesota

3   corporation.

4         3.     On February 1, 2017, a representative of CT Corporation System signed for

5   the certified mail packet. *See* attached <u>Exhibit 1</u>.

6         4.     Attached hereto as <u>Exhibit 2</u> is the **original** Summons to UnitedHealth

7   Group Incorporated.

8         FURTHER AFFIANT SAYETH NAUGHT.

9

10                                  Katherine E. Hollist

11

12         SUBSCRIBED AND SWORN TO before me this 7th day of February, 2017 by

13   Katherine E. Hollist.

14

15                               Notary Public

16   My Commission Expires:

17                    OFFICIAL SEAL
              DEBORAH YANAZZO
          NOTARY PUBLIC - State of Arizona

18                  MARICOPA COUNTY
          My Comm. Expires November 22, 2018

19   5830932

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

**UNITED STATES**
**POSTAL SERVICE**

Date: February 1, 2017

Gloria Kannberg:

The following is in response to your February 1, 2017 request for delivery information on your Certified Mail™ item number 9171999991703234362868. The delivery record shows that this item was delivered on February 1, 2017 at 12:03 pm in SAINT PAUL, MN 55117. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

# EXHIBIT 2

1   Paul L. Stoller (Bar No. 016773) ·
    paul.stoller@gknet.com
2   Katherine E. Hollist (Bar No. 033085)
    kate.hollist@gknet.com
3   GALLAGHER & KENNEDY, P.A.
    2575 East Camelback Road
4   Phoenix, Arizona 85016-9225
    Telephone:   (602) 530-8000
5   Facsimile:   (602) 530-8500                    ┌──────────────┐
                                                    │  ORIGINAL    │
6   Attorneys for Plaintiff                         └──────────────┘

7              **SUPERIOR COURT OF THE STATE OF ARIZONA**

8                       **COUNTY OF MARICOPA**

9   M.F., an individual,                    No.  CV2017-000347

10                  Plaintiff,

11  v.

12                                          **SUMMONS**

13  UNITED HEALTHCARE SERVICES,             If you would like legal advice from a lawyer,
    INC.; UNITEDHEALTH GROUP;               contact the Lawyer Referral Service at
14  UNITED BEHAVIORAL HEALTH d/b/a          602-257-4434
    OPTUM,                                  or
15                                          www.maricopalawyers.org
                    Defendants.             Sponsored by the
16                                          Maricopa County Bar Association

17  **THE STATE OF ARIZONA TO:**     UnitedHealth Group Incorporated
                                     c/o CT Corporation System, Inc.
18

19      YOU ARE HEREBY SUMMONED and required to appear and defend, within the
    time applicable, in this action in this Court.  If served within Arizona, you shall appear and
20  defend within 20 days after the service of the Summons and Complaint upon you, exclusive
    of the day of service.  If served out of the State of Arizona -- whether by direct service, by
21  registered or certified mail, or by publication -- you shall appear and defend within 30 days
    after the service of the Summons and Complaint upon you is complete, exclusive of the day
22  of service.  Where process is served upon the Arizona Director of Insurance as an insurer's
    attorney to receive service of legal process against it in this state, the insurer shall not be
23  required to appear, answer or plead until expiration of 40 days after date of such service
    upon the Director.  Service by registered or certified mail without the State of Arizona is
24  complete 30 days after the date of filing the receipt and affidavit of service with the Court.
    Service by publication is complete 30 days after the date of first publication.  Direct service
25  is complete when made.  Service upon the Arizona Motor Vehicle Superintendent is
    complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's
26  Return.  Rule 4, Ariz. R. Civ. Proc., A.R.S. §§ 20-222, 28-502, 28-503.

27      REQUESTS FOR REASONABLE accommodation for persons with disabilities
    must be made to the division assigned to the case by the party needing accommodation or
28  his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

1    Requests for an interpreter for persons with limited English proficiency must be made to
     the division assigned to the case by the party needing the interpreter and/or translator or
2    his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

3          YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend
     within the time applicable, judgment by default may be rendered against you for the relief
4    demanded in the Complaint.

5          YOU ARE CAUTIONED that in order to appear and defend, you must file an
     Answer or proper response in writing with the Clerk of this Court, accompanied by the
6    necessary filing fee, within the time required, and you are required to serve a copy of any
     Answer or response upon the plaintiff's attorney.  Rules 5 and 10(d), Ariz. R. Civ. Proc.,
7    A.R.S. § 12-311.

8          SIGNED AND SEALED this date: _____ JAN **2 7** 2017 _____

9                                              CLERK OF THE SUPERIOR COURT

10                                             MICHAEL K. JEANES, CLERK

11                                             By: _____
                                                  Deputy Clerk

12

13                                             D. Rodriguez
                                               Deputy Clerk
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              2